# NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED

TO:   YUEHUA HU, WEI HONG HU, and XIAOZHUANG GE

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Section 630 of the Business Corporation Law of New York and Section 609 of the Limited Liability Company Law of New York, you are hereby notified that Plaintiff LIYOU XING and others similarly situated intend to charge you and hold you personally liable, jointly and severally, as one of the ten largest shareholders and/or members of:

MAYFLOWER INTERNATIONAL HOTEL GROUP INC;
MAYFLOWER BUSINESS GROUP, LLC
MAYFLOWER INN CORPORATION
MAYFLOWER WENYU LLC
YAN ZHI HOTEL MANAGEMENT INC.
MAYFLOWER 1-1 LLC

for all debts, wages, and/or salaries due and owing to them as laborers, servants and/or employees of the said corporations for services performed by them for the said corporations within the six (6) years preceding the date of this notice and have expressly authorized the undersigned, as their attorney, to make this demand on his behalf.

Dated:  November 20, 2018
        Flushing, NY

                                    TROY LAW, PLLC
                                    *Attorneys for Plaintiff, the proposed FLSA Collective, and Potential Rule 23 Class*

                                    /s/ John Troy
                                    John Troy (JT0481)
                                    41-25 Kissena Boulevard Suite 119
                                    Flushing, NY 11355
                                    Tel: (718) 762-1324
                                    Email: johntroy@troypllc.com