## **DOCUMENT PRESERVATION DEMAND**

      Plaintiff(s) hereby demands that defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

    /s/ John Troy  
John Troy  
TROY LAW, PLLC  
41-25 Kissena Boulevard, Suite 119  
Flushing, NY 11355  
Tel: (718) 762-1324  
Email: johntroy@troypllc.com