AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LIYOU XING,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>MAYFLOWER INTERNATIONAL HOTEL GROUP INC<br>d/b/a Mayflower Hotel and d/b/a Wyndham Garden et al.<br>*Defendant(s)* | Civil Action No. 18-cv-06616 PKC-LB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Douglas C. Palmer

*CLERK OF COURT*

Date:  11/28/2018                                                                s/Kimberly Davis
                                                                    *Signature of Clerk or Deputy Clerk*

*Full Caption*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIYOU XING,
*on his own behalf and on behalf of others similarly situated*

        Plaintiff,
        v.

MAYFLOWER INTERNATIONAL HOTEL GROUP INC
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
MAYFLOWER BUSINESS GROUP, LLC
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
MAYFLOWER INN CORPORATION
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
MAYFLOWER WENYU LLC
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC.
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
MAYFLOWER 1-1 LLC
  d/b/a Mayflower Hotel and
  d/b/a Wyndham Garden;
YUEHUA HU,
WEI HONG HU a/k/a Weihong Hu, and
XIAOZHUANG GE

        Defendants.
-----------------------------------------------------------X

**Case No. 18-cv-06616**

**Summons Rider**

*Defendants' Name with Address*

**MAYFLOWER INTERNATIONAL HOTEL GROUP INC**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
38-59 12th Street, Long Island City, NY 11101

**MAYFLOWER BUSINESS GROUP, LLC**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
61-27 186th Street, Fresh Meadows, NY 11365

**MAYFLOWER INN CORPORATION**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
38-59 12th Street, Long Island City, NY 11101

**MAYFLOWER WENYU LLC**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
61-27 186th Street, Fresh Meadows, NY 11365

**YAN ZHI HOTEL MANAGEMENT INC.**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
38-61 12th Street, Long Island City, NY 11101

**MAYFLOWER 1-1 LLC**
 **d/b/a Mayflower Hotel and d/b/a Wyndam Garden**
38-59 12th Street, Long Island City, NY 11101

**YUEHUA HU**
61-27 186th Street, Fresh Meadows, NY 11365

**WEI HONG HU**
61-27 186th Street, Fresh Meadows, NY 11365

**XIAOZHUANG GE**
61-27 186th Street, Fresh Meadows, NY 11365

**Summons Rider**