## CERTIFICATE OF SERVICE

Kevin K. Tung, Esq. an attorney duly admitted to practice law in the courts of the State of New York, affirms the following to be true under penalties of perjury:

1. I affirm that I am over eighteen years of age, am not a party to this action and reside in Queens County, New York.

2. That on January 8, 2019, I caused to serve a true copy of the within Answer to Verified Complaint by first-class mail by depositing same in sealed envelopes with postage prepaid thereon, in an official depositary under the exclusive case and custody of the United States Postal Service upon the following individuals at their last known addresses as indicated below:

> John Troy
> Troy & Associates, PLLC
> 41-25 Kissena Blvd., Suite 119
> Flushing, NY 11355

Dated: Queens, New York
January 8, 2019

/s/ Kevin K. Tung
Kevin K. Tung, Esq.