UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIYOU XING,
on his behalf and on behalf of others similarly
situated

                           Plaintiff,

    -against-

MAYFLOWER INTERNATIONAL HOTEL
GROUP INC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER BUSINESS GROUP, LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER INN CORPORATION
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER WENYU LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC.
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER 1-1 LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YUEHUA HU,
WEI HONG HU a/k/a Weihong Hu, and
XIAOZHUANG GE

                          Defendants.
-----------------------------------------------------------------x

Case No. **18-cv-06616**

**NOTICE OF APPEARANCE**

To:    The clerk and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC d/b/a Mayflower Hotel and d/b/a Wyndham Garden; MAYFLOWER BUSINESS GROUP, LLC d/b/a Mayflower Hotel and d/b/a Wyndham Garden; MAYFLOWER INN CORPORATION d/b/a Mayflower Hotel and d/b/a Wyndham Garden; MAYFLOWER

WENYU LLC d/b/a Mayflower Hotel and d/b/a Wyndham Garden; YAN ZHI HOTEL MANAGEMENT INC. d/b/a Mayflower Hotel and d/b/a Wyndham Garden; and MAYFLOWER 1-1 LLC d/b/a Mayflower Hotel and d/b/a Wyndham Garden, WEI HONG HU a/k/a Weihong Hu, and XIAOZHUANG GE. Please add my email address lwyang@kktlawfirm.com to the list of recipients of email notification. Thanks.

Date: Queens, New York
      January 25, 2019

        KEVIN KERVENG TUNG, P.C.

      /s/ Wa Yang
By: Wa Yang, Esq.
*Attorneys for Defendants*

MAYFLOWER INTERNATIONAL HOTEL GROUP INC, MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION, MAYFLOWER WENYU LLC, YAN ZHI HOTEL MANAGEMENT INC., MAYFLOWER 1-1 LLC
WEI HONG HU a/k/a Weihong Hu, and XIAOZHUANG GE

136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633