**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
LIYOU XING,

                      Plaintiff,        Case No: 18-cv-06616

              v.                  **NOTICE OF APPEARANCE**

MAYFLOWER INTERNATIONAL HOTEL GROUP INC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden

                      Defendants.
---------------------------------------------------------------- x

    **PLEASE TAKE NOTICE** that Aaron Schweitzer of Troy Law, PLLC hereby appears for Plaintiff LIYOU XING, on behalf of himself and others similarly situated, in the above-captioned case.

    Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

    I certify that I am admitted and authorize to practice in this Court.

Dated: Flushing, NY
       January 28, 2019

                                              TROY LAW, PLLC
                                              *Attorneys for Plaintiffs*

                                By /s/ Aaron Schweitzer
                                      Aaron Schweitzer, Esq. (AS 6369)
                                      41-25 Kissena Boulevard, Suite 119
                                      Flushing, NY 11355
                                      Tel: (718) 762-1324
                                      troylaw@troypllc.com