# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselor at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

February 21, 2019

**Via ECF**
The Hon. Lois Bloom
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
718-613-2170

    Re:    Liyou Xing v. Mayflower International Hotel Group Inc. et al.
           Case No. 18-cv-06616

Dear Judge Bloom,

    We represent all Defendants other than Yuehua Hu in the above-captioned matter. Pursuant to the court order dated January 28, 2019 [Docket No. 17], a status conference will be held on February 25, 2019. In the initial conference held on January 28, 2019, we were informed that the status conference was held for the discussion of possible settlement. Therefore, we would like to make an inquiry as to whether parties are required to be present at this conference.

    We thank the court for addressing this issue.

Very truly yours,

Kevin K. Tung

CC: Aaron Schweitzer, Esq. and John Troy, Esq. (Via ECF)