# Exhibit 1

# Notice and Acknowledgement of Pay Rate and Payday/薪資及發薪日通知
## Under Section 195.1 of the New York State Labor Law/紐約州勞工法第 195.1 條款

**Notice for Hourly Rate Employees/**時薪員工的通知

### 1. Employer Information/雇主資料

Name/名字: Weihong Hu

"Doing Business As (DBA)" name(s)/
招牌名: Mayflower Wenyu LLC

FEIN (optional)/聯邦報稅號 (可選擇的):

Physical Address/公司所在地址: 61-27 186TH Street, Fresh Meadows, NY11365

Mailing Address/郵政地址: 61-27 186TH Street, Fresh Meadows, NY11365

Phone/電話: (718)619-8818

### 2. Notice given/給予員工的通知:
☐ At hiring/雇用時
☐ On or before February 1/ 二月一號或之前
☐ Before a change in pay rate(s), allowances claimed or payday /在薪資, 發薪日, 或津貼變更之前

### 3. Employee's Pay Rate/員工的薪資標準
$ 12 per hour/每小時 [每小時]

### 4. Allowances taken/所取津貼:
☑ None/無
☐ Tips/小費 _____ per hour/每小時
☐ Meals/餐飲 _____ per meal/每餐
☐ Lodging/住宿 _____
☐ Other/其他 _____

### 5. Regular payday/正常發薪日:
Friday

### 6. Pay is/發薪頻率:
☑ Weekly/每週
☐ Bi-weekly/每二週
☐ Other/其他 _____

### 7. Overtime Pay Rate/加班費標準
$ 18 per hour/每小時 (This must be at least 1½ times the worker's regular rate with few exceptions.)/此加班費必須最少是員工正常時薪的 1.5 倍(極少例外).

### 8. Employee Acknowledgement/員工認知:
On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Chinese**. /此日我 收到薪資, 加班費, 發薪日, 以及津貼的中英通知.我已告訴雇主我的母語是中文.

Li You XING
Print Employee Name/請正楷書寫員工姓名

Xing [signature]
Employee Signature/員工簽名

4/7/17
Date/日期

CHEF
Preparer Name and Title/填表人名字及頭銜

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.** 員工必須收到此簽名表格的複印本. 雇主並須保存此表格正本6年.

LS 54C (03/11)