# Exhibit 2



Wyndham Garden Fresh Meadows Flushing
6127 186th St.
Fresh meadows, NY 11365

# Employee Salary Increase Request

**Employee Name:** Li You XING

**Department:** _____

**Title:** _____

Note
- Regular hour $13 × 160 hrs
- OT hour $19.5 × 80 hrs
- Company offers fixed amount

**Pay Rate Information:**

**Current Pay:** 12   **Updated Pay:** 月工资 $3640.⁰⁰

**Effective Date:** _____

**Employee Signature:** Li You XING   **Date:** _____

**Approval:**

_____   _____
Supervisor                    Date

_____   6-26-17
Manager                       Date

_____   _____
President                     Date

Rev.1. 2017/02/03