# Exhibit 3

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3727 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement** 

Period Starting: 09/07/2018
Period Ending: 09/13/2018
Pay Date: 09/21/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:  4           Federal:
  State:    4           State:
  Local:    4           Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 24.00 | 312.00 | 312.00 |
| Gross Pay | | | $312.00 | $312.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 24.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -19.34 | 19.34 |
| Medicare | -4.52 | 4.52 |
| New York State Income | -3.29 | 3.29 |
| New York Paid Family Leave | -0.39 | 0.39 |
| New York City R Local | -2.65 | 2.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 0.60 |

| Net Pay | $281.21 |
|---|---|

Your federal taxable wages this period are $312.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3727
Pay Date: 09/21/2018

Pay to the order of: Zhong Cheng Wang
This amount: TWO HUNDRED EIGHTY ONE AND 21/100         $281.21

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3759 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**  ADP

Period Starting: 09/14/2018
Period Ending: 09/20/2018
Pay Date: 09/28/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:     4                Federal:
  State:       4                State:
  Local:       4                Local:
Social Security Number:   XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 832.00 |
| Gross Pay | | | $520.00 | $832.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 64.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -32.24 | 51.58 |
| Medicare | -7.54 | 12.06 |
| New York State Income | -12.89 | 16.18 |
| New York Paid Family Leave | -0.66 | 1.05 |
| New York City R Local | -9.39 | 12.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.20 |

| Net Pay | | $456.68 |
|---|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3759
Pay Date: 09/28/2018

Pay to the order of:  Zhong Cheng Wang
This amount:  FOUR HUNDRED FIFTY SIX AND 68/100        $456.68

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3790 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement** 

Period Starting: 09/21/2018
Period Ending: 09/27/2018
Pay Date: 10/05/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:   4              Federal:
  State:     4              State:
  Local:     4              Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 48.00 | 624.00 | 1456.00 |
| **Gross Pay** | | | **$624.00** | **$1,456.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -8.27 | 8.27 |
| Social Security | -38.69 | 90.27 |
| Medicare | -9.05 | 21.11 |
| New York State Income | -19.02 | 35.20 |
| New York Paid Family Leave | -0.79 | 1.84 |
| New York City R Local | -13.50 | 25.54 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.80 |
| **Net Pay** | **$534.08** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.00 | 112.00 |

Your federal taxable wages this period are  $624.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3790
Pay Date: 10/05/2018

Pay to the order of: Zhong Cheng Wang

This amount:  FIVE HUNDRED THIRTY FOUR AND 08/100                $534.08

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3822 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement** 

Period Starting: 09/28/2018
Period Ending: 10/04/2018
Pay Date: 10/12/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:    4           Federal:
  State:      4           State:
  Local:      4           Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 32.00 | 416.00 | 1872.00 |
| Gross Pay | | | $416.00 | $1,872.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.27 |
| Social Security | -25.79 | 116.06 |
| Medicare | -6.03 | 27.14 |
| New York State Income | -7.56 | 42.76 |
| New York Paid Family Leave | -0.52 | 2.36 |
| New York City R Local | -5.68 | 31.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 2.40 |

| Net Pay | | $369.82 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.00 | 144.00 |

Your federal taxable wages this period are  $416.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3822
Pay Date: 10/12/2018

Pay to the order of: Zhong Cheng Wang
This amount: THREE HUNDRED SIXTY NINE AND 82/100                $369.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3851 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement** 

Period Starting: 10/05/2018
Period Ending: 10/11/2018
Pay Date: 10/19/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:  4     Federal:
  State:    4     State:
  Local:    4     Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 2392.00 |
| Gross Pay | | | $520.00 | $2,392.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.27 |
| Social Security | -32.24 | 148.30 |
| Medicare | -7.54 | 34.68 |
| New York State Income | -12.89 | 55.65 |
| New York Paid Family Leave | -0.66 | 3.02 |
| New York City R Local | -9.39 | 40.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.00 |

| Net Pay | | $456.68 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 184.00 |

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3851
Pay Date: 10/19/2018

Pay to the order of: **Zhong Cheng Wang**
This amount: FOUR HUNDRED FIFTY SIX AND 68/100

$456.68

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3880 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**

ADP

Period Starting: 10/12/2018
Period Ending: 10/18/2018
Pay Date: 10/26/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 4    Federal:
  State: 4    State:
  Local: 4    Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 2912.00 |
| Gross Pay | | | $520.00 | $2,912.00 |

| Other Benefits and Information | | this period | year to date |
|---|---|---|---|
| Total Hours Worked | | 40.00 | 224.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.27 |
| Social Security | -32.24 | 180.54 |
| Medicare | -7.54 | 42.22 |
| New York State Income | -12.89 | 68.54 |
| New York Paid Family Leave | -0.66 | 3.68 |
| New York City R Local | -9.39 | 50.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.60 |

| Net Pay | | $456.68 | |

Your federal taxable wages this period are $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3880
Pay Date: 10/26/2018

Pay to the order of: Zhong Cheng Wang
This amount: FOUR HUNDRED FIFTY SIX AND 68/100      $456.68

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3910 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**  ADP

Period Starting:  10/19/2018
Period Ending:   10/25/2018
Pay Date:        11/02/2018

Business Phone:  646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:            Tax Override:
  Federal:      4               Federal:
  State:        4               State:
  Local:        4               Local:
Social Security Number:   XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 3432.00 |
| Gross Pay | | | $520.00 | $3,432.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 264.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.27 |
| Social Security | -32.24 | 212.78 |
| Medicare | -7.54 | 49.76 |
| New York State Income | -12.89 | 81.43 |
| New York Paid Family Leave | -0.66 | 4.34 |
| New York City R Local | -9.39 | 59.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 4.20 |

| Net Pay | | $456.68 |
|---|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:  3910
Pay Date:              11/02/2018

Pay to the order of:  Zhong Cheng Wang
This amount:  FOUR HUNDRED FIFTY SIX AND 68/100

$456.68

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 3940 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**



Period Starting: 10/26/2018
Period Ending: 11/01/2018
Pay Date: 11/09/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:         Tax Override:
    Federal:    4              Federal:
    State:      4              State:
    Local:      4              Local:
Social Security Number: XXX-XX-XXXX

Zhong Cheng Wang
43-70 KISSENA BLVD
#12B
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 8.00 | 104.00 | 3536.00 |
| Gross Pay | | | $104.00 | $3,536.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.27 |
| Social Security | -6.45 | 219.23 |
| Medicare | -1.51 | 51.27 |
| New York State Income | 0.00 | 81.43 |
| New York Paid Family Leave | -0.13 | 4.47 |
| New York City R Local | 0.00 | 59.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.52 | 4.72 |

| Net Pay | | $95.39 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 272.00 |

Your federal taxable wages this period are  $104.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 3940
Pay Date: 11/09/2018

Pay to the order of: Zhong Cheng Wang

This amount: NINETY FIVE AND 39/100

$95.39

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK