UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIYOU XING,
on his behalf and on behalf of others similarly situated,

Case No. 1: 18-cv-06616-PKC-LB

                 Plaintiffs,

v.

NOTICE OF APPEARANCE

MAYFLOWER INTERNATIONAL HOTEL GROUP INC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER BUSINESS GROUP, LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER INN CORPORATION
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER WENYU LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC.
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER 1-1 LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YUEHUA HU, WEI HONG HU a/k/a Weihong Hu, and XIAOZHUANG GE
                 Defendants.
------------------------------------------------------------x

      Notice is hereby given of the entry of the undersigned as counsel for the defendants, Xiaozhuang Ge, Weihong Hu, Mayflower 1-1 LLC, Mayflower Business Group, LLC, Mayflower Inn Corporation, May flower International Hotel Group Inc, Mayflower Wenyu LLC, and Yan Zhi

Hotel Management Inc., in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned at the address indicated below.

Dated: April 29, 2019

                                                KEVIN KERVENG TUNG, P.C.

                                                /s/ Zheng Gao
                                                By: Zheng Gao, Esq. (ZG-3234)
                                                zhgao@kktlawfirm.com
                                                136-20 38th Ave., Suite 3D
                                                Flushing, New York 11354
                                                Tel: (718) 939-4633
                                                *Attorneys for Defendants*
                                                Mayflower International Hotel Group Inc;
                                                Mayflower Business Group, Llc; Mayflower
                                                Inn Corporation; Mayflower Wenyu LLC;
                                                Yan Zhi Hotel Management Inc.; Mayflower
                                                1-1 LLC; Wei Hong Hu And Xiaozhuang Ge