# Exhibit 1

**Notice and Acknowledgement of Pay Rate and Payday**/薪資及發薪日通知
**Under Section 195.1 of the New York State Labor Law**/紐約州勞工法第 195.1 條款

Notice for Hourly Rate Employees/時薪員工的通知

1. **Employer Information**/雇主資料

   Name/名字: Weihong Hu

   "Doing Business As (DBA)" name(s)/招牌名: Mayflower Wenyu LLC

   FEIN (optional)/聯邦報稅號 (可選擇的):

   Physical Address/公司所在地址:61-27 186ᵀᴴ Street, Fresh Meadows,NY11365

   Mailing Address/郵政地址: 61-27 186ᵀᴴ Street, Fresh Meadows,NY11365

   Phone/電話:(718)619-8818

2. **Notice given**/給予員工的通知:
   - [ ] At hiring/雇用時
   - [ ] On or before February 1/ 二月一號或之前
   - [ ] Before a change in pay rate(s), allowances claimed or payday /在薪資, 發薪日, 或津貼變更之前

3. **Employee's Pay Rate**/員工的薪資標準
   $ 12 per hour/每小時 (每小時)

4. **Allowances taken**/所取津貼:
   - [x] None/無
   - [ ] Tips/小費 _____ per hour/每小時
   - [ ] Meals/餐飲 _____ per meal/每餐
   - [ ] Lodging/住宿 _____
   - [ ] Other/其他 _____

5. **Regular payday**/正常發薪日:
   Friday

6. **Pay is**/發薪頻率:
   - [x] Weekly/每週
   - [ ] Bi-weekly/每二週
   - [ ] Other/其他 _____

7. **Overtime Pay Rate**/加班費標準
   $ 18 per hour/每小時 (This must be at least 1½ times the worker's regular rate with few exceptions.)/此加班費必須最少是員工正常時薪的 1.5 倍(極少例外).

8. **Employee Acknowledgement**/員工認知:
   On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Chinese**. /此日我 收到薪資, 加班費, 發薪日, 以及津貼的中英通知.我已告訴雇主我的母語是中文.

   Li You Xing
   Print Employee Name/請正楷書寫員工姓名

   Ving
   Employee Signature/員工簽名

   4/7/19
   Date/日期

   CHEF
   Preparer Name and Title/填表人名字及頭銜

   **The employee must receive a signed copy of this form. The employer must keep the original for 6 years.** 員工必須收到此簽名表格的複印本.雇主並須保存此表格正本6年.

LS 54C (03/11)