# Exhibit 2



Wyndham Garden Fresh Meadows Flushing
6127 186th St.
Fresh meadows, NY 11365

# Employee Salary Increase Request

**Employee Name:** Li You NING

**Department:** _____

Note
- Regular hour $13 × 160 hrs
- OT hour $19.5 × 80 hrs
- Company offers fixed amount

**Title:** _____

**Pay Rate Information:**

**Current Pay:** 12

**Updated Pay:** 月工资 $3640.00

**Effective Date:** _____

**Employee Signature:** Li You NING    **Date:** _____

**Approval:**

_____
Supervisor

_____    6-26-17
Manager                  Date

_____    _____
President                Date

Rev.1. 2017/02/03