# Exhibit 4

**Company Code** | **Loc/Dept** | **Number** | **Page**
RZ / EQZ 22553777 | 01/0002 | 396 | 1 of 1

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 09/03/2016
Period Ending: 09/16/2016
Pay Date: 09/30/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
   Federal: 4    Federal:
   State: 4    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 32.00 | 320.00 | 320.00 |
| **Gross Pay** | | | **$320.00** | $320.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.00 | 32.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -19.84 | 19.84 |
| Medicare | -4.64 | 4.64 |
| New York State Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |

| **Net Pay** | **$294.32** | |

Your federal taxable wages this period are  $320.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:** 396
**Pay Date:** 09/30/2016

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

**Pay to the order of:**    SHUK CHAU NG LAM
**This amount:** TWO HUNDRED NINETY FOUR AND 32/100

$294.32

CATHAY BANK

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 442 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 09/17/2016
Period Ending: 09/30/2016
Pay Date: 10/14/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal: 4                Federal:
  State: 4                   State:
  Local: 0                   Local:
Social Security Number: XXX-XX-XXXX

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 1120.00 |
| **Gross Pay** | | | **$800.00** | $1,120.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 112.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 69.44 |
| Medicare | -11.60 | 16.24 |
| New York State Income | -13.78 | 13.78 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |
| **Net Pay** | **$723.82** | |

Your federal taxable wages this period are  $800.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 442
Pay Date: 10/14/2016

Pay to the order of:       SHUK CHAU NG LAM

This amount:       SEVEN HUNDRED TWENTY THREE AND 82/100                                $723.82

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 491 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 10/01/2016
Period Ending: 10/14/2016
Pay Date: 10/28/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:    4        Federal:
  State:      4        State:
  Local:      0        Local:
Social Security Number: XXX-XX-XXXX

**SHUK CHAU NG LAM**
**107-17 63RD**
**FL 2**
**FOREST HILL, NY 11375**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 64.00 | 640.00 | 1760.00 |
| **Gross Pay** | | | **$640.00** | $1,760.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 64.00 | 176.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -39.68 | 109.12 |
| Medicare | -9.28 | 25.52 |
| New York State Income | -7.29 | 21.07 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| **Net Pay** | **$582.55** |
|---|---|

Your federal taxable wages this period are  $640.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 491
Pay Date: 10/28/2016

Pay to the order of:    SHUK CHAU NG LAM

This amount:   FIVE HUNDRED EIGHTY TWO AND 55/100          $582.55

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK      SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

**Company Code**  **Loc/Dept**  **Number**  **Page**
RZ / EQZ 22553777  01/0002  540  1 of 1

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 10/15/2016
Period Ending: 10/28/2016
Pay Date: 11/10/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  4         Federal:
  State:    4         State:
  Local:    0         Local:
Social Security Number: XXX-XX-XXXX

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 41.50 | 415.00 | 2175.00 |
| **Gross Pay** | | | **$415.00** | $2,175.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.50 | 217.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -25.73 | 134.85 |
| Medicare | -6.02 | 31.54 |
| New York State Income | 0.00 | 21.07 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| **Net Pay** | **$382.05** |
|---|---|

Your federal taxable wages this period are  $415.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:** 540
**Pay Date:** 11/10/2016

Pay to the
order of:      SHUK CHAU NG LAM

This amount:   THREE HUNDRED EIGHTY TWO AND 05/100                    $382.05

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK        SHUK CHAU NG LAM
                   107-17 63RD
                   FL 2
                   FOREST HILL, NY 11375

**Company Code**    **Loc/Dept**    **Number**    **Page**
RZ / EQZ 22553777    01/0002    584    1 of 1
Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:    10/29/2016
Period Ending:    11/11/2016
Pay Date:    11/25/2016

Business Phone:    718-752-1888

Taxable Marital Status:    Married
Exemptions/Allowances:        Tax Override:
    Federal:    4        Federal:
    State:    4        State:
    Local:    0        Local:
Social Security Number:    XXX-XX-XXXX

**SHUK CHAU NG LAM**
**107-17 63RD**
**FL 2**
**FOREST HILL, NY 11375**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 2975.00 |
| **Gross Pay** | | | **$800.00** | $2,975.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 297.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 184.45 |
| Medicare | -11.60 | 43.14 |
| New York State Income | -13.78 | 34.85 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| **Net Pay** | **$723.82** | |
|---|---|---|

Your federal taxable wages this period are  $800.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:**    584
**Pay Date:**    11/25/2016

THIS IS NOT A CHECK

Pay to the
order of:    SHUK CHAU NG LAM
This amount:    SEVEN HUNDRED TWENTY THREE AND 82/100                    $723.82

