UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

| | | |
|---|---|---|
| LIYOU XING, on his own behalf and on behalf of others similarly situated, | : : : | ECF<br>18 Civ. 6616 (PKC) (LB) |
| Plaintiffs, | : : | |
| - against - | : : | **NOTICE OF APPEARANCE** |
| MAYFLOWER INTERNATIONAL HOTEL GROUP INC., MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION, MAYFLOWER WENYU LLC, YAN ZHI HOTEL MANAGEMENT INC., MAYFLOWER 1-1 LLC, WEIHONG HU, XIAOZHUANG GE, and YUEHUA HU, | : : : : : : | |
| Defendants. | | |

------------------------------------------------------------------- X

PLEASE TAKE NOTICE that the undersigned attorney of the law offices of Pryor Cashman LLP is admitted or otherwise authorized to practice in this court, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC., MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION, MAYFLOWER WENYU LLC, YAN ZHI HOTEL MANAGEMENT INC., MAYFLOWER 1-1 LLC, WEIHONG HU, and XIAOZHUANG GE in this matter, and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served upon:

> LaKeisha M.A. Caton, Esq.; LC 0211
> Pryor Cashman LLP
> 7 Times Square
> New York, New York 10036
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> lcaton@pryorcashman.com

Dated:  July 15, 2019
            New York, New York

                                    PRYOR CASHMAN LLP

                                    By: /s/ LaKeisha M.A. Caton
                                          LaKeisha M.A. Caton, Esq.
                                    7 Times Square
                                    New York, New York 10036
                                    Phone: (212) 421-4100
                                    Facsimile: (212) 326-0806
                                    E-mail: lcaton@pryorcashman.com