# Exhibit 1

**Full docket text:**

ORDER: The Court held an initial conference in plaintiff's FLSA case on January 28, 2019. As discussed on the record, defendants shall produce plaintiff's timesheets, paystubs, and wage notices by February 4, 2019. Plaintiff shall make a settlement demand to defendants by February 11, 2019. The Court shall hold a status conference on February 25, 2019 at 4:00 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty-eight (48) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 1/28/2019. (Burks, Jory)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2019 12:47:03 | | | |
| **PACER Login:** | kevinkervengtung | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:18-cv-06616-PKC-LB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |