# Exhibit 2

# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselor at Law

Writer's direct email:
Wa Yang, Esq.
lwyang@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

February 4, 2019

**Via Email**
Aaron Schweitzer, Esq.
Troy Law PLLC
41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Email：troylaw@troypllc.com

      Re:     Liyou Xing v. Mayflower International Hotel Group Inc. et al.
          Case No. 18-cv-06616

Dear Mr. Schweitzer,

As per the Scheduling Order dated January 28, 2019, we hereby attached Plaintiff's timesheets, paystubs and wage notices for your review. For timesheets, please refer to documents bearing Bates Nos. M000001 to M000024; for Plaintiff's pay stubs, please refer to documents bearing Bates Nos. M000025 to M000066; for Plaintiff's wage notices, please refer to documents bearing Bates Nos. M000067 to M000068.

Please be advised that the documents are provided for settlement purposes only. If you have any question, please let the undersigned know.

Very truly yours,

Wa Yang



## Liyou Xing
Daily Time Report

**March 2017**

| SU | MO | TU | WE | TH | FR | SA |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|-----|--------|------|------|-----|-------|-|-|
| Default ⓘ | IN | 03/01/2017 | 07 | 55 | AM | Update | Void |
| Default ⓘ | OUT | 03/01/2017 | 05 | 30 | PM | Update | Void |

**TOTAL: 9.58 HRS**



## Liyou Xing
Daily Time Report



**March 2017**

| SU | MO | TU | WE | TH | FR | SA |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |



| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|-----|--------|------|------|-----|-------|-|-|
| Default ⓘ | IN | 03/02/2017 | 06 | 03 | AM | Update | Void |
| Default ⓘ | OUT | 03/02/2017 | 03 | 07 | PM | Update | Void |

**TOTAL: 9.08 HRS**



## Liyou Xing
Daily Time Report



**March 2017**

| SU | MO | TU | WE | TH | FR | SA |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  | 4 |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |



| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|-----|--------|------|------|-----|-------|-|-|
| Default ⓘ | IN | 03/03/2017 | 06 | 50 | AM | Update | Void |
| Default ⓘ | OUT | 03/03/2017 | 03 | 01 | PM | Update | Void |

**TOTAL: 8.18 HRS**

M000001



M000002



## Liyou Xing
Daily Time Report

| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | IN | 03/07/2017 | 05 | 56 | AM | Update | Void |
| Default | OUT | 03/07/2017 | 03 | 05 | PM | Update | Void |

**TOTAL: 9.15 HRS**




## Liyou Xing
Daily Time Report

| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | IN | 03/08/2017 | 05 | 55 | AM | Update | Void |
| Default | OUT | 03/08/2017 | 02 | 59 | PM | Update | Void |

**TOTAL: 9.07 HRS**





## Liyou Xing
Daily Time Report

| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | IN | 03/09/2017 | 05 | 48 | AM | Update | Void |
| Default | OUT | 03/09/2017 | 02 | 56 | PM | Update | Void |

**TOTAL: 9.13 HRS**





## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.





## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.





## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



**M000004**



## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.





## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.





## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



**M000005**



## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



## Liyou Xing
Daily Time Report





| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | OUT | 03/17/2017 | 02 | 56 | PM | Update | Void |

**TOTAL: 14.95 HRS**

## Liyou Xing
Daily Time Report



| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | IN | 03/18/2017 | 05 | 58 | AM | Update | Void |
| Default | OUT | 03/18/2017 | 02 | 54 | PM | Update | Void |

**TOTAL: 8.94 HRS**



## Liyou Xing
Daily Time Report



| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.

---

## Liyou Xing
Daily Time Report



| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.

## Liyou Xing
Daily Time Report

| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



## Liyou Xing
Daily Time Report



| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



## Liyou Xing
Daily Time Report

| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



M000007



# Liyou Xing
Daily Time Report



| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | 1 | 2 | 3 | 4 | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | **24** | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



# Liyou Xing
Daily Time Report



| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | **25** |
| 26 | 27 | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



# Liyou Xing
Daily Time Report

| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| **26** | 27 | 28 | 29 | 30 | 31 | |

| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|---|---|---|---|---|---|---|---|
| Default | IN ▾ | 03/26/2017 ▾ | 06 ▾ | 44 ▾ | AM ▾ | Update | Void |
| Default | OUT ▾ | 03/26/2017 ▾ | 03 ▾ | 58 ▾ | PM ▾ | Update | Void |

**TOTAL: 9.24 HRS**



# Liyou Xing
Daily Time Report

| | March 2017 | | | | | |
|---|---|---|---|---|---|---|
| SU | MO | TU | WE | TH | FR | SA |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | **27** | 28 | 29 | 30 | 31 | |

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.

M000008



## Liyou Xing
Daily Time Report



There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



## Liyou Xing
Daily Time Report



| PIC | IN/OUT | DATE | HOUR | MIN | AM/PM | | |
|-----|--------|------|------|-----|-------|---|---|
| Default ⓘ | IN ▼ | 03/29/2017 | 10 ▼ | 57 ▼ | AM ▼ | Update | Void |
| Default ⓘ | OUT ▼ | 03/29/2017 | 08 ▼ | 11 ▼ | PM ▼ | Update | Void |

**TOTAL: 9.24 HRS**



## Liyou Xing
Daily Time Report

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.



## Liyou Xing
Daily Time Report

There are no entries for today, you may add as many as needed by using the 'Add time' dialog below.





## Reports

| 05/12/2017 ▼ | Xing ▼ | All Devices ▼ |

| EMPLOYEE DETAILS | FRIDAY 05/12/17 | SATURDAY 05/13/17 | SUNDAY 05/14/17 | MONDAY 05/15/17 | TUESDAY 05/16/17 | WEDNESDAY 05/17/17 | THURSDAY 05/18/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | | | | - | $0.00 |
| TOTAL HOURS | - | - | - | - | - | - | - | | |

## Reports

| 05/19/2017 ▼ | Xing ▼ | All Devices ▼ |

| EMPLOYEE DETAILS | FRIDAY 05/19/17 | SATURDAY 05/20/17 | SUNDAY 05/21/17 | MONDAY 05/22/17 | TUESDAY 05/23/17 | WEDNESDAY 05/24/17 | THURSDAY 05/25/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | | | | - | $0.00 |
| TOTAL HOURS | - | - | - | - | - | - | - | | |

## Reports

| 05/26/2017 ▼ | Xing ▼ | All Devices ▼ |

| EMPLOYEE DETAILS | FRIDAY 05/26/17 | SATURDAY 05/27/17 | SUNDAY 05/28/17 | MONDAY 05/29/17 | TUESDAY 05/30/17 | WEDNESDAY 05/31/17 | THURSDAY 06/01/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | Memorial Day | | | | - | $0.00 |
| TOTAL HOURS | - | - | - | | - | - | - | | |

## Reports

| 06/02/2017 ▼ | Xing ▼ | All Devices ▼ |

| EMPLOYEE DETAILS | FRIDAY 06/02/17 | SATURDAY 06/03/17 | SUNDAY 06/04/17 | MONDAY 06/05/17 | TUESDAY 06/06/17 | WEDNESDAY 06/07/17 | THURSDAY 06/08/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | | 8.24 hrs IN @ 02:44 PM OUT @ 10:58 PM | 8.14 hrs IN @ 02:50 PM OUT @ 10:58 PM | 16.38 | $0.00 |
| TOTAL HOURS | - | - | - | - | - | 8.24 | 8.14 | | |

## Reports

| 06/09/2017 ▼ | Xing ▼ | All Devices ▼ |

| EMPLOYEE DETAILS | FRIDAY 06/09/17 | SATURDAY 06/10/17 | SUNDAY 06/11/17 | MONDAY 06/12/17 | TUESDAY 06/13/17 | WEDNESDAY 06/14/17 | THURSDAY 06/15/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 9.58 hrs IN @ 11:25 AM OUT @ 09:00 PM | 8.01 hrs IN @ 02:55 PM OUT @ 10:55 PM | 8.11 hrs IN @ 02:51 PM OUT @ 10:57 PM | | | 7.94 hrs IN @ 03:02 PM OUT @ 10:58 PM | 8.12 hrs IN @ 02:52 PM OUT @ 10:59 PM | ⚠ 41.75 | $0.00 |
| TOTAL HOURS | 9.58 | 8.01 | 8.11 | - | - | 7.94 | 8.12 | | |



## Reports

| EMPLOYEE DETAILS | FRIDAY 06/16/17 | SATURDAY 06/17/17 | SUNDAY 06/18/17 | MONDAY 06/19/17 | TUESDAY 06/20/17 | WEDNESDAY 06/21/17 | THURSDAY 06/22/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 8.01 hrs<br>IN @ 02:52 PM<br>OUT @ 10:53 PM | 9.46 hrs<br>IN @ 10:49 AM<br>OUT @ 08:16 PM | 8.09 hrs<br>IN @ 02:55 PM<br>OUT @ 11:00 PM | | | | | 25.56 | $0.00 |
| TOTAL HOURS | 8.01 | 9.46 | 8.09 | - | - | - | - | | |

## Reports

| EMPLOYEE DETAILS | FRIDAY 06/23/17 | SATURDAY 06/24/17 | SUNDAY 06/25/17 | MONDAY 06/26/17 | TUESDAY 06/27/17 | WEDNESDAY 06/28/17 | THURSDAY 06/29/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | | | | - | $0.00 |
| TOTAL HOURS | - | - | - | - | - | - | - | | |

## Reports

| EMPLOYEE DETAILS | FRIDAY 06/30/17 | SATURDAY 07/01/17 | SUNDAY 07/02/17 | MONDAY 07/03/17 | TUESDAY 07/04/17 | WEDNESDAY 07/05/17 | THURSDAY 07/06/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | Independence Day | | 9.67 hrs<br>IN @ 11:12 AM<br>OUT @ 08:52 PM | 9.67 | $0.00 |
| TOTAL HOURS | - | - | - | - | - | - | 9.67 | | |

## Reports

| EMPLOYEE DETAILS | FRIDAY 07/07/17 | SATURDAY 07/08/17 | SUNDAY 07/09/17 | MONDAY 07/10/17 | TUESDAY 07/11/17 | WEDNESDAY 07/12/17 | THURSDAY 07/13/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.14 hrs<br>IN @ 10:55 AM<br>OUT @ 09:03 PM | 10.06 hrs<br>IN @ 10:53 AM<br>OUT @ 08:57 PM | 12.99 hrs<br>IN @ 11:00 AM | | 10.03 hrs<br>IN @ 10:58 AM<br>OUT @ 09:00 PM | 10.07 hrs<br>IN @ 10:58 AM<br>OUT @ 09:02 PM | 13.03 hrs<br>IN @ 10:58 AM | ⚠ 66.31 | $0.00 |
| TOTAL HOURS | 10.14 | 10.06 | 12.99 | - | 10.03 | 10.07 | 13.03 | | |

## Reports

| EMPLOYEE DETAILS | FRIDAY 07/14/17 | SATURDAY 07/15/17 | SUNDAY 07/16/17 | MONDAY 07/17/17 | TUESDAY 07/18/17 | WEDNESDAY 07/19/17 | THURSDAY 07/20/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 9.86 hrs<br>IN @ 11:05 AM<br>OUT @ 08:57 PM | 13.06 hrs<br>IN @ 10:56 AM<br>OUT @ 08:57 PM | 9.99 hrs<br>IN @ 10:58 AM<br>OUT @ 08:57 PM | | 10.07 hrs<br>IN @ 10:55 AM<br>OUT @ 08:59 PM | 10.30 hrs<br>IN @ 10:56 AM<br>OUT @ 09:13 PM | 10.10 hrs<br>IN @ 10:57 AM<br>OUT @ 09:03 PM | ⚠ 63.37 | $0.00 |
| TOTAL HOURS | 9.86 | 13.06 | 9.99 | - | 10.07 | 10.30 | 10.10 | | |



## Reports

[ 07/21/2017 ▼ ]  [ Xing ▼ ]  [ All Devices ▼ ]

| EMPLOYEE DETAILS | FRIDAY 07/21/17 | SATURDAY 07/22/17 | SUNDAY 07/23/17 | MONDAY 07/24/17 | TUESDAY 07/25/17 | WEDNESDAY 07/26/17 | THURSDAY 07/27/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 9.95 hrs / IN @ 10:59 AM / OUT @ 08:56 PM | 11.06 hrs / IN @ 10:54 AM / OUT @ 09:58 PM | 13.11 hrs / IN @ 10:53 AM | | 10.93 hrs / IN @ 11:02 AM / OUT @ 09:57 PM | 10.93 hrs / IN @ 11:00 AM / OUT @ 09:56 PM | 11.09 hrs / IN @ 10:54 AM / OUT @ 09:59 PM | ⚠ 67.06 | $0.00 |
| TOTAL HOURS | 9.95 | 11.06 | 13.11 | - | 10.93 | 10.93 | 11.09 | | |

