# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342

41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

July 21, 2019

**Via ECF**

Hon. Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re:**    **Exhibit 1, 2 Cover Letter**
               1:18-cv-06616 *Xing v. Mayflower International Hotel Group Inc. et al*

Your Honor,

      This office represents the plaintiffs in the above-referenced matter. We write respectfully to correct a clerical filing error regarding Plaintiffs' Supplemental Submission in Support of Plaintiff's Collective Certification Motion, filed at Dkt. No. 40.

      We intended to attach Liyou Xing's time records and earning statements as Exhibits 1 and 2 to that filing respectively (*see* the second full paragraph on page 1 of Dkt. No. 40), however, upon a review of the docket entry, we noticed this was not done. We apologize for the error, and attach those exhibits to this letter for the Court's consideration.

      We thank the Court for its attention to and consideration of this matter.

                        Respectfully submitted,
                        TROY LAW, PLLC

                        /s/ Aaron Schweitzer
                        Aaron B. Schweitzer
                        *Attorneys for Plaintiff*

cc: via ECF
    all counsel of record