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        SHUK CHAU NG LAM
        107-17 63RD
        FL 2
        FOREST HILL, NY 11375

**Company Code** **Loc/Dept** **Number** **Page**
RZ / EQZ 22553777   01/0002   627   1 of 1
Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 11/12/2016
Period Ending: 11/25/2016
Pay Date: 12/09/2016

Business Phone: 718-752-1888

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 4 | Federal: |
| State: | 4 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 3775.00 |
| | | | | |
| **Gross Pay** | | | **$800.00** | $3,775.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 377.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 234.05 |
| Medicare | -11.60 | 54.74 |
| New York State Income | -13.78 | 48.63 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |

| **Net Pay** | **$723.82** |
|---|---|

Your federal taxable wages this period are $800.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 627
Pay Date: 12/09/2016

**Pay to the order of:** SHUK CHAU NG LAM

This amount: SEVEN HUNDRED TWENTY THREE AND 82/100

$723.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

**Company Code** **Loc/Dept** **Number** **Page**
RZ / EQZ 22553777  01/0002  672  1 of 1

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 11/26/2016
Period Ending: 12/09/2016
Pay Date: 12/23/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:  4    Federal:
  State:  4    State:
  Local:  0    Local:
Social Security Number: XXX-XX-XXXX

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 4575.00 |
| Overtime | 15.0000 | 8.00 | 120.00 | 120.00 |
| **Gross Pay** | | | **$920.00** | $4,695.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 88.00 | 465.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -57.04 | 291.09 |
| Medicare | -13.34 | 68.08 |
| New York State Income | -19.29 | 67.92 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 8.40 |

| **Net Pay** | **$829.13** |
|---|---|

Your federal taxable wages this period are  $920.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:** 672
**Pay Date:** 12/23/2016

Pay to the order of:    SHUK CHAU NG LAM

This amount:   EIGHT HUNDRED TWENTY NINE AND 13/100        $829.13

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 717 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 12/10/2016
Period Ending: 12/23/2016
Pay Date: 01/06/2017

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:    4      Federal:
  State:     4      State:
  Local:     0      Local:
Social Security Number:    XXX-XX-XXXX

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 800.00 |
| Commission | | 0.00 | 80.00 | 80.00 |
| **Gross Pay** | | | **$880.00** | $880.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -54.56 | 54.56 |
| Medicare | -12.76 | 12.76 |
| New York State Income | -17.28 | 17.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| **Net Pay** | **$794.20** | |

Your federal taxable wages this period are  $880.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 717
Pay Date: 01/06/2017

Pay to the order of:    SHUK CHAU NG LAM

This amount:    SEVEN HUNDRED NINETY FOUR AND 20/100

**THIS IS NOT A CHECK**

$794.20

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 763 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement

**ADP**

Period Starting: 12/24/2016
Period Ending: 01/06/2017
Pay Date: 01/20/2017

Business Phone: 718-752-1888

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 4 | Federal: |
| State: 4 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 1600.00 |
| Commission | | | 0.00 | 80.00 |
| **Gross Pay** | | | **$800.00** | $1,680.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 104.16 |
| Medicare | -11.60 | 24.36 |
| New York State Income | -13.68 | 30.96 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |
| **Net Pay** | **$723.92** | |

Your federal taxable wages this period are $800.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 763
Pay Date: 01/20/2017

Pay to the order of: SHUK CHAU NG LAM

This amount: SEVEN HUNDRED TWENTY THREE AND 92/100

THIS IS NOT A CHECK

$723.92

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

**Company Code**  **Loc/Dept**  **Number**  **Page**
RZ / EQZ 22553777  01/0002  809  1 of 1

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting:  01/07/2017
Period Ending:  01/20/2017
Pay Date:  02/03/2017

Business Phone:  718-752-1888

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
  Federal:  4  Federal:
  State:  4  State:
  Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

**SHUK CHAU NG LAM**
**107-17 63RD**
**FL 2**
**FOREST HILL, NY 11375**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 2400.00 |
| Commission | | | 0.00 | 80.00 |
| **Gross Pay** | | | **$800.00** | $2,480.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -49.60 | 153.76 |
| Medicare | -11.60 | 35.96 |
| New York State Income | -13.68 | 44.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| **Net Pay** | **$723.92** | |

Your federal taxable wages this period are  $800.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:**  809
**Pay Date:**  02/03/2017