## Reports

[ 07/28/2017 ▼ ]  [ Xing ▼ ]  [ All Devices ▼ ]

| EMPLOYEE DETAILS | FRIDAY 07/28/17 | SATURDAY 07/29/17 | SUNDAY 07/30/17 | MONDAY 07/31/17 | TUESDAY 08/01/17 | WEDNESDAY 08/02/17 | THURSDAY 08/03/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.13 hrs / IN @ 10:53 AM / OUT @ 10:00 PM | 10.99 hrs / IN @ 11:52 AM / OUT @ 10:52 PM | 10.96 hrs / IN @ 11:54 AM / OUT @ 10:51 PM | | 11.00 hrs / IN @ 11:52 AM / OUT @ 10:52 PM | 11.00 hrs / IN @ 11:53 AM / OUT @ 10:52 PM | 10.90 hrs / IN @ 12:01 PM / OUT @ 10:55 PM | ⚠ 65.97 | $0.00 |
| TOTAL HOURS | 11.13 | 10.99 | 10.96 | - | 11.00 | 11.00 | 10.90 | | |

## Reports

[ 08/04/2017 ▼ ]  [ Xing ▼ ]  [ All Devices ▼ ]

| EMPLOYEE DETAILS | FRIDAY 08/04/17 | SATURDAY 08/05/17 | SUNDAY 08/06/17 | MONDAY 08/07/17 | TUESDAY 08/08/17 | WEDNESDAY 08/09/17 | THURSDAY 08/10/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 12.28 hrs / IN @ 11:43 AM / OUT @ 10:51 PM | 10.94 hrs / IN @ 11:55 AM / OUT @ 10:51 PM | 10.90 hrs / IN @ 10:27 AM / OUT @ 09:21 PM | | 11.02 hrs / IN @ 11:47 AM / OUT @ 10:48 PM | 11.49 hrs / IN @ 10:49 AM / OUT @ 10:18 PM | 11.11 hrs / IN @ 11:45 AM / OUT @ 10:52 PM | ⚠ 67.73 | $0.00 |
| TOTAL HOURS | 12.28 | 10.94 | 10.90 | - | 11.02 | 11.49 | 11.11 | | |

## Reports

[ 08/11/2017 ▼ ]  [ Xing ▼ ]  [ All Devices ▼ ]

| EMPLOYEE DETAILS | FRIDAY 08/11/17 | SATURDAY 08/12/17 | SUNDAY 08/13/17 | MONDAY 08/14/17 | TUESDAY 08/15/17 | WEDNESDAY 08/16/17 | THURSDAY 08/17/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.80 hrs / IN @ 11:40 AM / OUT @ 10:28 PM | 10.93 hrs / IN @ 11:49 AM / OUT @ 10:44 PM | 11.47 hrs / IN @ 10:46 AM / OUT @ 10:14 PM | | 10.95 hrs / IN @ 11:52 AM / OUT @ 10:49 PM | 11.37 hrs / IN @ 11:43 AM / OUT @ 11:05 PM | 11.01 hrs / IN @ 11:51 AM / OUT @ 10:51 PM | ⚠ 66.54 | $0.00 |
| TOTAL HOURS | 10.80 | 10.93 | 11.47 | - | 10.95 | 11.37 | 11.01 | | |

## Reports

[ 08/18/2017 ▼ ]  [ Xing ▼ ]  [ All Devices ▼ ]

| EMPLOYEE DETAILS | FRIDAY 08/18/17 | SATURDAY 08/19/17 | SUNDAY 08/20/17 | MONDAY 08/21/17 | TUESDAY 08/22/17 | WEDNESDAY 08/23/17 | THURSDAY 08/24/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.46 hrs / IN @ 11:58 AM / OUT @ 11:26 PM | 11.34 hrs / IN @ 11:52 AM / OUT @ 11:13 PM | 21.61 hrs / OUT @ 09:36 PM | | 11.17 hrs / IN @ 11:46 AM / OUT @ 10:57 PM | 11.10 hrs / IN @ 11:44 AM / OUT @ 10:50 PM | 11.05 hrs / IN @ 11:46 AM / OUT @ 10:50 PM | ⚠ 77.73 | $0.00 |
| TOTAL HOURS | 11.46 | 11.34 | 21.61 | - | 11.17 | 11.10 | 11.05 | | |



## Reports

| | 09/01/2017 ▾ | Xing ▾ | All Devices ▾ | ⬈ |

| EMPLOYEE DETAILS | FRIDAY 09/01/17 | SATURDAY 09/02/17 | SUNDAY 09/03/17 | MONDAY 09/04/17 | TUESDAY 09/05/17 | WEDNESDAY 09/06/17 | THURSDAY 09/07/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.96 hrs<br>IN @ 11:31 AM<br>OUT @ 10:29 PM | 12.09 hrs<br>IN @ 11:54 AM | 11.01 hrs<br>IN @ 10:27 AM<br>OUT @ 09:27 PM | Labor Day | 11.04 hrs<br>IN @ 11:48 AM<br>OUT @ 10:51 PM | 11.07 hrs<br>IN @ 11:45 AM<br>OUT @ 10:50 PM | 11.13 hrs<br>IN @ 11:46 AM<br>OUT @ 10:54 PM | ⚠ 67.31 | $0.00 |
| TOTAL HOURS | 10.96 | 12.09 | 11.01 | - | 11.04 | 11.07 | 11.13 | | |

## Reports

| | 09/08/2017 ▾ | Xing ▾ | All Devices ▾ | ⬈ |

| EMPLOYEE DETAILS | FRIDAY 09/08/17 | SATURDAY 09/09/17 | SUNDAY 09/10/17 | MONDAY 09/11/17 | TUESDAY 09/12/17 | WEDNESDAY 09/13/17 | THURSDAY 09/14/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.88 hrs<br>IN @ 12:00 PM<br>OUT @ 10:53 PM | 11.30 hrs<br>IN @ 11:55 AM<br>OUT @ 11:13 PM | 11.31 hrs<br>IN @ 10:22 AM<br>OUT @ 09:41 PM | | 11.02 hrs<br>IN @ 11:53 AM<br>OUT @ 10:54 PM | 11.17 hrs<br>IN @ 11:52 AM<br>OUT @ 11:02 PM | 11.17 hrs<br>IN @ 11:53 AM<br>OUT @ 11:04 PM | ⚠ 66.85 | $0.00 |
| TOTAL HOURS | 10.88 | 11.30 | 11.31 | - | 11.02 | 11.17 | 11.17 | | |

## Reports

| | 09/15/2017 ▾ | Xing ▾ | All Devices ▾ | ⬈ |

| EMPLOYEE DETAILS | FRIDAY 09/15/17 | SATURDAY 09/16/17 | SUNDAY 09/17/17 | MONDAY 09/18/17 | TUESDAY 09/19/17 | WEDNESDAY 09/20/17 | THURSDAY 09/21/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.02 hrs<br>IN @ 11:47 AM<br>OUT @ 10:48 PM | 12.12 hrs<br>IN @ 11:53 AM | 11.40 hrs<br>OUT @ 12:07 AM<br>IN @ 10:31 AM<br>OUT @ 09:47 PM | | 11.62 hrs<br>IN @ 11:53 AM<br>OUT @ 11:30 PM | 11.00 hrs<br>IN @ 11:54 AM<br>OUT @ 10:54 PM | 10.98 hrs<br>IN @ 11:49 AM<br>OUT @ 10:48 PM | ⚠ 68.15 | $0.00 |
| TOTAL HOURS | 11.02 | 12.12 | 11.40 | - | 11.62 | 11.00 | 10.98 | | |

## Reports

| | 09/22/2017 ▾ | Xing ▾ | All Devices ▾ | ⬈ |

| EMPLOYEE DETAILS | FRIDAY 09/22/17 | SATURDAY 09/23/17 | SUNDAY 09/24/17 | MONDAY 09/25/17 | TUESDAY 09/26/17 | WEDNESDAY 09/27/17 | THURSDAY 09/28/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.32 hrs<br>IN @ 11:50 AM<br>OUT @ 11:09 PM | 11.05 hrs<br>IN @ 11:51 AM<br>OUT @ 10:54 PM | 10.94 hrs<br>IN @ 10:34 AM<br>OUT @ 09:30 PM | | 11.13 hrs<br>IN @ 11:54 AM<br>OUT @ 11:03 PM<br>OUT @ 11:02 PM | 11.16 hrs<br>IN @ 11:46 AM<br>OUT @ 10:56 PM | 11.09 hrs<br>IN @ 11:47 AM<br>OUT @ 10:52 PM | ⚠ 66.68 | $0.00 |
| TOTAL HOURS | 11.32 | 11.05 | 10.94 | - | 11.13 | 11.16 | 11.09 | | |

## Reports

| | 09/29/2017 ▾ | Xing ▾ | All Devices ▾ | ⬈ |

| EMPLOYEE DETAILS | FRIDAY 09/29/17 | SATURDAY 09/30/17 | SUNDAY 10/01/17 | MONDAY 10/02/17 | TUESDAY 10/03/17 | WEDNESDAY 10/04/17 | THURSDAY 10/05/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.07 hrs<br>IN @ 11:49 AM<br>OUT @ 10:53 PM | 12.18 hrs<br>IN @ 11:48 AM | 13.48 hrs<br>OUT @ 12:03 AM<br>IN @ 10:34 AM | | 11.06 hrs<br>IN @ 11:49 AM<br>OUT @ 10:53 PM | 11.00 hrs<br>IN @ 11:46 AM<br>OUT @ 10:46 PM | 11.00 hrs<br>IN @ 11:43 AM<br>OUT @ 10:43 PM | ⚠ 69.80 | $0.00 |
| TOTAL HOURS | 11.07 | 12.18 | 13.48 | - | 11.06 | 11.00 | 11.00 | | |

## Reports

10/06/2017 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 10/06/17 | SATURDAY 10/07/17 | SUNDAY 10/08/17 | MONDAY 10/09/17 | TUESDAY 10/10/17 | WEDNESDAY 10/11/17 | THURSDAY 10/12/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.02 hrs<br>IN @ 11:45 AM<br>OUT @ 10:46 PM | 11.70 hrs<br>IN @ 11:50 AM<br>OUT @ 11:32 PM | 10.98 hrs<br>IN @ 10:24 AM<br>OUT @ 09:23 PM | 10.97 hrs<br>IN @ 11:49 AM<br>OUT @ 10:47 PM | 10.85 hrs<br>IN @ 11:53 AM<br>OUT @ 10:44 PM | | 11.60 hrs<br>IN @ 11:46 AM<br>OUT @ 11:21 PM | ⚠ 67.11 | $0.00 |
| TOTAL HOURS | 11.02 | 11.70 | 10.98 | 10.97 | 10.85 | - | 11.60 | | |

## Reports

10/13/2017 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 10/13/17 | SATURDAY 10/14/17 | SUNDAY 10/15/17 | MONDAY 10/16/17 | TUESDAY 10/17/17 | WEDNESDAY 10/18/17 | THURSDAY 10/19/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.11 hrs<br>IN @ 11:45 AM<br>OUT @ 10:52 PM | 11.74 hrs<br>IN @ 11:45 AM<br>OUT @ 11:30 PM | 10.77 hrs<br>IN @ 10:30 AM<br>OUT @ 09:17 PM | | 11.19 hrs<br>IN @ 11:46 AM<br>OUT @ 10:57 PM | 11.21 hrs<br>IN @ 11:44 AM<br>OUT @ 10:56 PM | 10.97 hrs<br>IN @ 11:47 AM<br>OUT @ 10:46 PM | ⚠ 67.00 | $0.00 |
| TOTAL HOURS | 11.11 | 11.74 | 10.77 | - | 11.19 | 11.21 | 10.97 | | |