Pay to the order of:  SHUK CHAU NG LAM

This amount:  SEVEN HUNDRED TWENTY THREE AND 92/100

$723.92

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE  VOID - NON NEGOTIABLE

CATHAY BANK  SHUK CHAU NG LAM
107-17 63RD
FL 2
FOREST HILL, NY 11375

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **50012** | **1 of 1** |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 01/20/2017
Period Ending: 02/02/2017
Pay Date: 02/17/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 4   Federal:
  State: 4   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Nglam Shau Chau**
**108-17 63rd**
**Fl 2**
**Forest Hills, NY 11375**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 72.00 | 792.00 | 792.00 |
| Bonus | | 0.00 | 120.00 | 120.00 |
| **Gross Pay** | | | **$912.00** | $912.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.00 | 72.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -56.54 | 56.54 |
| Medicare | -13.22 | 13.22 |
| New York State Income | -18.74 | 18.74 |
| New York City R Local | -18.65 | 18.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| **Net Pay** | **$803.65** | |

Your federal taxable wages this period are  $912.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Payroll Check Number:** 50012
**Pay Date:** 02/17/2017

Pay to the order of:   Nglam Shau Chau

This amount:   EIGHT HUNDRED THREE AND 65/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$803.65

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50032 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 02/03/2017
Period Ending: 02/16/2017
Pay Date: 03/03/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:         Tax Override:
  Federal:   4         Federal:
  State:     4         State:
  Local:     0         Local:
Social Security Number: XXX-XX-XXXX

**NG LAM Shuk Chau**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 64.00 | 704.00 | 1496.00 |
| Bonus | | | 0.00 | 120.00 |
| **Gross Pay** | | | **$704.00** | $1,616.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 64.00 | 136.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -43.65 | 100.19 |
| Medicare | -10.21 | 23.43 |
| New York State Income | -9.78 | 28.52 |
| New York City R Local | -11.47 | 30.12 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |
| **Net Pay** | **$627.69** | |

Your federal taxable wages this period are  $704.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:   50032
Pay Date:              03/03/2017

Pay to the order of:    NG LAM Shuk Chau

This amount:    SIX HUNDRED TWENTY SEVEN AND 69/100          $627.69

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50058 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 02/17/2017
Period Ending: 03/02/2017
Pay Date: 03/17/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  4            Federal:
  State:   4            State:
  Local:   0            Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | 880.00 | 2376.00 |
| Bonus | | | 0.00 | 120.00 |
| | | | | |
| **Gross Pay** | | | **$880.00** | $2,496.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 216.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -54.56 | 154.75 |
| Medicare | -12.76 | 36.19 |
| New York State Income | -17.28 | 45.80 |
| New York City R Local | -17.46 | 47.58 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| | | |
| **Net Pay** | **$776.74** | |

Your federal taxable wages this period are  $880.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 50058
Pay Date: 03/17/2017

Pay to the order of:  **Shuk Chau NG LAM**

This amount: SEVEN HUNDRED SEVENTY SIX AND 74/100

**THIS IS NOT A CHECK**

$776.74

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50088 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:    03/03/2017
Period Ending:     03/16/2017
Pay Date:           03/31/2017

Business Phone:    646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:            Tax Override:
    Federal:    4                Federal:
    State:      4                State:
    Local:      0                Local:
Social Security Number:    XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | 880.00 | 3256.00 |
| Overtime | 16.5000 | 10.00 | 165.00 | 165.00 |
| Bonus | | | 0.00 | 120.00 |
| **Gross Pay** | | | **$1,045.00** | 3,541.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 90.00 | 306.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -8.92 | 8.92 |
| Social Security | -64.79 | 219.54 |
| Medicare | -15.15 | 51.34 |
| New York State Income | -26.07 | 71.87 |
| New York City R Local | -23.57 | 71.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| **Net Pay** | **$905.30** | |

Your federal taxable wages this period are  $1,045.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:    50088
Pay Date:                03/31/2017

Pay to the
order of:        Shuk Chau NG LAM

This amount:    NINE HUNDRED FIVE AND 30/100

$905.30

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50120 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:   03/17/2017
Period Ending:    03/30/2017
Pay Date:           04/14/2017

Business Phone:    646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:              Tax Override:
  Federal:    4                    Federal:
  State:    4                          State:
  Local:    0                          Local:
Social Security Number:    XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 72.00 | 936.00 | 4192.00 |
| Overtime | | | 0.00 | 165.00 |
| Bonus | | | 0.00 | 120.00 |
| **Gross Pay** | | | **$936.00** | $4,477.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.00 | 378.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 8.92 |
| Social Security | -58.03 | 277.57 |
| Medicare | -13.58 | 64.92 |
| New York State Income | -20.00 | 91.87 |
| New York City R Local | -19.54 | 90.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| **Net Pay** | **$823.65** |
|---|---|