## Reports

10/20/2017 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 10/20/17 | SATURDAY 10/21/17 | SUNDAY 10/22/17 | MONDAY 10/23/17 | TUESDAY 10/24/17 | WEDNESDAY 10/25/17 | THURSDAY 10/26/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.05 hrs<br>IN @ 11:45 AM<br>OUT @ 10:48 PM | 11.38 hrs<br>IN @ 11:46 AM<br>OUT @ 11:09 PM | 10.81 hrs<br>IN @ 10:27 AM<br>OUT @ 09:16 PM | 12.27 hrs<br>IN @ 11:43 AM | 11.00 hrs<br>IN @ 11:48 AM<br>OUT @ 10:48 PM | | 11.02 hrs<br>IN @ 11:43 AM<br>OUT @ 10:44 PM | ⚠ 67.53 | $0.00 |
| TOTAL HOURS | 11.05 | 11.38 | 10.81 | 12.27 | 11.00 | - | 11.02 | | |

## Reports

10/27/2017 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 10/27/17 | SATURDAY 10/28/17 | SUNDAY 10/29/17 | MONDAY 10/30/17 | TUESDAY 10/31/17 | WEDNESDAY 11/01/17 | THURSDAY 11/02/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.03 hrs<br>IN @ 11:47 AM<br>OUT @ 10:49 PM | 10.83 hrs<br>IN @ 11:48 AM<br>OUT @ 10:38 PM | 10.85 hrs<br>IN @ 10:28 AM<br>OUT @ 09:19 PM | 11.03 hrs<br>IN @ 11:42 AM<br>OUT @ 10:44 PM | 11.09 hrs<br>IN @ 11:40 AM<br>OUT @ 10:45 PM | | 11.01 hrs<br>IN @ 11:49 AM<br>OUT @ 10:49 PM | ⚠ 65.84 | $0.00 |
| TOTAL HOURS | 11.03 | 10.83 | 10.85 | 11.03 | 11.09 | - | 11.01 | | |

## Reports

11/03/2017 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 11/03/17 | SATURDAY 11/04/17 | SUNDAY 11/05/17 | MONDAY 11/06/17 | TUESDAY 11/07/17 | WEDNESDAY 11/08/17 | THURSDAY 11/09/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.00 hrs<br>IN @ 11:49 AM<br>OUT @ 10:49 PM | 11.06 hrs<br>IN @ 11:45 AM<br>OUT @ 10:49 PM | 11.04 hrs<br>IN @ 10:34 AM<br>OUT @ 09:36 PM | 11.63 hrs<br>IN @ 11:47 AM<br>OUT @ 11:25 PM | 10.98 hrs<br>IN @ 11:46 AM<br>OUT @ 10:45 PM | | 11.15 hrs<br>IN @ 11:46 AM<br>OUT @ 10:55 PM | ⚠ 66.85 | $0.00 |
| TOTAL HOURS | 11.00 | 11.06 | 11.04 | 11.63 | 10.98 | - | 11.15 | | |





## Reports

| 11/10/2017 ▾ | | Xing ▾ | | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 11/10/17 | SATURDAY 11/11/17 | SUNDAY 11/12/17 | MONDAY 11/13/17 | TUESDAY 11/14/17 | WEDNESDAY 11/15/17 | THURSDAY 11/16/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.14 hrs ✎<br>IN @ 11:38 AM<br>OUT @ 10:47 PM | 10.53 hrs ✎<br>IN @ 11:45 AM<br>OUT @ 10:17 PM | 10.86 hrs ✎<br>IN @ 10:29 AM<br>OUT @ 09:20 PM | 11.04 hrs ✎<br>IN @ 11:53 AM<br>OUT @ 10:56 PM | 11.18 hrs ✎<br>IN @ 11:45 AM<br>OUT @ 10:55 PM | ✎ | 10.18 hrs ✎<br>IN @ 11:48 AM<br>OUT @ 09:58 PM | ⚠ 64.92 | $0.00 |
| TOTAL HOURS | 11.14 | 10.53 | 10.86 | 11.04 | 11.18 | - | 10.18 | | |

## Reports

| 11/17/2017 ▾ | | Xing ▾ | | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 11/17/17 | SATURDAY 11/18/17 | SUNDAY 11/19/17 | MONDAY 11/20/17 | TUESDAY 11/21/17 | WEDNESDAY 11/22/17 | THURSDAY 11/23/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.24 hrs ✎<br>IN @ 11:33 AM<br>OUT @ 10:47 PM | 10.99 hrs ✎<br>IN @ 11:55 AM<br>OUT @ 10:54 PM | 10.99 hrs ✎<br>IN @ 10:48 AM<br>OUT @ 09:48 PM | 11.26 hrs ✎<br>IN @ 11:43 AM<br>OUT @ 10:58 PM | 11.31 hrs ✎<br>IN @ 11:49 AM<br>OUT @ 11:08 PM | | 11.18 hrs ✎<br>IN @ 10:45 AM<br>OUT @ 09:56 PM | ⚠ 66.96 | $0.00 |
| TOTAL HOURS | 11.24 | 10.99 | 10.99 | 11.26 | 11.31 | - | 11.18 | | |

## Reports

| 11/24/2017 ▾ | | Xing ▾ | | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 11/24/17 | SATURDAY 11/25/17 | SUNDAY 11/26/17 | MONDAY 11/27/17 | TUESDAY 11/28/17 | WEDNESDAY 11/29/17 | THURSDAY 11/30/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.03 hrs ✎<br>IN @ 10:52 AM<br>OUT @ 09:54 PM | 11.02 hrs ✎<br>IN @ 11:48 AM<br>OUT @ 10:49 PM | 11.38 hrs ✎<br>IN @ 10:22 AM<br>OUT @ 09:45 PM | 11.13 hrs ✎<br>IN @ 11:42 AM<br>OUT @ 10:50 PM | 11.34 hrs ✎<br>IN @ 11:44 AM<br>OUT @ 11:05 PM | | 11.30 hrs ✎<br>IN @ 11:44 AM<br>OUT @ 11:02 PM | ⚠ 67.21 | $0.00 |
| TOTAL HOURS | 11.03 | 11.02 | 11.38 | 11.13 | 11.34 | - | 11.30 | | |

## Reports

| 12/01/2017 ▾ | | Xing ▾ | | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 12/01/17 | SATURDAY 12/02/17 | SUNDAY 12/03/17 | MONDAY 12/04/17 | TUESDAY 12/05/17 | WEDNESDAY 12/06/17 | THURSDAY 12/07/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.21 hrs ✎<br>IN @ 11:39 AM<br>OUT @ 10:51 PM | 11.14 hrs ✎<br>IN @ 11:49 AM<br>OUT @ 10:58 PM | 10.85 hrs ✎<br>IN @ 10:31 AM<br>OUT @ 09:22 PM | 11.10 hrs ✎<br>IN @ 11:47 AM<br>OUT @ 10:53 PM | 11.66 hrs ✎<br>IN @ 11:32 AM<br>OUT @ 11:12 PM | | 11.20 hrs ✎<br>IN @ 11:42 AM<br>OUT @ 10:54 PM | ⚠ 67.17 | $0.00 |
| TOTAL HOURS | 11.21 | 11.14 | 10.85 | 11.10 | 11.66 | - | 11.20 | | |

## Reports

| 12/08/2017 ▾ | | Xing ▾ | | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 12/08/17 | SATURDAY 12/09/17 | SUNDAY 12/10/17 | MONDAY 12/11/17 | TUESDAY 12/12/17 | WEDNESDAY 12/13/17 | THURSDAY 12/14/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.37 hrs ✎<br>IN @ 11:42 AM<br>OUT @ 11:04 PM | 11.38 hrs ✎<br>IN @ 11:35 AM<br>OUT @ 10:58 PM | 11.14 hrs ✎<br>IN @ 10:26 AM<br>OUT @ 09:34 PM | 11.26 hrs ✎<br>IN @ 11:46 AM<br>OUT @ 11:01 PM | 11.17 hrs ✎<br>IN @ 11:45 AM<br>OUT @ 10:56 PM | | 11.19 hrs ✎<br>IN @ 11:42 AM<br>OUT @ 10:53 PM | ⚠ 67.51 | $0.00 |
| TOTAL HOURS | 11.37 | 11.38 | 11.14 | 11.26 | 11.17 | - | 11.19 | | |

**M000016**



## Reports

**12/15/2017** | **Xing** | **All Devices**

| EMPLOYEE DETAILS | FRIDAY 12/15/17 | SATURDAY 12/16/17 | SUNDAY 12/17/17 | MONDAY 12/18/17 | TUESDAY 12/19/17 | WEDNESDAY 12/20/17 | THURSDAY 12/21/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.67 hrs IN @ 11:39 AM OUT @ 10:19 PM | 12.19 hrs IN @ 10:46 AM OUT @ 10:58 PM | 11.36 hrs IN @ 10:30 AM OUT @ 09:52 PM | 11.09 hrs IN @ 11:40 AM OUT @ 10:45 PM | 10.88 hrs IN @ 11:48 AM OUT @ 10:40 PM | | 11.30 hrs IN @ 11:44 AM OUT @ 11:02 PM | ⚠ 67.51 | $0.00 |
| TOTAL HOURS | 10.67 | 12.19 | 11.36 | 11.09 | 10.88 | - | 11.30 | | |

## Reports

**12/22/2017** | **Xing** | **All Devices**

| EMPLOYEE DETAILS | FRIDAY 12/22/17 | SATURDAY 12/23/17 | SUNDAY 12/24/17 | MONDAY 12/25/17 | TUESDAY 12/26/17 | WEDNESDAY 12/27/17 | THURSDAY 12/28/17 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.10 hrs IN @ 11:40 AM OUT @ 10:46 PM | 11.12 hrs IN @ 11:37 AM OUT @ 10:44 PM | 13.59 hrs IN @ 10:24 AM OUT @ 10:24 AM | 11.51 hrs IN @ 11:31 AM OUT @ 11:02 PM | 11.51 hrs IN @ 11:31 AM OUT @ 11:01 PM | | 11.42 hrs IN @ 11:28 AM OUT @ 10:53 PM | ⚠ 70.24 | $0.00 |
| TOTAL HOURS | 11.10 | 11.12 | 13.59 | 11.51 | 11.51 | - | 11.42 | | |

## Reports

**12/29/2017** | **Xing** | **All Devices**

| EMPLOYEE DETAILS | FRIDAY 12/29/17 | SATURDAY 12/30/17 | SUNDAY 12/31/17 | MONDAY 01/01/18 | TUESDAY 01/02/18 | WEDNESDAY 01/03/18 | THURSDAY 01/04/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.51 hrs IN @ 11:39 AM OUT @ 11:09 PM | 11.71 hrs IN @ 11:37 AM OUT @ 11:19 PM | 11.23 hrs IN @ 10:26 AM OUT @ 09:40 PM | 11.31 hrs IN @ 11:39 AM OUT @ 10:58 PM | 11.35 hrs IN @ 11:28 AM OUT @ 10:49 PM | | 11.33 hrs IN @ 11:49 AM OUT @ 11:09 PM | ⚠ 68.43 | $0.00 |
| TOTAL HOURS | 11.51 | 11.71 | 11.23 | 11.31 | 11.35 | - | 11.33 | | |

## Reports

**01/05/2018** | **Xing** | **All Devices**

| EMPLOYEE DETAILS | FRIDAY 01/05/18 | SATURDAY 01/06/18 | SUNDAY 01/07/18 | MONDAY 01/08/18 | TUESDAY 01/09/18 | WEDNESDAY 01/10/18 | THURSDAY 01/11/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.43 hrs IN @ 11:50 AM OUT @ 11:16 PM | 10.95 hrs IN @ 11:53 AM OUT @ 10:50 PM | 11.09 hrs IN @ 10:28 AM OUT @ 09:34 PM | 11.32 hrs IN @ 11:38 AM OUT @ 10:57 PM | 23.00 hrs OUT @ 10:59 PM | | 11.03 hrs IN @ 11:45 AM OUT @ 10:47 PM | ⚠ 78.84 | $0.00 |
| TOTAL HOURS | 11.43 | 10.95 | 11.09 | 11.32 | 23.00 | - | 11.03 | | |

## Reports

| | 01/12/2018 ▾ | Xing ▾ | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 01/12/18 | SATURDAY 01/13/18 | SUNDAY 01/14/18 | MONDAY 01/15/18 | TUESDAY 01/16/18 | WEDNESDAY 01/17/18 | THURSDAY 01/18/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.08 hrs ✎ IN @ 11:42 AM OUT @ 10:46 PM | 11.57 hrs ✎ IN @ 11:40 AM OUT @ 11:14 PM | 11.17 hrs ✎ IN @ 10:31 AM OUT @ 09:41 PM | 12.44 hrs ✎ IN @ 11:33 AM | 11.10 hrs ✎ IN @ 11:40 AM OUT @ 10:46 PM | ✎ | 11.20 hrs ✎ IN @ 11:34 AM OUT @ 10:46 PM | ⚠ 68.56 | $0.00 |
| TOTAL HOURS | 11.08 | 11.57 | 11.17 | 12.44 | 11.10 | - | 11.20 | | |