Your federal taxable wages this period are  $936.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:    50120
Pay Date:                        04/14/2017

Pay to the order of:    **Shuk Chau NG LAM**

This amount:    EIGHT HUNDRED TWENTY THREE AND 65/100              **$823.65**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1183 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:     03/31/2017
Period Ending:      04/06/2017
Pay Date:             04/21/2017

Business Phone:    646-506-5876

Taxable Marital Status:     Married
Exemptions/Allowances:          Tax Override:
  Federal:     4                      Federal:
  State:        4                      State:
  Local:        0                      Local:
Social Security Number:    XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 4712.00 |
| Overtime | | | 0.00 | 165.00 |
| Bonus | | | 0.00 | 120.00 |
| **Gross Pay** | | | **$520.00** | $4,997.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 13.13 |
| Social Security | -32.24 | 309.81 |
| Medicare | -7.54 | 72.46 |
| New York State Income | -12.89 | 104.76 |
| New York City R Local | -11.69 | 102.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.60 |
| **Net Pay** | **$450.83** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 418.00 |

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:   1183
Pay Date:                     04/21/2017

Pay to the order of:        Shuk Chau NG LAM

This amount:    FOUR HUNDRED FIFTY AND 83/100

$450.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1224 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 04/07/2017
Period Ending: 04/13/2017
Pay Date: 04/28/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  4           Federal:
  State:  4             State:
  Local:  0             Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 5232.00 |
| Overtime | 19.5000 | 2.00 | 39.00 | 204.00 |
| Bonus | | 0.00 | 104.00 | 224.00 |
| **Gross Pay** | | | **$663.00** | $5,660.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.00 | 460.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -18.51 | 31.64 |
| Social Security | -41.11 | 350.92 |
| Medicare | -9.61 | 82.07 |
| New York State Income | -21.44 | 126.20 |
| New York City R Local | -17.14 | 119.52 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.20 |
| **Net Pay** | **$554.59** | |

Your federal taxable wages this period are $663.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1224
Pay Date: 04/28/2017

Pay to the
order of:     Shuk Chau NG LAM

This amount:     FIVE HUNDRED FIFTY FOUR AND 59/100

$554.59

THIS IS NOT A CHECK

**VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE**

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1267** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:     04/14/2017
Period Ending:      04/20/2017
Pay Date:             05/05/2017

Business Phone:     646-506-5876

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:    4 | Federal: |
| State:       4 | State: |
| Local:       0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 5752.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $6,180.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 35.85 |
| Social Security | -32.24 | 383.16 |
| Medicare | -7.54 | 89.61 |
| New York State Income | -12.89 | 139.09 |
| New York City R Local | -11.69 | 131.21 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.80 |

| **Net Pay** | | **$450.83** |
|---|---|---|

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

| Payroll Check Number: | 1267 |
|---|---|
| Pay Date: | 05/05/2017 |

Pay to the order of:     **Shuk Chau NG LAM**

This amount:     FOUR HUNDRED FIFTY AND 83/100          **$450.83**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1310 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 04/21/2017
Period Ending: 04/27/2017
Pay Date: 05/12/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  4       Federal:
  State:   4       State:
  Local:   0       Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 6272.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $6,700.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 540.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 40.06 |
| Social Security | -32.24 | 415.40 |
| Medicare | -7.54 | 97.15 |
| New York State Income | -12.89 | 151.98 |
| New York City R Local | -11.69 | 142.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

| **Net Pay** | **$450.83** |
|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 1310
Pay Date: 05/12/2017

Pay to the
order of:     Shuk Chau NG LAM

This amount:     FOUR HUNDRED FIFTY AND 83/100

**THIS IS NOT A CHECK**

**VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE**

$450.83

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1351 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:   04/28/2017
Period Ending:   05/04/2017
Pay Date:   05/19/2017

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
    Federal:   4        Federal:
    State:   4        State:
    Local:   0        Local:
Social Security Number:   XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 6792.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $7,220.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 580.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 44.27 |
| Social Security | -32.24 | 447.64 |
| Medicare | -7.54 | 104.69 |
| New York State Income | -12.89 | 164.87 |
| New York City R Local | -11.69 | 154.59 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| **Net Pay** | **$450.83** |
|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:   1351
Pay Date:   05/19/2017

Pay to the order of:   **Shuk Chau NG LAM**
This amount:   FOUR HUNDRED FIFTY AND 83/100

**THIS IS NOT A CHECK**

**$450.83**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1437 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:     05/05/2017
Period Ending:       05/11/2017
Pay Date:            05/26/2017