## Reports

| | 01/19/2018 ▾ | Xing ▾ | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 01/19/18 | SATURDAY 01/20/18 | SUNDAY 01/21/18 | MONDAY 01/22/18 | TUESDAY 01/23/18 | WEDNESDAY 01/24/18 | THURSDAY 01/25/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.12 hrs ✎ IN @ 11:33 AM OUT @ 10:41 PM | 11.05 hrs ✎ IN @ 11:44 AM OUT @ 10:47 PM | 10.83 hrs ✎ IN @ 10:33 AM OUT @ 09:23 PM | 11.03 hrs ✎ IN @ 11:42 AM OUT @ 10:44 PM | 11.34 hrs ✎ IN @ 11:32 AM OUT @ 10:53 PM | ✎ | 11.38 hrs ✎ IN @ 11:36 AM OUT @ 10:59 PM | ⚠ 66.75 | $0.00 |
| TOTAL HOURS | 11.12 | 11.05 | 10.83 | 11.03 | 11.34 | - | 11.38 | | |

## Reports

| | 01/26/2018 ▾ | Xing ▾ | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 01/26/18 | SATURDAY 01/27/18 | SUNDAY 01/28/18 | MONDAY 01/29/18 | TUESDAY 01/30/18 | WEDNESDAY 01/31/18 | THURSDAY 02/01/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.11 hrs ✎ IN @ 11:38 AM OUT @ 10:45 PM | 11.16 hrs ✎ IN @ 11:35 AM OUT @ 10:45 PM | 10.85 hrs ✎ IN @ 10:31 AM OUT @ 09:22 PM | 11.23 hrs ✎ IN @ 11:29 AM OUT @ 10:53 PM | 11.17 hrs ✎ IN @ 11:35 AM OUT @ 10:45 PM | ✎ | 10.97 hrs ✎ IN @ 11:29 AM OUT @ 10:37 PM | ⚠ 66.50 | $0.00 |
| TOTAL HOURS | 11.11 | 11.16 | 10.85 | 11.23 | 11.17 | - | 10.97 | | |

## Reports

| | 02/02/2018 ▾ | Xing ▾ | All Devices ▾ | |

| EMPLOYEE DETAILS | FRIDAY 02/02/18 | SATURDAY 02/03/18 | SUNDAY 02/04/18 | MONDAY 02/05/18 | TUESDAY 02/06/18 | WEDNESDAY 02/07/18 | THURSDAY 02/08/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.22 hrs ✎ IN @ 11:29 AM OUT @ 10:43 PM | 11.00 hrs ✎ IN @ 11:19 AM OUT @ 10:19 PM | 10.94 hrs ✎ IN @ 10:21 AM OUT @ 09:17 PM | 11.26 hrs ✎ IN @ 11:29 AM OUT @ 10:45 PM | 11.27 hrs ✎ IN @ 11:29 AM OUT @ 10:45 PM | ✎ | 11.09 hrs ✎ IN @ 11:37 AM OUT @ 10:42 PM | ⚠ 66.78 | $0.00 |
| TOTAL HOURS | 11.22 | 11.00 | 10.94 | 11.26 | 11.27 | - | 11.09 | | |



**M000018**



## Reports

02/09/2018 ▼    Xing ▼    All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 02/09/18 | SATURDAY 02/10/18 | SUNDAY 02/11/18 | MONDAY 02/12/18 | TUESDAY 02/13/18 | WEDNESDAY 02/14/18 | THURSDAY 02/15/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.04 hrs<br>IN @ 11:41 AM<br>OUT @ 10:43 PM | 11.03 hrs<br>IN @ 11:41 AM<br>OUT @ 10:43 PM | 11.00 hrs<br>IN @ 10:20 AM<br>OUT @ 09:20 PM | 11.18 hrs<br>IN @ 11:33 AM<br>OUT @ 10:44 PM | 11.08 hrs<br>IN @ 11:37 AM<br>OUT @ 10:42 PM | | 10.96 hrs<br>IN @ 11:45 AM<br>OUT @ 10:43 PM | ⚠ 66.29 | $0.00 |
| TOTAL HOURS | 11.04 | 11.03 | 11.00 | 11.18 | 11.08 | – | 10.96 | | |

## Reports

02/16/2018 ▼    Xing ▼    All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 02/16/18 | SATURDAY 02/17/18 | SUNDAY 02/18/18 | MONDAY 02/19/18 | TUESDAY 02/20/18 | WEDNESDAY 02/21/18 | THURSDAY 02/22/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.06 hrs<br>IN @ 11:38 AM<br>OUT @ 10:42 PM | 10.57 hrs<br>IN @ 12:09 PM<br>OUT @ 10:43 PM | 13.73 hrs<br>IN @ 10:16 AM | 11.40 hrs<br>IN @ 11:26 AM<br>OUT @ 10:50 PM | 11.36 hrs<br>IN @ 11:34 AM<br>OUT @ 10:55 PM | | 11.24 hrs<br>IN @ 11:42 AM<br>OUT @ 10:57 PM | ⚠ 69.35 | $0.00 |
| TOTAL HOURS | 11.06 | 10.57 | 13.73 | 11.40 | 11.36 | – | 11.24 | | |

## Reports

02/23/2018 ▼    Xing ▼    All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 02/23/18 | SATURDAY 02/24/18 | SUNDAY 02/25/18 | MONDAY 02/26/18 | TUESDAY 02/27/18 | WEDNESDAY 02/28/18 | THURSDAY 03/01/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.07 hrs<br>IN @ 11:41 AM<br>OUT @ 10:45 PM | 10.89 hrs<br>IN @ 11:44 AM<br>OUT @ 10:37 PM | 11.36 hrs<br>IN @ 10:20 AM<br>OUT @ 09:41 PM | 11.18 hrs<br>IN @ 11:32 AM<br>OUT @ 10:43 PM | 11.05 hrs<br>IN @ 11:36 AM<br>OUT @ 10:39 PM | | 12.36 hrs<br>IN @ 11:38 AM | ⚠ 67.91 | $0.00 |
| TOTAL HOURS | 11.07 | 10.89 | 11.36 | 11.18 | 11.05 | – | 12.36 | | |

## Reports

03/02/2018 ▼    Xing ▼    All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 03/02/18 | SATURDAY 03/03/18 | SUNDAY 03/04/18 | MONDAY 03/05/18 | TUESDAY 03/06/18 | WEDNESDAY 03/07/18 | THURSDAY 03/08/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.22 hrs<br>IN @ 11:33 AM<br>OUT @ 10:46 PM | 11.39 hrs<br>IN @ 11:39 AM<br>OUT @ 11:02 PM | 11.15 hrs<br>IN @ 10:13 AM<br>OUT @ 09:21 PM | 11.50 hrs<br>IN @ 11:28 AM<br>OUT @ 10:59 PM | 11.22 hrs<br>IN @ 11:35 AM<br>OUT @ 10:48 PM | | 11.18 hrs<br>IN @ 11:36 AM<br>OUT @ 10:47 PM | ⚠ 67.65 | $0.00 |
| TOTAL HOURS | 11.22 | 11.39 | 11.15 | 11.50 | 11.22 | – | 11.18 | | |

## Reports

03/09/2018 ▼    Xing ▼    All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 03/09/18 | SATURDAY 03/10/18 | SUNDAY 03/11/18 | MONDAY 03/12/18 | TUESDAY 03/13/18 | WEDNESDAY 03/14/18 | THURSDAY 03/15/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.44 hrs<br>IN @ 11:44 AM<br>OUT @ 11:10 PM | 10.87 hrs<br>IN @ 11:10 AM<br>OUT @ 10:02 PM | 11.26 hrs<br>IN @ 10:26 AM<br>OUT @ 09:41 PM | 11.31 hrs<br>IN @ 11:33 AM<br>OUT @ 10:51 PM | 11.76 hrs<br>IN @ 11:29 AM<br>OUT @ 11:14 PM | | 11.51 hrs<br>IN @ 11:42 AM<br>OUT @ 11:13 PM | ⚠ 68.14 | $0.00 |
| TOTAL HOURS | 11.44 | 10.87 | 11.26 | 11.31 | 11.76 | – | 11.51 | | |

M000019



## Reports

03/16/2018 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 03/16/18 | SATURDAY 03/17/18 | SUNDAY 03/18/18 | MONDAY 03/19/18 | TUESDAY 03/20/18 | WEDNESDAY 03/21/18 | THURSDAY 03/22/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.41 hrs<br>IN @ 11:33 AM<br>OUT @ 10:57 PM | 11.48 hrs<br>IN @ 11:37 AM<br>OUT @ 11:06 PM | 10.90 hrs<br>IN @ 10:20 AM<br>OUT @ 09:14 PM | 10.97 hrs<br>IN @ 11:51 AM<br>OUT @ 10:49 PM | 11.39 hrs<br>IN @ 11:26 AM<br>OUT @ 10:50 PM | | 11.08 hrs<br>IN @ 11:43 AM<br>OUT @ 10:48 PM | ⚠ 67.23 | $0.00 |
| TOTAL HOURS | 11.41 | 11.48 | 10.90 | 10.97 | 11.39 | - | 11.08 | | |

## Reports

03/23/2018 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 03/23/18 | SATURDAY 03/24/18 | SUNDAY 03/25/18 | MONDAY 03/26/18 | TUESDAY 03/27/18 | WEDNESDAY 03/28/18 | THURSDAY 03/29/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.18 hrs<br>IN @ 11:27 AM<br>OUT @ 10:38 PM | 10.87 hrs<br>IN @ 11:53 AM<br>OUT @ 10:45 PM | 11.16 hrs<br>OUT @ 10:30 AM<br>IN @ 10:30 AM<br>OUT @ 09:40 PM | 11.03 hrs<br>IN @ 11:39 AM<br>OUT @ 10:40 PM | 11.02 hrs<br>IN @ 11:37 AM<br>OUT @ 10:38 PM | | 10.96 hrs<br>IN @ 11:43 AM<br>OUT @ 10:41 PM | ⚠ 66.22 | $0.00 |
| TOTAL HOURS | 11.18 | 10.87 | 11.16 | 11.03 | 11.02 | - | 10.96 | | |

## Reports

03/30/2018 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 03/30/18 | SATURDAY 03/31/18 | SUNDAY 04/01/18 | MONDAY 04/02/18 | TUESDAY 04/03/18 | WEDNESDAY 04/04/18 | THURSDAY 04/05/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.22 hrs<br>IN @ 11:35 AM<br>OUT @ 10:48 PM | 10.89 hrs<br>IN @ 12:01 PM<br>OUT @ 10:54 PM | 10.78 hrs<br>IN @ 10:20 AM<br>OUT @ 09:07 PM | 10.81 hrs<br>IN @ 11:47 AM<br>OUT @ 10:36 PM | 11.09 hrs<br>IN @ 11:34 AM<br>OUT @ 10:39 PM | | 10.92 hrs<br>IN @ 11:42 AM<br>OUT @ 10:37 PM | ⚠ 65.70 | $0.00 |
| TOTAL HOURS | 11.22 | 10.89 | 10.78 | 10.81 | 11.09 | - | 10.92 | | |

## Reports

04/06/2018 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 04/06/18 | SATURDAY 04/07/18 | SUNDAY 04/08/18 | MONDAY 04/09/18 | TUESDAY 04/10/18 | WEDNESDAY 04/11/18 | THURSDAY 04/12/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.09 hrs<br>IN @ 11:33 AM<br>OUT @ 10:39 PM | 11.01 hrs<br>IN @ 11:44 AM<br>OUT @ 10:45 PM | 10.89 hrs<br>IN @ 10:16 AM<br>OUT @ 09:10 PM | 10.96 hrs<br>IN @ 11:46 AM<br>OUT @ 10:43 PM | 11.05 hrs<br>IN @ 11:38 AM<br>OUT @ 10:41 PM | | 11.05 hrs<br>IN @ 11:43 AM<br>OUT @ 10:45 PM | ⚠ 66.05 | $0.00 |
| TOTAL HOURS | 11.09 | 11.01 | 10.89 | 10.96 | 11.05 | - | 11.05 | | |