Business Phone:      646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
   Federal:   4                    Federal:
   State:     4                    State:
   Local:     0                    Local:
Social Security Number:  XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 7832.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $8,260.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 660.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 52.69 |
| Social Security | -32.24 | 512.12 |
| Medicare | -7.54 | 119.77 |
| New York State Income | -12.89 | 190.65 |
| New York City R Local | -11.69 | 177.97 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.20 |
| **Net Pay** | **$450.83** | |

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:   1437
Pay Date:               05/26/2017

Pay to the
order of:          Shuk Chau NG LAM

This amount:   FOUR HUNDRED FIFTY AND 83/100          $450.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1477** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:    05/19/2017
Period Ending:     05/25/2017
Pay Date:             06/02/2017

Business Phone:     646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:              Tax Override:
  Federal:    4                    Federal:
  State:       4                    State:
  Local:       0                    Local:
Social Security Number:    XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 8352.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $8,780.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 700.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 56.90 |
| Social Security | -32.24 | 544.36 |
| Medicare | -7.54 | 127.31 |
| New York State Income | -12.89 | 203.54 |
| New York City R Local | -11.69 | 189.66 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |
| **Net Pay** | **$450.83** | |

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1477
Pay Date:                       06/02/2017

Pay to the order of:       Shuk Chau NG LAM

This amount:     FOUR HUNDRED FIFTY AND 83/100

$450.83

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1518** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:  05/26/2017
Period Ending:  06/01/2017
Pay Date:  06/09/2017

Business Phone:  646-506-5876

Taxable Marital Status:  Married
Exemptions/Allowances:   Tax Override:
  Federal:  4  Federal:
  State:  4  State:
  Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 8872.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | 9,300.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 740.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 61.11 |
| Social Security | -32.24 | 576.60 |
| Medicare | -7.54 | 134.85 |
| New York State Income | -12.89 | 216.43 |
| New York City R Local | -11.69 | 201.35 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 11.40 |

| **Net Pay** | **$450.83** |
|---|---|

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1518
Pay Date:  06/09/2017

Pay to the
order of:  Shuk Chau NG LAM

This amount:  FOUR HUNDRED FIFTY AND 83/100

$450.83

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1557 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 06/02/2017
Period Ending: 06/08/2017
Pay Date: 06/16/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
   Federal: 4    Federal:
   State: 4    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 9392.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $9,820.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 780.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 65.32 |
| Social Security | -32.24 | 608.84 |
| Medicare | -7.54 | 142.39 |
| New York State Income | -12.89 | 229.32 |
| New York City R Local | -11.69 | 213.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.00 |

| **Net Pay** | **$450.83** | |
|---|---|---|

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1557
Pay Date: 06/16/2017

Pay to the order of:    Shuk Chau NG LAM

This amount:    FOUR HUNDRED FIFTY AND 83/100       $450.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1592 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting: 06/09/2017
Period Ending: 06/15/2017
Pay Date: 06/23/2017

Business Phone: 646-506-5876

| | |
|---|---|
| Taxable Marital Status: | Married |
| Exemptions/Allowances: | Tax Override: |
| Federal: 4 | Federal: |
| State: 4 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 9912.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $10,340.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 820.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 69.53 |
| Social Security | -32.24 | 641.08 |
| Medicare | -7.54 | 149.93 |
| New York State Income | -12.89 | 242.21 |
| New York City R Local | -11.69 | 224.73 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.60 |

| **Net Pay** | | **$450.83** |
|---|---|---|

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

| Payroll Check Number: | 1592 |
|---|---|
| Pay Date: | 06/23/2017 |

Pay to the order of:   **Shuk Chau NG LAM**

This amount:   FOUR HUNDRED FIFTY AND 83/100

THIS IS NOT A CHECK

$450.83

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1632 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 06/16/2017
Period Ending: 06/22/2017
Pay Date: 06/30/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
   Federal: 4           Federal:
   State: 4             State:
   Local: 0             Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 10432.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $10,860.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 860.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 73.74 |
| Social Security | -32.24 | 673.32 |
| Medicare | -7.54 | 157.47 |
| New York State Income | -12.89 | 255.10 |
| New York City R Local | -11.69 | 236.42 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.20 |

| **Net Pay** | | **$450.83** |
|---|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 1632
Pay Date: 06/30/2017

Pay to the order of:   **Shuk Chau NG LAM**

This amount:   FOUR HUNDRED FIFTY AND 83/100

**THIS IS NOT A CHECK**

**VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE**

$450.83

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1671 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:     06/23/2017
Period Ending:      06/29/2017
Pay Date:              07/07/2017