## Reports

04/13/2018 | Xing | All Devices

| EMPLOYEE DETAILS | FRIDAY 04/13/18 | SATURDAY 04/14/18 | SUNDAY 04/15/18 | MONDAY 04/16/18 | TUESDAY 04/17/18 | WEDNESDAY 04/18/18 | THURSDAY 04/19/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.22 hrs<br>IN @ 11:42 AM<br>OUT @ 10:56 PM | 11.16 hrs<br>IN @ 11:17 AM<br>OUT @ 10:26 PM | 11.09 hrs<br>IN @ 10:17 AM<br>OUT @ 09:23 PM | 11.11 hrs<br>IN @ 11:40 AM<br>OUT @ 10:46 PM | 11.13 hrs<br>IN @ 11:43 AM<br>OUT @ 10:50 PM | | 11.06 hrs<br>IN @ 11:37 AM<br>OUT @ 10:40 PM | ⚠ 66.77 | $0.00 |
| TOTAL HOURS | 11.22 | 11.16 | 11.09 | 11.11 | 11.13 | - | 11.06 | | |



## Reports

04/20/2018 ▼ | Xing ▼ | All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 04/20/18 | SATURDAY 04/21/18 | SUNDAY 04/22/18 | MONDAY 04/23/18 | TUESDAY 04/24/18 | WEDNESDAY 04/25/18 | THURSDAY 04/26/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.13 hrs ⊙ IN @ 11:44 AM OUT @ 10:51 PM | 11.04 hrs ⊙ IN @ 11:44 AM OUT @ 10:47 PM | 10.89 hrs ⊙ IN @ 10:21 AM OUT @ 09:14 PM | 11.15 hrs ⊙ IN @ 11:37 AM OUT @ 10:46 PM | 11.05 hrs ⊙ IN @ 11:40 AM OUT @ 10:43 PM | ⊙ | 11.12 hrs ⊙ IN @ 11:42 AM OUT @ 10:49 PM | ⚠ 66.38 | $0.00 |
| TOTAL HOURS | 11.13 | 11.04 | 10.89 | 11.15 | 11.05 | - | 11.12 | | |

## Reports

04/27/2018 ▼ | Xing ▼ | All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 04/27/18 | SATURDAY 04/28/18 | SUNDAY 04/29/18 | MONDAY 04/30/18 | TUESDAY 05/01/18 | WEDNESDAY 05/02/18 | THURSDAY 05/03/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.30 hrs ⊙ IN @ 11:33 AM OUT @ 10:51 PM | 11.22 hrs ⊙ IN @ 11:42 AM OUT @ 10:56 PM | 10.99 hrs ⊙ IN @ 10:13 AM OUT @ 09:12 PM | 11.12 hrs ⊙ IN @ 11:37 AM OUT @ 10:44 PM | 11.13 hrs ⊙ IN @ 11:41 AM OUT @ 10:48 PM | ⊙ | 11.34 hrs ⊙ IN @ 11:31 AM OUT @ 10:52 PM | ⚠ 67.10 | $0.00 |
| TOTAL HOURS | 11.30 | 11.22 | 10.99 | 11.12 | 11.13 | - | 11.34 | | |

## Reports

05/04/2018 ▼ | Xing ▼ | All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 05/04/18 | SATURDAY 05/05/18 | SUNDAY 05/06/18 | MONDAY 05/07/18 | TUESDAY 05/08/18 | WEDNESDAY 05/09/18 | THURSDAY 05/10/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.31 hrs ⊙ IN @ 11:28 AM OUT @ 10:47 PM | 11.07 hrs ⊙ IN @ 11:38 AM OUT @ 10:43 PM | 10.95 hrs ⊙ IN @ 10:14 AM OUT @ 09:11 PM | 11.14 hrs ⊙ IN @ 11:35 AM OUT @ 10:44 PM | 11.03 hrs ⊙ IN @ 11:40 AM OUT @ 10:41 PM | ⊙ | 11.28 hrs ⊙ IN @ 11:40 AM OUT @ 10:57 PM | ⚠ 66.78 | $0.00 |
| TOTAL HOURS | 11.31 | 11.07 | 10.95 | 11.14 | 11.03 | - | 11.28 | | |

## Reports

05/11/2018 ▼ | Xing ▼ | All Devices ▼

| EMPLOYEE DETAILS | FRIDAY 05/11/18 | SATURDAY 05/12/18 | SUNDAY 05/13/18 | MONDAY 05/14/18 | TUESDAY 05/15/18 | WEDNESDAY 05/16/18 | THURSDAY 05/17/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.10 hrs ⊙ IN @ 11:41 AM OUT @ 10:47 PM | 11.17 hrs ⊙ IN @ 11:37 AM OUT @ 10:47 PM | 10.72 hrs ⊙ IN @ 10:17 AM OUT @ 09:00 PM | 11.04 hrs ⊙ IN @ 11:42 AM OUT @ 10:45 PM | 11.16 hrs ⊙ IN @ 11:37 AM OUT @ 10:46 PM | ⊙ | 11.05 hrs ⊙ IN @ 11:33 AM OUT @ 10:36 PM | ⚠ 66.24 | $0.00 |
| TOTAL HOURS | 11.10 | 11.17 | 10.72 | 11.04 | 11.16 | - | 11.05 | | |



M000022



## Reports

06/22/2018 ▾ | Xing ▾ | All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 06/22/18 | SATURDAY 06/23/18 | SUNDAY 06/24/18 | MONDAY 06/25/18 | TUESDAY 06/26/18 | WEDNESDAY 06/27/18 | THURSDAY 06/28/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.10 hrs ☑ IN @ 10:42 AM OUT @ 09:48 PM | 11.20 hrs ☑ IN @ 10:35 AM OUT @ 09:47 PM | 11.09 hrs ☑ IN @ 10:17 AM OUT @ 09:22 PM | 11.10 hrs ☑ IN @ 10:33 AM OUT @ 09:39 PM | 10.98 hrs ☑ IN @ 10:41 AM OUT @ 09:40 PM | ☑ | 11.07 hrs ☑ IN @ 10:42 AM OUT @ 09:47 PM | ⚠ 66.54 | $0.00 |
| TOTAL HOURS | 11.10 | 11.20 | 11.09 | 11.10 | 10.98 | - | 11.07 | | |

## Reports

06/29/2018 ▾ | Xing ▾ | All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 06/29/18 | SATURDAY 06/30/18 | SUNDAY 07/01/18 | MONDAY 07/02/18 | TUESDAY 07/03/18 | WEDNESDAY 07/04/18 | THURSDAY 07/05/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.90 hrs ☑ IN @ 10:43 AM OUT @ 09:37 PM | 11.12 hrs ☑ IN @ 10:42 AM OUT @ 09:49 PM | 11.24 hrs ☑ IN @ 10:29 AM OUT @ 09:43 PM | 11.01 hrs ☑ IN @ 10:42 AM OUT @ 09:42 PM | 11.12 hrs ☑ IN @ 10:36 AM OUT @ 09:44 PM | ☑ Independence Day | 11.17 hrs ☑ IN @ 10:34 AM OUT @ 09:44 PM | ⚠ 66.35 | $0.00 |
| TOTAL HOURS | 10.90 | 11.12 | 11.24 | 11.01 | 11.12 | - | 11.17 | | |

## Reports

07/06/2018 ▾ | Xing ▾ | All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 07/06/18 | SATURDAY 07/07/18 | SUNDAY 07/08/18 | MONDAY 07/09/18 | TUESDAY 07/10/18 | WEDNESDAY 07/11/18 | THURSDAY 07/12/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.04 hrs ☑ IN @ 10:41 AM OUT @ 09:44 PM | 11.08 hrs ☑ IN @ 10:41 AM OUT @ 09:45 PM | 11.19 hrs ☑ IN @ 10:18 AM OUT @ 09:29 PM | 11.04 hrs ☑ IN @ 10:39 AM OUT @ 09:42 PM | 11.07 hrs ☑ IN @ 10:42 AM OUT @ 09:46 PM | ☑ | 11.11 hrs ☑ IN @ 10:36 AM OUT @ 09:43 PM | ⚠ 66.52 | $0.00 |
| TOTAL HOURS | 11.04 | 11.08 | 11.19 | 11.04 | 11.07 | - | 11.11 | | |

## Reports

07/13/2018 ▾ | Xing ▾ | All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 07/13/18 | SATURDAY 07/14/18 | SUNDAY 07/15/18 | MONDAY 07/16/18 | TUESDAY 07/17/18 | WEDNESDAY 07/18/18 | THURSDAY 07/19/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.04 hrs ☑ IN @ 10:45 AM OUT @ 09:48 PM | 11.19 hrs ☑ IN @ 10:40 AM OUT @ 09:51 PM | 11.07 hrs ☑ IN @ 10:17 AM OUT @ 09:21 PM | 11.09 hrs ☑ IN @ 10:36 AM OUT @ 09:42 PM | 11.23 hrs ☑ IN @ 10:38 AM OUT @ 09:52 PM | ☑ | 10.99 hrs ☑ IN @ 10:42 AM OUT @ 09:41 PM | ⚠ 66.60 | $0.00 |
| TOTAL HOURS | 11.04 | 11.19 | 11.07 | 11.09 | 11.23 | - | 10.99 | | |

## Reports

07/20/2018 ▾ | Xing ▾ | All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 07/20/18 | SATURDAY 07/21/18 | SUNDAY 07/22/18 | MONDAY 07/23/18 | TUESDAY 07/24/18 | WEDNESDAY 07/25/18 | THURSDAY 07/26/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 10.78 hrs ☑ IN @ 10:14 AM OUT @ 09:01 PM | 11.06 hrs ☑ IN @ 10:39 AM OUT @ 09:43 PM | 11.41 hrs ☑ IN @ 10:27 AM OUT @ 09:51 PM | 11.25 hrs ☑ IN @ 10:47 AM OUT @ 10:02 PM | 11.20 hrs ☑ IN @ 10:39 AM OUT @ 09:51 PM | ☑ | 11.35 hrs ☑ IN @ 10:26 AM OUT @ 09:48 PM | ⚠ 67.05 | $0.00 |
| TOTAL HOURS | 10.78 | 11.06 | 11.41 | 11.25 | 11.20 | - | 11.35 | | |



## Reports

07/27/2018 ▾   Xing ▾   All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 07/27/18 | SATURDAY 07/28/18 | SUNDAY 07/29/18 | MONDAY 07/30/18 | TUESDAY 07/31/18 | WEDNESDAY 08/01/18 | THURSDAY 08/02/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.25 hrs<br>IN @ 10:39 AM<br>OUT @ 09:54 PM | 11.17 hrs<br>IN @ 10:39 AM<br>OUT @ 09:50 PM | 10.93 hrs<br>IN @ 10:29 AM<br>OUT @ 09:25 PM | 11.00 hrs<br>IN @ 10:40 AM<br>OUT @ 09:40 PM | 11.07 hrs<br>IN @ 10:38 AM<br>OUT @ 09:43 PM | | 11.42 hrs<br>IN @ 05:46 AM<br>OUT @ 05:12 PM | ⚠ 66.85 | $0.00 |
| TOTAL HOURS | 11.25 | 11.17 | 10.93 | 11.00 | 11.07 | - | 11.42 | | |

## Reports

08/03/2018 ▾   Xing ▾   All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 08/03/18 | SATURDAY 08/04/18 | SUNDAY 08/05/18 | MONDAY 08/06/18 | TUESDAY 08/07/18 | WEDNESDAY 08/08/18 | THURSDAY 08/09/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 13.09 hrs<br>IN @ 05:49 AM<br>OUT @ 06:54 PM | 11.47 hrs<br>IN @ 10:42 AM<br>OUT @ 10:10 PM | 11.19 hrs<br>IN @ 10:22 AM<br>OUT @ 09:35 PM | 11.19 hrs<br>IN @ 10:37 AM<br>OUT @ 09:49 PM | 11.03 hrs<br>IN @ 10:43 AM<br>OUT @ 09:45 PM | | 11.08 hrs<br>IN @ 10:40 AM<br>OUT @ 09:45 PM | ⚠ 69.07 | $0.00 |
| TOTAL HOURS | 13.09 | 11.47 | 11.21 | 11.19 | 11.03 | - | 11.08 | | |