Business Phone:    646-506-5876

Taxable Marital Status:     Married
Exemptions/Allowances:              Tax Override:
   Federal:     4                 Federal:
   State:        4                 State:
   Local:        0                 Local:
Social Security Number:     XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 10952.00 |
| Overtime | | | 0.00 | 204.00 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$520.00** | $11,380.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 900.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 77.95 |
| Social Security | -32.24 | 705.56 |
| Medicare | -7.54 | 165.01 |
| New York State Income | -12.89 | 267.99 |
| New York City R Local | -13.26 | 249.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.80 |
| **Net Pay** | **$449.26** | |

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:    1671
Pay Date:                         07/07/2017

Pay to the
order of:              Shuk Chau NG LAM

This amount:      FOUR HUNDRED FORTY NINE AND 26/100                                       **$449.26**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1708** | **1 of 1** |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:  06/30/2017
Period Ending:   07/06/2017
Pay Date:        07/14/2017

Business Phone:   646-506-5876

Taxable Marital Status:     Married
Exemptions/Allowances:           Tax Override:
  Federal:     4                Federal:
  State:       4                State:
  Local:       0                Local:
Social Security Number:     XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 11472.00 |
| Overtime | 19.5000 | 0.50 | 9.75 | 213.75 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$529.75** | $11,909.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.50 | 940.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -5.19 | 83.14 |
| Social Security | -32.84 | 738.40 |
| Medicare | -7.68 | 172.69 |
| New York State Income | -13.46 | 281.45 |
| New York City R Local | -13.66 | 263.34 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 14.40 |

| **Net Pay** | **$456.32** |
|---|---|

Your federal taxable wages this period are  $529.75

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

**Payroll Check Number:**  1708
**Pay Date:**              07/14/2017

Pay to the
order of:      **Shuk Chau NG LAM**

This amount:   FOUR HUNDRED FIFTY SIX AND 32/100                                **$456.32**

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1741 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

Period Starting: 07/07/2017
Period Ending: 07/13/2017
Pay Date: 07/21/2017

Business Phone: 646-506-5876

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 4 | Federal: |
| State: | 4 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 37.50 | 487.50 | 11959.50 |
| Overtime | | | 0.00 | 213.75 |
| Bonus | | | 0.00 | 224.00 |
| **Gross Pay** | | | **$487.50** | $12,397.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.50 | 978.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -0.96 | 84.10 |
| Social Security | -30.23 | 768.63 |
| Medicare | -7.07 | 179.76 |
| New York State Income | -11.02 | 292.47 |
| New York City R Local | -11.91 | 275.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 15.00 |

| **Net Pay** | **$425.71** | |
|---|---|---|

Your federal taxable wages this period are  $487.50

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number: 1741
Pay Date: 07/21/2017

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

Pay to the
order of:      Shuk Chau NG LAM

This amount:   FOUR HUNDRED TWENTY FIVE AND 71/100          $425.71

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1773 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 07/14/2017
Period Ending: 07/20/2017
Pay Date: 07/28/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:    4              Federal:
  State:      4              State:
  Local:      0              Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 12479.50 |
| Overtime | | | 0.00 | 213.75 |
| Bonus | | 0.00 | 13.00 | 237.00 |
| **Gross Pay** | | | **$533.00** | $12,930.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 1018.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -5.51 | 89.61 |
| Social Security | -33.05 | 801.68 |
| Medicare | -7.73 | 187.49 |
| New York State Income | -13.66 | 306.13 |
| New York City R Local | -13.80 | 289.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 15.60 |
| **Net Pay** | **$458.65** | |

Your federal taxable wages this period are  $533.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:  1773
Pay Date:              07/28/2017

Pay to the order of:   Shuk Chau NG LAM

This amount:   FOUR HUNDRED FIFTY EIGHT AND 65/100                    $458.65

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1805** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:      07/21/2017
Period Ending:       07/27/2017
Pay Date:              08/04/2017

Business Phone:    646-506-5876

Taxable Marital Status:      Married
Exemptions/Allowances:           Tax Override:
　Federal:      4               Federal:
　State:        4               State:
　Local:        0               Local:
Social Security Number:     XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 12999.50 |
| Overtime | | | 0.00 | 213.75 |
| Bonus | | | 0.00 | 237.00 |
| | | | | |
| **Gross Pay** | | | **$520.00** | $13,450.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 1058.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 93.82 |
| Social Security | -32.24 | 833.92 |
| Medicare | -7.54 | 195.03 |
| New York State Income | -12.89 | 319.02 |
| New York City R Local | -13.26 | 302.31 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 16.20 |
| | | |
| **Net Pay** | **$449.26** | |

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Payroll Check Number:**   1805
**Pay Date:**                    08/04/2017