## Reports

08/10/2018 ▾   Xing ▾   All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 08/10/18 | SATURDAY 08/11/18 | SUNDAY 08/12/18 | MONDAY 08/13/18 | TUESDAY 08/14/18 | WEDNESDAY 08/15/18 | THURSDAY 08/16/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | 11.12 hrs<br>IN @ 10:43 AM<br>OUT @ 09:50 PM | 11.12 hrs<br>IN @ 10:24 AM<br>OUT @ 09:41 PM | 10.88 hrs<br>IN @ 10:24 AM<br>OUT @ 09:17 PM | 11.16 hrs<br>IN @ 10:36 AM<br>OUT @ 09:46 PM | 11.12 hrs<br>IN @ 10:41 AM<br>OUT @ 09:48 PM | | | ⚠ 55.40 | $0.00 |
| TOTAL HOURS | 11.12 | 11.12 | 10.88 | 11.16 | 11.12 | - | - | | |

## Reports

08/17/2018 ▾   Xing ▾   All Devices ▾

| EMPLOYEE DETAILS | FRIDAY 08/17/18 | SATURDAY 08/18/18 | SUNDAY 08/19/18 | MONDAY 08/20/18 | TUESDAY 08/21/18 | WEDNESDAY 08/22/18 | THURSDAY 08/23/18 | TOTAL HOURS | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| Xing Liyou | | | | | | | | - | $0.00 |
| TOTAL HOURS | - | - | - | - | - | - | - | | |

**Earnings Statement**

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 400 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

Period Starting: 09/03/2016
Period Ending: 09/16/2016
Pay Date: 09/30/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:   2    State:
  Local:   0    Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 72.00 | 864.00 | 864.00 |
| Gross Pay | | | $864.00 | $864.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.00 | 72.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -22.36 | 22.36 |
| Social Security | -53.57 | 53.57 |
| Medicare | -12.53 | 12.53 |
| New York State Income | -20.38 | 20.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| Net Pay | $753.96 | |

Your federal taxable wages this period are  $864.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   400
Pay Date:   09/30/2016

Pay to the order of:   LI YOU XING

This amount:   SEVEN HUNDRED FIFTY THREE AND 96/100

$753.96

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000025**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 446 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 09/17/2016
Period Ending: 09/30/2016
Pay Date: 10/14/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 2   Federal:
  State: 2   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 78.50 | 942.00 | 1806.00 |
| Gross Pay | | | $942.00 | $1,806.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 78.50 | 150.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -30.16 | 52.52 |
| Social Security | -58.40 | 111.97 |
| Medicare | -13.66 | 26.19 |
| New York State Income | -24.68 | 45.06 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| Net Pay | $813.90 |
|---|---|

Your federal taxable wages this period are $942.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 446
Pay Date: 10/14/2016

Pay to the order of:    LI YOU XING

This amount:    EIGHT HUNDRED THIRTEEN AND 90/100      $813.90

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK    LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 495 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement

**ADP**

Period Starting: 10/01/2016
Period Ending: 10/14/2016
Pay Date: 10/28/2016

Business Phone:   718-752-1888

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
  Federal:   2   Federal:
  State:   2   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2766.00 |
| Gross Pay | | | $960.00 | $2,766.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 230.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.96 | 84.48 |
| Social Security | -59.52 | 171.49 |
| Medicare | -13.92 | 40.11 |
| New York State Income | -25.75 | 70.81 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| Net Pay | | $827.65 |
|---|---|---|

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   495
Pay Date:   10/28/2016

Pay to the order of:   **LI YOU XING**

This amount:   EIGHT HUNDRED TWENTY SEVEN AND 65/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$827.65

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000027**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 544 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting:  10/15/2016
Period Ending:  10/28/2016
Pay Date:  11/10/2016

Business Phone:  718-752-1888

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
Federal:  2      Federal:
State:  2      State:
Local:  0      Local:
Social Security Number:  XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 3726.00 |
| Overtime | 18.0000 | 18.50 | 333.00 | 333.00 |
| **Gross Pay** | | | **$1,293.00** | **$4,059.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 98.50 | 329.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.26 | 149.74 |
| Social Security | -80.17 | 251.66 |
| Medicare | -18.75 | 58.86 |
| New York State Income | -45.88 | 116.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |
| **Net Pay** | **$1,081.74** | |

Your federal taxable wages this period are  $1,293.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  544
Pay Date:  11/10/2016

Pay to the order of:      LI YOU XING

This amount:      ONE THOUSAND EIGHTY ONE AND 74/100      $1,081.74

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK      LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000028

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 588 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 10/29/2016
Period Ending: 11/11/2016
Pay Date: 11/25/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
    Federal:    2            Federal:
    State:      2            State:
    Local:      0            Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 4686.00 |
| Overtime | 18.0000 | 8.00 | 144.00 | 477.00 |
| | | | | |
| Gross Pay | | | $1,104.00 | $5,163.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 88.00 | 417.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.36 | 196.10 |
| Social Security | -68.45 | 320.11 |
| Medicare | -16.00 | 74.86 |
| New York State Income | -34.24 | 150.93 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Net Pay | | |
|---|---|---|
| | $937.75 | |

Your federal taxable wages this period are  $1,104.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  588
Pay Date:  11/25/2016

Pay to the order of:

### LI YOU XING

This amount:   NINE HUNDRED THIRTY SEVEN AND 75/100

THIS IS NOT A CHECK

$937.75

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 632 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 11/12/2016
Period Ending: 11/25/2016
Pay Date: 12/09/2016

Business Phone: 718-752-1888

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 5646.00 |
| Overtime | 18.0000 | 8.00 | 144.00 | 621.00 |
| Gross Pay | | | $1,104.00 | $6,267.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 88.00 | 505.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.36 | 242.46 |
| Social Security | -68.44 | 388.55 |
| Medicare | -16.01 | 90.87 |
| New York State Income | -34.24 | 185.17 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |

| Net Pay | $937.75 |
|---|---|

Your federal taxable wages this period are $1,104.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 632
Pay Date: 12/09/2016

Pay to the order of:     LI YOU XING

This amount:     NINE HUNDRED THIRTY SEVEN AND 75/100          $937.75

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK          LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000030

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 677 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 11/26/2016
Period Ending: 12/09/2016
Pay Date: 12/23/2016

Business Phone:   718-752-1888

Taxable Marital Status:     Married
Exemptions/Allowances:     Tax Override:
  Federal:   2           Federal:
  State:     2           State:
  Local:     0           Local:
Social Security Number:     XXX-XX-XXXX

**LI YOU XING**
**4344 KISSENA BLVD**
**16G**
**FLUSHING, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 6606.00 |
| Overtime | 18.0000 | 16.00 | 288.00 | 909.00 |
| **Gross Pay** | | | **$1,248.00** | **$7,515.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 96.00 | 601.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.76 | 303.22 |
| Social Security | -77.38 | 465.93 |
| Medicare | -18.10 | 108.97 |
| New York State Income | -42.98 | 228.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 8.40 |
| **Net Pay** | **$1,047.58** | |

Your federal taxable wages this period are  $1,248.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   677
Pay Date:   12/23/2016

Pay to the order of:   **LI YOU XING**

This amount:   ONE THOUSAND FORTY SEVEN AND 58/100     | $1,047.58 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK          **LI YOU XING**
**4344 KISSENA BLVD**
**16G**
**FLUSHING, NY 11355**

**M000031**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 722 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement

**ADP**

Period Starting: 12/10/2016
Period Ending: 12/23/2016
Pay Date: 01/06/2017

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 2 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 960.00 |
| Commission | | 0.00 | 96.00 | 96.00 |
| | | | | |
| Gross Pay | | | $1,056.00 | $1,056.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -41.18 | 41.18 |
| Social Security | -65.47 | 65.47 |
| Medicare | -15.31 | 15.31 |
| New York State Income | -31.26 | 31.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| | | |
| Net Pay | $901.58 | |

Your federal taxable wages this period are  $1,056.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 722
Pay Date: 01/06/2017

Pay to the order of: **LI YOU XING**

This amount: NINE HUNDRED ONE AND 58/100

$901.58

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000032**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 768 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting:   12/24/2016
Period Ending:    01/06/2017
Pay Date:          01/20/2017

Business Phone:   718-752-1888

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
Federal:   2          Federal:
State:     2          State:
Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 1920.00 |
| Commission | | | 0.00 | 96.00 |
| | | | | |
| Gross Pay | | | $960.00 | $2,016.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 72.76 |
| Social Security | -59.52 | 124.99 |
| Medicare | -13.92 | 29.23 |
| New York State Income | -25.60 | 56.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |
| | | |
| Net Pay | $828.18 | |

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   768
Pay Date:               01/20/2017

Pay to the order of:   LI YOU XING

This amount:   EIGHT HUNDRED TWENTY EIGHT AND 18/100

$828.18

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000033

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 813 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:       01/07/2017
Period Ending:        01/20/2017
Pay Date:              02/03/2017

Business Phone:     718-752-1888

Taxable Marital Status:    Married
Exemptions/Allowances:     Tax Override:
Federal:    2          Federal:
State:      2          State:
Local:      0          Local:
Social Security Number:    XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2880.00 |
| Commission | | | 0.00 | 96.00 |
| | | | | |
| **Gross Pay** | | | **$960.00** | **$2,976.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 104.34 |
| Social Security | -59.52 | 184.51 |
| Medicare | -13.92 | 43.15 |
| New York State Income | -25.60 | 82.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| | | |
| **Net Pay** | **$828.18** | |

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   813
Pay Date:                02/03/2017

Pay to the order of:     LI YOU XING

This amount:     EIGHT HUNDRED TWENTY EIGHT AND 18/100                                    $828.18

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK          LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000034**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50014 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting: 01/20/2017
Period Ending: 02/02/2017
Pay Date: 02/17/2017

Business Phone:   646-506-5876

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 960.00 |
| **Gross Pay** | | | **$960.00** | **$960.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 31.58 |
| Social Security | -59.52 | 59.52 |
| Medicare | -13.92 | 13.92 |
| New York State Income | -25.60 | 25.60 |
| New York City R Local | -20.42 | 20.42 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |

| **Net Pay** | | **$807.76** |
|---|---|---|

Your federal taxable wages this period are  $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50014
Pay Date:   02/17/2017

Pay to the order of:   Li You Xing

This amount:   EIGHT HUNDRED SEVEN AND 76/100

**THIS IS NOT A CHECK**

$807.76

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

Cathay Bank

**M000035**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50034 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:   02/03/2017
Period Ending:    02/16/2017
Pay Date:          03/03/2017

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:              Tax Override:
    Federal:   2                        Federal:
    State:     2                        State:
    Local:     0                        Local:
Social Security Number:   XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 1920.00 |
| Gross Pay | | | $960.00 | $1,920.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 63.16 |
| Social Security | -59.52 | 119.04 |
| Medicare | -13.92 | 27.84 |
| New York State Income | -25.60 | 51.20 |
| New York City R Local | -20.42 | 40.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| Net Pay | | |
|---|---|---|
| | | $807.76 |

Your federal taxable wages this period are  $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50034
Pay Date:                03/03/2017

Pay to the order of:     Li You Xing

This amount:    EIGHT HUNDRED SEVEN AND 76/100                          $807.76

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Cathay Bank

M000036

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50061 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

Period Starting: 02/17/2017
Period Ending: 03/02/2017
Pay Date: 03/17/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    2       Federal:
  State:      2       State:
  Local:      0       Local:
Social Security Number: XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2880.00 |
| Gross Pay | | | $960.00 | $2,880.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 94.74 |
| Social Security | -59.52 | 178.56 |
| Medicare | -13.92 | 41.76 |
| New York State Income | -25.60 | 76.80 |
| New York City R Local | -20.42 | 61.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| Net Pay | | $807.76 |
|---|---|---|

Your federal taxable wages this period are $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 50061
Pay Date: 03/17/2017

Pay to the order of: Li You Xing

This amount: EIGHT HUNDRED SEVEN AND 76/100          $807.76

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

Cathay Bank

M000037

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50091 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

Period Starting: 03/03/2017
Period Ending: 03/16/2017
Pay Date: 03/31/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2   Federal:
  State: 2   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 3840.00 |
| Overtime | 18.0000 | 24.00 | 432.00 | 432.00 |
| **Gross Pay** | | | **$1,392.00** | $4,272.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.30 | 171.04 |
| Social Security | -86.30 | 264.86 |
| Medicare | -20.18 | 61.94 |
| New York State Income | -52.09 | 128.89 |
| New York City R Local | -36.85 | 98.11 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |
| **Net Pay** | **$1,119.08** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 104.00 | 344.00 |

Your federal taxable wages this period are $1,392.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 50091
Pay Date: 03/31/2017