Pay to the order of:          **Shuk Chau NG LAM**

This amount:     FOUR HUNDRED FORTY NINE AND 26/100                            **$449.26**

**THIS IS NOT A CHECK**

**VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE**

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1837** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 07/28/2017
Period Ending: 08/03/2017
Pay Date: 08/11/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 4   Federal:
  State: 4   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 13519.50 |
| Overtime | 19.5000 | 1.50 | 29.25 | 243.00 |
| Bonus | | | 0.00 | 237.00 |
| **Gross Pay** | | | **$549.25** | $13,999.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.50 | 1099.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -7.14 | 100.96 |
| Social Security | -34.05 | 867.97 |
| Medicare | -7.96 | 202.99 |
| New York State Income | -14.61 | 333.63 |
| New York City R Local | -14.47 | 316.78 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 16.80 |
| **Net Pay** | **$470.42** | |

Your federal taxable wages this period are  $549.25

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

**Payroll Check Number:** 1837
**Pay Date:** 08/11/2017

Pay to the order of:    Shuk Chau NG LAM

This amount:    FOUR HUNDRED SEVENTY AND 42/100

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$470.42

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1867 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:   08/04/2017
Period Ending:    08/10/2017
Pay Date:         08/18/2017

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   4          Federal:
  State:     4          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

**Shuk Chau NG LAM
84 Seneca Street
Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 14039.50 |
| Overtime | 19.5000 | 0.50 | 9.75 | 252.75 |
| Bonus | | | 0.00 | 237.00 |
| **Gross Pay** | | | **$529.75** | $14,529.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.50 | 1140.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -5.19 | 106.15 |
| Social Security | -32.84 | 900.81 |
| Medicare | -7.68 | 210.67 |
| New York State Income | -13.46 | 347.09 |
| New York City R Local | -13.66 | 330.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 17.40 |

| **Net Pay** | **$456.32** |
|---|---|

Your federal taxable wages this period are  $529.75

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1867
Pay Date:              08/18/2017

Pay to the
order of:      Shuk Chau NG LAM

This amount:      FOUR HUNDRED FIFTY SIX AND 32/100                                    $456.32

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1896 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:  08/11/2017
Period Ending:  08/17/2017
Pay Date:  08/25/2017

Business Phone:  646-506-5876

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
  Federal:  4  Federal:
  State:  4  State:
  Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 14559.50 |
| Overtime | | | 0.00 | 252.75 |
| Bonus | | | 0.00 | 237.00 |
| **Gross Pay** | | | **$520.00** | $15,049.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 1180.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 110.36 |
| Social Security | -32.24 | 933.05 |
| Medicare | -7.54 | 218.21 |
| New York State Income | -12.89 | 359.98 |
| New York City R Local | -13.26 | 343.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.00 |

| **Net Pay** | **$449.26** |
|---|---|

Your federal taxable wages this period are  $520.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:  1896
Pay Date:  08/25/2017

Pay to the order of:  **Shuk Chau NG LAM**

This amount:  FOUR HUNDRED FORTY NINE AND 26/100

$449.26

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **1927** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 08/18/2017
Period Ending: 08/24/2017
Pay Date: 09/01/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 4     Federal:
  State: 4     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 15079.50 |
| Overtime | 19.5000 | 0.50 | 9.75 | 262.50 |
| Bonus | | | 0.00 | 237.00 |
| **Gross Pay** | | | **$529.75** | $15,579.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.50 | 1220.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -5.19 | 115.55 |
| Social Security | -32.85 | 965.90 |
| Medicare | -7.69 | 225.90 |
| New York State Income | -13.46 | 373.44 |
| New York City R Local | -13.66 | 357.36 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.60 |

| **Net Pay** | **$456.30** |
|---|---|

Your federal taxable wages this period are  $529.75

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1927
Pay Date:                      09/01/2017

Pay to the order of:          Shuk Chau NG LAM

This amount:    FOUR HUNDRED FIFTY SIX AND 30/100

**$456.30**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 2476 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:    12/22/2017
Period Ending:      12/28/2017
Pay Date:           01/05/2018

Business Phone:     646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:       Tax Override:
  Federal:    4              Federal:
  State:      4              State:
  Local:      0              Local:
Social Security Number:    XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 520.00 |
| **Gross Pay** | | | **$520.00** | $520.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.21 | 4.21 |
| Social Security | -32.24 | 32.24 |
| Medicare | -7.54 | 7.54 |
| New York State Income | -12.89 | 12.89 |
| New York Paid Family Leave | -0.66 | 0.66 |
| New York City R Local | -12.43 | 12.43 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 0.60 |
| **Net Pay** | **$449.43** | |