Pay to the order of: **Li You Xing**

This amount: ONE THOUSAND ONE HUNDRED NINETEEN AND 08/100

$1,119.08

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Cathay Bank

**M000038**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50125 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 03/17/2017
Period Ending: 03/30/2017
Pay Date: 04/14/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
　Federal:　2　　　Federal:
　State:　2　　　State:
　Local:　0　　　Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 4800.00 |
| Overtime | 18.0000 | 18.00 | 324.00 | 756.00 |
| **Gross Pay** | | | **$1,284.00** | $5,556.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 98.00 | 442.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.98 | 235.02 |
| Social Security | -79.61 | 344.47 |
| Medicare | -18.62 | 80.56 |
| New York State Income | -45.12 | 174.01 |
| New York City R Local | -32.63 | 130.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| **Net Pay** | **$1,042.84** |
|---|---|

Your federal taxable wages this period are  $1,284.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50125
Pay Date:   04/14/2017

Pay to the
order of:　　**Li You Xing**

This amount:　　ONE THOUSAND FORTY TWO AND 84/100

$1,042.84

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE      VOID - NON NEGOTIABLE

Cathay Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1188 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 03/31/2017
Period Ending: 04/06/2017
Pay Date: 04/21/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2   Federal:
  State: 2   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 5680.00 |
| Overtime | | 0.00 | 0.00 | 756.00 |
| Bonus | | 0.00 | 272.00 | 272.00 |
| | | | | |
| Gross Pay | | | $1,152.00 | $6,708.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 482.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -106.55 | 341.57 |
| Social Security | -71.43 | 415.90 |
| Medicare | -16.71 | 97.27 |
| New York State Income | -55.46 | 229.47 |
| New York City R Local | -36.21 | 166.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.60 |

| Net Pay | | |
|---|---|---|
| | | $865.04 |

Your federal taxable wages this period are $1,152.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1188
Pay Date: 04/21/2017

Pay to the order of:    **Li You Xing**

This amount:    EIGHT HUNDRED SIXTY FIVE AND 04/100

**THIS IS NOT A CHECK**

$865.04

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000040**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1229 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 04/07/2017
Period Ending: 04/13/2017
Pay Date: 04/28/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
   Federal:  2                     Federal:
   State:    2                     State:
   Local:    0                     Local:
Social Security Number:  XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 6560.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $7,588.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 522.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 407.32 |
| Social Security | -54.56 | 470.46 |
| Medicare | -12.76 | 110.03 |
| New York State Income | -37.91 | 267.38 |
| New York City R Local | -25.60 | 192.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.20 |

| Net Pay | | |
|---|---|---|
| | $682.82 | |

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1229
Pay Date:              04/28/2017

Pay to the
order of:      Li You Xing

This amount:   SIX HUNDRED EIGHTY TWO AND 82/100          $682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

M000041

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1274 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:  04/14/2017
Period Ending:  04/20/2017
Pay Date:  05/05/2017

Business Phone:  646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
  Federal:  2       Federal:
  State:  2       State:
  Local:  0       Local:
Social Security Number:    XXX-XX-XXXX

**Li You Xing**
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 7440.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $8,468.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 562.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 473.07 |
| Social Security | -54.56 | 525.02 |
| Medicare | -12.76 | 122.79 |
| New York State Income | -37.91 | 305.29 |
| New York City R Local | -25.60 | 218.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.80 |
| Net Pay | $682.82 | |

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1274
Pay Date:  05/05/2017

Pay to the
order of:        **Li You Xing**
This amount:    SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

$682.82

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000042**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1317 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement

**ADP**

Period Starting: 04/21/2017
Period Ending: 04/27/2017
Pay Date: 05/12/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:  2          Federal:
  State:    2          State:
  Local:    0          Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 8320.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $9,348.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 602.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 538.82 |
| Social Security | -54.56 | 579.58 |
| Medicare | -12.76 | 135.55 |
| New York State Income | -37.91 | 343.20 |
| New York City R Local | -25.60 | 243.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1317
Pay Date:  05/12/2017

Pay to the order of:   **Li You Xing**

This amount:   SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

$682.82

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

**M000043**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1401 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 05/05/2017
Period Ending: 05/11/2017
Pay Date: 05/19/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
Federal: 2          Federal:
State: 2            State:
Local: 0            Local:
Social Security Number:   XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 10080.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| | | | | |
| Gross Pay | | | $880.00 | $11,108.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 682.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 670.32 |
| Social Security | -54.56 | 688.70 |
| Medicare | -12.76 | 161.07 |
| New York State Income | -37.91 | 419.02 |
| New York City R Local | -25.60 | 294.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1401
Pay Date:   05/19/2017

Pay to the order of:   Li You Xing

This amount:   SIX HUNDRED EIGHTY TWO AND 82/100

**THIS IS NOT A CHECK**

$682.82

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000044**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1358 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 04/28/2017
Period Ending: 05/04/2017
Pay Date: 05/19/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  2          Federal:
  State:    2          State:
  Local:    0          Local:
Social Security Number:  XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 9200.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$880.00** | **$10,228.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 642.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 604.57 |
| Social Security | -54.56 | 634.14 |
| Medicare | -12.76 | 148.31 |
| New York State Income | -37.91 | 381.11 |
| New York City R Local | -25.60 | 269.35 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| **Net Pay** | **$682.82** |
|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1358
Pay Date:  05/19/2017

Pay to the order of:     **Li You Xing**

This amount:     SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

| $682.82 |
|---|

CATHAY BANK

**M000045**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1443 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 05/05/2017
Period Ending: 05/11/2017
Pay Date: 05/26/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:  2      Federal:
  State:    2      State:
  Local:    0      Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 10960.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$880.00** | **$11,988.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 722.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 736.07 |
| Social Security | -54.56 | 743.26 |
| Medicare | -12.76 | 173.83 |
| New York State Income | -37.91 | 456.93 |
| New York City R Local | -25.60 | 320.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.20 |

| **Net Pay** | **$682.82** |
|---|---|

Your federal taxable wages this period are $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1443
Pay Date: 05/26/2017

Pay to the order of:    Li You Xing

This amount:    SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$682.82

CATHAY BANK

**M000046**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1484 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**

ADP®

Period Starting: 05/19/2017
Period Ending: 05/25/2017
Pay Date: 06/02/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
Federal:    2          Federal:
State:      2          State:
Local:      0          Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 11840.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $12,868.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 762.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 801.82 |
| Social Security | -54.56 | 797.82 |
| Medicare | -12.76 | 186.59 |
| New York State Income | -37.91 | 494.84 |
| New York City R Local | -25.60 | 346.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1484
Pay Date:   06/02/2017

Pay to the
order of:     Li You Xing

This amount:  SIX HUNDRED EIGHTY TWO AND 82/100                    $682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000047**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1524 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting: 05/26/2017
Period Ending: 06/01/2017
Pay Date: 06/09/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 2 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 12480.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | **$13,508.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 802.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 833.61 |
| Social Security | -39.68 | 837.50 |
| Medicare | -9.28 | 195.87 |
| New York State Income | -22.43 | 517.27 |
| New York City R Local | -16.24 | 362.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 11.40 |

| Net Pay | $519.98 |
|---|---|

Your federal taxable wages this period are  $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1524
Pay Date: 06/09/2017

Pay to the order of: **Li You Xing**

This amount: FIVE HUNDRED NINETEEN AND 98/100

$519.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

M000048

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1563 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting: 06/02/2017
Period Ending: 06/08/2017
Pay Date: 06/16/2017

Business Phone: 646-506-5876

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 13120.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | **$14,148.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 842.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 865.40 |
| Social Security | -39.68 | 877.18 |
| Medicare | -9.28 | 205.15 |
| New York State Income | -22.43 | 539.70 |
| New York City R Local | -16.24 | 378.63 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.00 |

| Net Pay | $519.98 |
|---|---|

Your federal taxable wages this period are  $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1563
Pay Date: 06/16/2017

Pay to the order of:  **Li You Xing**

This amount:  FIVE HUNDRED NINETEEN AND 98/100

$519.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000049**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1599 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

Period Starting:  06/09/2017
Period Ending:  06/15/2017
Pay Date:  06/23/2017

Business Phone:  646-506-5876

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:  2    State:
  Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 13760.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | $14,788.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 882.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 897.19 |
| Social Security | -39.68 | 916.86 |
| Medicare | -9.28 | 214.43 |
| New York State Income | -22.43 | 562.13 |
| New York City R Local | -16.24 | 394.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.60 |

| **Net Pay** | **$519.98** |
|---|---|

Your federal taxable wages this period are  $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1599
Pay Date:  06/23/2017

Pay to the order of:  **Li You Xing**

This amount:  FIVE HUNDRED NINETEEN AND 98/100

$519.98

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE  VOID - NON NEGOTIABLE

CATHAY BANK

**M000050**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1637 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

| | |
|---|---|
| Period Starting: | 06/16/2017 |
| Period Ending: | 06/22/2017 |
| Pay Date: | 06/30/2017 |

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
   Federal:    2              Federal:
   State:      2              State:
   Local:      0              Local:
Social Security Number:   XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 24.00 | 384.00 | 14144.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| | | | | |
| **Gross Pay** | | | **$384.00** | **$15,172.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 906.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.19 | 903.38 |
| Social Security | -23.80 | 940.66 |
| Medicare | -5.56 | 219.99 |
| New York State Income | -7.85 | 569.98 |
| New York City R Local | -6.73 | 401.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.20 |

| **Net Pay** | | **$333.27** |
|---|---|---|

Your federal taxable wages this period are  $384.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1637
Pay Date:                       06/30/2017

Pay to the
order of:        Li You Xing
This amount:   THREE HUNDRED THIRTY THREE AND 27/100          $333.27

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000051**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1679 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting: 06/23/2017
Period Ending: 06/29/2017
Pay Date: 07/07/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:   2     Federal:
  State:    2     State:
  Local:    0     Local:
Social Security Number:  XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1408.00 | 15552.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$1,408.00** | **$16,580.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -144.95 | 1048.33 |
| Social Security | -87.30 | 1027.96 |
| Medicare | -20.42 | 240.41 |
| New York State Income | -71.97 | 641.95 |
| New York City R Local | -51.91 | 453.51 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.80 |

| **Net Pay** | **$1,030.85** |
|---|---|

Your federal taxable wages this period are  $1,408.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1679
Pay Date: 07/07/2017

Pay to the order of:   **Li You Xing**

This amount:   ONE THOUSAND THIRTY AND 85/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$1,030.85

CATHAY BANK

**M000052**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 421 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 07/01/2017
Period Ending: 07/31/2017
Pay Date: 08/01/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
   Federal:   2            Federal:
   State:     2            State:
   Local:     2            Local:
Social Security Number:   XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3696.00 | 3696.00 |
| Gross Pay | | | $3,696.00 | $3,696.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -267.32 | 267.32 |
| Social Security | -229.15 | 229.15 |
| Medicare | -53.59 | 53.59 |
| New York State Income | -156.72 | 156.72 |
| New York City R Local | -112.38 | 112.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 2.60 |

| Net Pay | | |
|---|---|---|
| | $2,874.24 | |

Your federal taxable wages this period are  $3,696.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   421
Pay Date:   08/01/2017

Pay to the order of:   Liyou Xing

This amount:   TWO THOUSAND EIGHT HUNDRED SEVENTY-FOUR AND 24/100

$2,874.24

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**Earnings Statement**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 436 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

Period Starting: 08/01/2017
Period Ending: 08/31/2017
Pay Date: 09/01/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2   Federal:
  State: 2   State:
  Local: 2   Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4048.00 | 7744.00 |
| Gross Pay | | | $4,048.00 | $7,744.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.12 | 587.44 |
| Social Security | -250.98 | 480.13 |
| Medicare | -58.70 | 112.29 |
| New York State Income | -179.42 | 336.14 |
| New York City R Local | -127.69 | 240.07 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 5.20 |

| Net Pay | $3,108.49 |
|---|---|

Your federal taxable wages this period are $4,048.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 436
Pay Date: 09/01/2017

Pay to the order of: Liyou Xing

This amount: THREE THOUSAND ONE HUNDRED EIGHT AND 49/100    $3,108.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000054

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 451 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 09/01/2017
Period Ending: 09/30/2017
Pay Date: 09/30/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:    2              Federal:
  State:      2              State:
  Local:      2              Local:
Social Security Number: XXX-XX-XXXX

**Liyou Xing**
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3696.00 | 11440.00 |
| Gross Pay | | | $3,696.00 | $11,440.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -267.32 | 854.76 |
| Social Security | -229.15 | 709.28 |
| Medicare | -53.59 | 165.88 |
| New York State Income | -156.72 | 492.86 |
| New York City R Local | -112.38 | 352.45 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 7.80 |
| Net Pay | $2,874.24 | |