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:    2476
Pay Date:                01/05/2018

Pay to the
order of:      Shuk Chau NG LAM

This amount:    FOUR HUNDRED FORTY NINE AND 43/100          **$449.43**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **2509** | **1 of 1** |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 12/29/2017
Period Ending: 01/04/2018
Pay Date: 01/12/2018

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:      Tax Override:
　Federal:   4      Federal:
　State:   4      State:
　Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 1040.00 |
| Overtime | 19.5000 | 0.50 | 9.75 | 9.75 |
| **Gross Pay** | | | **$529.75** | $1,049.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.50 | 80.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -5.19 | 9.40 |
| Social Security | -32.84 | 65.08 |
| Medicare | -7.68 | 15.22 |
| New York State Income | -13.46 | 26.35 |
| New York Paid Family Leave | -0.67 | 1.33 |
| New York City R Local | -12.81 | 25.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.20 |

| **Net Pay** | **$456.50** |
|---|---|

Your federal taxable wages this period are  $529.75

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

**Payroll Check Number:**   2509
**Pay Date:**      01/12/2018

Pay to the
order of:　　**Shuk Chau NG LAM**

This amount:　FOUR HUNDRED FIFTY SIX AND 50/100　　　　　　　　　　　　**$456.50**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **2542** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting:     01/05/2018
Period Ending:       01/11/2018
Pay Date:            01/19/2018

Business Phone:      646-506-5876

| Taxable Marital Status: | Married | | |
|---|---|---|---|
| Exemptions/Allowances: | | Tax Override: | |
| Federal: | 4 | Federal: | |
| State: | 4 | State: | |
| Local: | 0 | Local: | |
| Social Security Number: | XXX-XX-XXXX | | |

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 21.50 | 279.50 | 1319.50 |
| Overtime | | | 0.00 | 9.75 |
| **Gross Pay** | | | **$279.50** | $1,329.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 21.50 | 102.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 9.40 |
| Social Security | -17.33 | 82.41 |
| Medicare | -4.05 | 19.27 |
| New York State Income | -1.99 | 28.34 |
| New York Paid Family Leave | -0.35 | 1.68 |
| New York City R Local | -3.75 | 28.99 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.80 |
| **Net Pay** | **$251.43** | |

Your federal taxable wages this period are  $279.50

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Payroll Check Number:**   2542
**Pay Date:**              01/19/2018

Pay to the
order of:        **Shuk Chau NG LAM**

This amount:     TWO HUNDRED FIFTY ONE AND 43/100

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

$251.43

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 2679 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 02/02/2018
Period Ending: 02/08/2018
Pay Date: 02/16/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:   4            Federal:
  State:     4            State:
  Local:     0            Local:
Social Security Number: XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 1839.50 |
| Overtime | | | 0.00 | 9.75 |
| **Gross Pay** | | | **$520.00** | $1,849.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 142.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 9.40 |
| Social Security | -32.24 | 114.65 |
| Medicare | -7.54 | 26.81 |
| New York State Income | -12.89 | 41.23 |
| New York Paid Family Leave | -0.66 | 2.34 |
| New York City R Local | -12.43 | 41.42 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 2.40 |
| **Net Pay** | **$453.64** | |

Your federal taxable wages this period are  $520.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 2679
Pay Date: 02/16/2018

Pay to the order of:   **Shuk Chau NG LAM**

This amount:   FOUR HUNDRED FIFTY THREE AND 64/100

$453.64

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **RZ / PF3 23355305** | **01/02** | **2716** | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 02/09/2018
Period Ending: 02/15/2018
Pay Date: 02/23/2018

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:  4            Federal:
  State:  4            State:
  Local:  0            Local:
Social Security Number:  XXX-XX-XXXX

**Shuk Chau NG LAM**
**84 Seneca Street**
**Staten Island, NY 10310**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 24.00 | 312.00 | 2151.50 |
| Overtime | | | 0.00 | 9.75 |
| **Gross Pay** | | | **$312.00** | $2,161.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 166.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 9.40 |
| Social Security | -19.35 | 134.00 |
| Medicare | -4.53 | 31.34 |
| New York State Income | -3.29 | 44.52 |
| New York Paid Family Leave | -0.39 | 2.73 |
| New York City R Local | -4.80 | 46.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.00 |
| **Net Pay** | **$279.04** | |

Your federal taxable wages this period are  $312.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  2716
Pay Date:                   02/23/2018

Pay to the
order of:          Shuk Chau NG LAM

This amount:     TWO HUNDRED SEVENTY NINE AND 04/100

$279.04

THIS IS NOT A CHECK

**VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE**

CATHAY BANK