Your federal taxable wages this period are  $3,696.00

1-292/260

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

Payroll Check Number:   451
Pay Date:             09/30/2017

Pay to the order of:   **Liyou Xing**

This amount:   TWO THOUSAND EIGHT HUNDRED SEVENTY FOUR AND 24/100                $2,874.24

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK          Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100012 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 10/01/2017
Period Ending: 10/31/2017
Pay Date: 11/01/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
   Federal: 2    Federal:
   State: 2    State:
   Local: 2    Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 15312.00 |
| **Gross Pay** | | | **$3,872.00** | **$15,312.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -293.72 | 1148.48 |
| Social Security | -240.06 | 949.34 |
| Medicare | -56.14 | 222.02 |
| New York State Income | -168.07 | 660.93 |
| New York City R Local | -120.04 | 472.49 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 10.40 |
| **Net Pay** | **$2,991.37** | |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 100012
Pay Date: 11/01/2017

Pay to the
order of:      **Liyou Xing**

This amount:     TWO THOUSAND NINE HUNDRED NINETY ONE AND 37/100       **$2,991.37**

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank     Liyou Xing
           43-44 Kissena Blvd
           Flushing, NY 11355

**M000056**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100025 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting:    11/01/2017
Period Ending:     11/30/2017
Pay Date:              11/30/2017

Business Phone:   917-868-9878

Taxable Marital Status:    Married
Exemptions/Allowances:        Tax Override:
  Federal:    2              Federal:
  State:       2              State:
  Local:       2              Local:
Social Security Number:    XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 19184.00 |
| Gross Pay | | | $3,872.00 | $19,184.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -293.72 | 1442.20 |
| Social Security | -240.07 | 1189.41 |
| Medicare | -56.15 | 278.17 |
| New York State Income | -168.07 | 829.00 |
| New York City R Local | -120.04 | 592.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 13.00 |

| Net Pay | $2,991.35 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:    100025
Pay Date:                        11/30/2017

Pay to the
order of.        Liyou Xing

This amount:    TWO THOUSAND NINE HUNDRED NINETY ONE AND 35/100        $2,991.35

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE      VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000057

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100033 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:   12/01/2017
Period Ending:   12/31/2017
Pay Date:   12/29/2017

Business Phone:   917-868-9878

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
Federal:   2    Federal:
State:   2    State:
Local:   2    Local:
Social Security Number:   XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 23056.00 |
| Gross Pay | | | $3,872.00 | $23,056.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −293.72 | 1735.92 |
| Social Security | −240.06 | 1429.47 |
| Medicare | −56.14 | 334.31 |
| New York State Income | −168.07 | 997.07 |
| New York City R Local | −120.04 | 712.57 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −2.60 | 15.60 |
| Net Pay | $2,991.37 | |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100033
Pay Date:   12/29/2017

Pay to the
order of:   Liyou Xing

This amount:   TWO THOUSAND NINE HUNDRED NINETY ONE AND 37/100

$2,991.37

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000058

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100043 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 01/01/2018
Period Ending: 01/31/2018
Pay Date: 01/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
　Federal:　2　　　　　Federal:
　State:　2　　　　　State:
　Local:　2　　　　　Local:
Social Security Number: XXX-XX-XXXX

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 3872.00 |
| Gross Pay | | | $3,872.00 | $3,872.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 234.39 |
| Social Security | -240.06 | 240.06 |
| Medicare | -56.14 | 56.14 |
| New York State Income | -166.56 | 166.56 |
| New York Paid Family Leave | -4.88 | 4.88 |
| New York City R Local | -113.54 | 113.54 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 2.60 |

| Net Pay | | |
|---|---|---|
| | $3,053.83 | |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100043
Pay Date:                     01/31/2018

Pay to the
order of:　　**Liyou Xing**

This amount:　THREE THOUSAND FIFTY THREE AND 83/100

$3,053.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000059**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100054 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 02/01/2018
Period Ending: 02/28/2018
Pay Date: 02/28/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  2     Federal:
  State:   2     State:
  Local:   2     Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 7744.00 |
| Gross Pay | | | $3,872.00 | $7,744.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −234.39 | 468.78 |
| Social Security | −240.07 | 480.13 |
| Medicare | −56.15 | 112.29 |
| New York State Income | −166.56 | 333.12 |
| New York Paid Family Leave | −4.88 | 9.76 |
| New York City R Local | −113.54 | 227.08 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −2.60 | 5.20 |

| Net Pay | $3,053.81 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100054
Pay Date:  02/28/2018

Pay to the order of:    Liyou Xing
This amount:    THREE THOUSAND FIFTY THREE AND 81/100

**THIS IS NOT A CHECK**

$3,053.81

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000060**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100065 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 03/01/2018
Period Ending: 03/31/2018
Pay Date: 03/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    2          Federal:
  State:      2          State:
  Local:      2          Local:
Social Security Number:   XXX-XX-XXXX

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 11616.00 |
| Gross Pay | | | $3,872.00 | $11,616.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 703.17 |
| Social Security | -240.06 | 720.19 |
| Medicare | -56.14 | 168.43 |
| New York State Income | -166.56 | 499.68 |
| New York Paid Family Leave | -4.88 | 14.64 |
| New York City R Local | -113.54 | 340.62 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 7.80 |

| Net Pay | this period |
|---|---|
| | $3,053.83 |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100065
Pay Date:               03/31/2018

Pay to the
order of:       **Liyou Xing**

This amount:   THREE THOUSAND FIFTY THREE AND 83/100                    $3,053.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank          Liyou Xing
                     43-44 Kissena Blvd
                     Flushing, NY 11355

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100077 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 04/01/2018
Period Ending: 04/30/2018
Pay Date: 04/30/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 2 State:
Local: 2 Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 15488.00 |
| Gross Pay | | | $3,872.00 | $15,488.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 937.56 |
| Social Security | -240.07 | 960.26 |
| Medicare | -56.15 | 224.58 |
| New York State Income | -166.56 | 666.24 |
| New York Paid Family Leave | -4.88 | 19.52 |
| New York City R Local | -113.54 | 454.16 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 10.40 |

| Net Pay | $3,053.81 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 100077
Pay Date: 04/30/2018

Pay to the order of:  **Liyou Xing**

This amount:  THREE THOUSAND FIFTY THREE AND 81/100   | $3,053.81 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000062

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100088 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 05/01/2018
Period Ending: 05/31/2018
Pay Date: 05/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:  2      Federal:
  State:    2      State:
  Local:    2      Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 19360.00 |
| Gross Pay | | | $3,872.00 | $19,360.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 1171.95 |
| Social Security | -240.06 | 1200.32 |
| Medicare | -56.14 | 280.72 |
| New York State Income | -166.56 | 832.80 |
| New York Paid Family Leave | -4.88 | 24.40 |
| New York City R Local | -113.54 | 567.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 13.00 |

| Net Pay | $3,053.83 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100088
Pay Date:  05/31/2018

Pay to the
order of:  **Liyou Xing**

This amount:  THREE THOUSAND FIFTY THREE AND 83/100        $3,053.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank        Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000063

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100100 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 06/01/2018
Period Ending: 06/30/2018
Pay Date: 06/29/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2     Federal:
  State: 2     State:
  Local: 2     Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 23232.00 |
| Gross Pay | | | $3,872.00 | $23,232.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 1406.34 |
| Social Security | -240.06 | 1440.38 |
| Medicare | -56.14 | 336.86 |
| New York State Income | -166.56 | 999.36 |
| New York Paid Family Leave | -4.88 | 29.28 |
| New York City R Local | -113.54 | 681.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 15.60 |

| Net Pay | | $3,053.83 |
|---|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 100100
Pay Date: 06/29/2018

Pay to the order of: **Liyou Xing**

This amount: THREE THOUSAND FIFTY THREE AND 83/100

THIS IS NOT A CHECK

$3,053.83

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000064**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100111 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement

**ADP**

Period Starting:    07/01/2018
Period Ending:     07/31/2018
Pay Date:            08/01/2018

Business Phone:   917-868-9878

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 2 | State: |
| Local: | 2 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 27104.00 |
| **Gross Pay** | | | **$3,872.00** | $27,104.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −234.39 | 1640.73 |
| Social Security | −240.07 | 1680.45 |
| Medicare | −56.15 | 393.01 |
| New York State Income | −166.56 | 1165.92 |
| New York Paid Family Leave | −4.88 | 34.16 |
| New York City R Local | −113.54 | 794.78 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −2.60 | 18.20 |

| **Net Pay** | **$3,053.81** | |
|---|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100111
Pay Date:                   08/01/2018

| Pay to the order of: | **Liyou Xing** | | |
|---|---|---|---|
| This amount: | THREE THOUSAND FIFTY THREE AND 81/100 | | $3,053.81 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

**M000065**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100131 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 08/01/2018
Period Ending: 08/31/2018
Pay Date: 08/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 2 State:
Local: 2 Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3276.31 | 30380.31 |
| Gross Pay | | | $3,276.31 | $30,380.31 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -162.91 | 1803.64 |
| Social Security | -203.13 | 1883.58 |
| Medicare | -47.50 | 440.51 |
| New York State Income | -128.85 | 1294.77 |
| New York Paid Family Leave | -4.13 | 38.29 |
| New York City R Local | -88.82 | 883.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 20.80 |

| Net Pay | $2,638.37 |
|---|---|

Your federal taxable wages this period are  $3,276.31

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 100131
Pay Date: 08/31/2018

Pay to the
order of:     Liyou Xing

This amount:  TWO THOUSAND SIX HUNDRED THIRTY EIGHT AND 37/100

$2,638.37

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000066**

**Notice and Acknowledgement of Pay Rate and Payday/薪資及發薪日通知**
**Under Section 195.1 of the New York State Labor Law/紐約州勞工法第195.1條款**

1. **Employer Information/雇主資料**

Name/名字: Weihong Hu

"Doing Business As (DBA)" name(s)/
招牌名: Mayflower Wenyu LLC

FEIN (optional)/聯邦報稅號 (可選擇的):

Physical Address/公司所在地址:61-27

186TH Street, Fresh Meadows,NY11365

Mailing Address/郵政地址: 61-27 186TH
Street, Fresh Meadows,NY11365

Phone/電話:(718)619-8818

2. **Notice given/給予員工的通知:**
☐ At hiring/雇用時
☐ On or before February 1/二月一號或之前
☐ Before a change in pay rate(s), allowances claimed or payday /在薪資, 發薪日, 或津貼變更之前

LS 54C (03/11)

Notice for Hourly Rate Employees/時薪員工的通知

3. **Employee's Pay Rate/員工的薪資標準**
$_____ per hour/每小時

4. **Allowances taken/所取津貼:**
☑ None/無
☐ Tips/小費 _____ per hour/每小時
☐ Meals/餐飲_____ per meal/每餐
☐ Lodging/住宿 _____
☐ Other/其他 _____

5. **Regular payday/正常發薪日:**

Friday
_____

6. **Pay is/發薪頻率:**
☑ Weekly/每週
☐ Bi-weekly/每二週
☐ Other/其他 _____

7. **Overtime Pay Rate/加班費標準**
$___ per hour/每小時 (This must be at least 1½ times the worker's regular rate with few exceptions./此加班費必須最少是員工正常時薪的 1.5 倍(極少例外).

8. **Employee Acknowledgement/員工認知:**

On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Chinese**. /此日我收到薪資, 加班費, 發薪日, 以及津貼的中英通知.我已告訴雇主我的母語是中文.

Li You Xing
_____
Print Employee Name/請正楷書寫員工姓名

_____
Employee Signature/員工簽名

4/7/17
_____
Date/日期

CHEF
_____
Preparer Name and Title/填表人名字及頭衔

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.** 員工必須收到此簽名表格的複印本. 雇主並須保存此表格正本6年.

M000067



## WYNDHAM GARDEN®

Wyndham Garden Fresh Meadows Flushing
6127 186th St.
Fresh meadows, NY 11365

# Employee Salary Increase Request

**Employee Name:** _Li You XING_

**Department:** _____

**Title:** _____

Note
- Regular hour $13 × 160 hrs
- OT hour $19.5 × 80 hrs
- Company offers fixed amount

**Pay Rate Information:**

**Current Pay:** _12_   **Updated Pay:** 月工资 $3640.⁰⁰

**Effective Date:** _____

**Employee Signature:** _Li You XING_   **Date:** _____

**Approval:**

_____   _____
Supervisor                  Date

_____   _6 - 26 - 17_
Manager                     Date

_____   _____
President                   Date

Rev.1. 2017/02/03

**M000068**