| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 400 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement

**ADP**

Period Starting: 09/03/2016
Period Ending: 09/16/2016
Pay Date: 09/30/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
Federal:    2          Federal:
State:      2          State:
Local:      0          Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 72.00 | 864.00 | 864.00 |
| Gross Pay | | | $864.00 | $864.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.00 | 72.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -22.36 | 22.36 |
| Social Security | -53.57 | 53.57 |
| Medicare | -12.53 | 12.53 |
| New York State Income | -20.38 | 20.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |

| Net Pay | | $753.96 |
|---|---|---|

Your federal taxable wages this period are $864.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 400
Pay Date: 09/30/2016

Pay to the order of:     LI YOU XING

This amount:     SEVEN HUNDRED FIFTY THREE AND 96/100          $753.96

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 446 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 09/17/2016
Period Ending: 09/30/2016
Pay Date: 10/14/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
Federal: 2   Federal:
State: 2   State:
Local: 0   Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 78.50 | 942.00 | 1806.00 |
| Gross Pay | | | $942.00 | $1,806.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 78.50 | 150.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -30.16 | 52.52 |
| Social Security | -58.40 | 111.97 |
| Medicare | -13.66 | 26.19 |
| New York State Income | -24.68 | 45.06 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| Net Pay | | $813.90 |
|---|---|---|

Your federal taxable wages this period are $942.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 446
Pay Date: 10/14/2016

Pay to the order of: **LI YOU XING**

This amount: EIGHT HUNDRED THIRTEEN AND 90/100          $813.90

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000026**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 495 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:  10/01/2016
Period Ending:  10/14/2016
Pay Date:  10/28/2016

Business Phone:  718-752-1888

Taxable Marital Status:  Married
Exemptions/Allowances:    Tax Override:
   Federal:  2   Federal:
   State:  2   State:
   Local:  0   Local:
Social Security Number:  XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2766.00 |
| Gross Pay | | | $960.00 | $2,766.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 230.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.96 | 84.48 |
| Social Security | -59.52 | 171.49 |
| Medicare | -13.92 | 40.11 |
| New York State Income | -25.75 | 70.81 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| Net Pay | | |
|---|---|---|
| | $827.65 | |

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  495
Pay Date:  10/28/2016

Pay to the order of:  **LI YOU XING**

This amount:  EIGHT HUNDRED TWENTY SEVEN AND 65/100            $827.65

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

**M000027**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 544 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 10/15/2016
Period Ending: 10/28/2016
Pay Date: 11/10/2016

Business Phone: 718-752-1888

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 3726.00 |
| Overtime | 18.0000 | 18.50 | 333.00 | 333.00 |
| Gross Pay | | | $1,293.00 | $4,059.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 98.50 | 329.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.26 | 149.74 |
| Social Security | -80.17 | 251.66 |
| Medicare | -18.75 | 58.86 |
| New York State Income | -45.88 | 116.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| Net Pay | | $1,081.74 |
|---|---|---|

Your federal taxable wages this period are $1,293.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 544
Pay Date: 11/10/2016

Pay to the order of:    LI YOU XING

This amount:   ONE THOUSAND EIGHTY ONE AND 74/100

$1,081.74

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000028

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 588 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement

**ADP**

Period Starting: 10/29/2016
Period Ending: 11/11/2016
Pay Date: 11/25/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
Federal: 2              Federal:
State: 2                State:
Local: 0                Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 4686.00 |
| Overtime | 18.0000 | 8.00 | 144.00 | 477.00 |
| Gross Pay | | | $1,104.00 | $5,163.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 88.00 | 417.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.36 | 196.10 |
| Social Security | -68.45 | 320.11 |
| Medicare | -16.00 | 74.86 |
| New York State Income | -34.24 | 150.93 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Net Pay | | $937.75 |
|---|---|---|

Your federal taxable wages this period are  $1,104.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  588
Pay Date:  11/25/2016

Pay to the
order of:       LI YOU XING

This amount:    NINE HUNDRED THIRTY SEVEN AND 75/100                                    $937.75

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 632 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 11/12/2016
Period Ending: 11/25/2016
Pay Date: 12/09/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
Federal:   2              Federal:
State:     2              State:
Local:     0              Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 5646.00 |
| Overtime | 18.0000 | 8.00 | 144.00 | 621.00 |
| Gross Pay | | | $1,104.00 | $6,267.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 88.00 | 505.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.36 | 242.46 |
| Social Security | -68.44 | 388.55 |
| Medicare | -16.01 | 90.87 |
| New York State Income | -34.24 | 185.17 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |

| Net Pay | $937.75 |
|---|---|

Your federal taxable wages this period are $1,104.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 632
Pay Date: 12/09/2016

Pay to the order of:  LI YOU XING

This amount:  NINE HUNDRED THIRTY SEVEN AND 75/100    $937.75

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK          LI YOU XING
                     4344 KISSENA BLVD
                     16G
                     FLUSHING, NY 11355

M000030

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 677 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement

**ADP®**

Period Starting: 11/26/2016
Period Ending: 12/09/2016
Pay Date: 12/23/2016

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:  2    State:
  Local:  0    Local:
Social Security Number: XXX-XX-XXXX

**LI YOU XING**
**4344 KISSENA BLVD**
**16G**
**FLUSHING, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 6606.00 |
| Overtime | 18.0000 | 16.00 | 288.00 | 909.00 |
| Gross Pay | | | $1,248.00 | $7,515.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 96.00 | 601.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.76 | 303.22 |
| Social Security | -77.38 | 465.93 |
| Medicare | -18.10 | 108.97 |
| New York State Income | -42.98 | 228.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 8.40 |

| Net Pay | $1,047.58 |
|---|---|

Your federal taxable wages this period are  $1,248.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  677
Pay Date:  12/23/2016

Pay to the order of:  **LI YOU XING**

This amount:  ONE THOUSAND FORTY SEVEN AND 58/100

THIS IS NOT A CHECK

$1,047.58

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK    LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000031

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 722 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 12/10/2016
Period Ending: 12/23/2016
Pay Date: 01/06/2017

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal: 2        Federal:
  State: 2        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 960.00 |
| Commission | | 0.00 | 96.00 | 96.00 |
| **Gross Pay** | | | **$1,056.00** | $1,056.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -41.18 | 41.18 |
| Social Security | -65.47 | 65.47 |
| Medicare | -15.31 | 15.31 |
| New York State Income | -31.26 | 31.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| **Net Pay** | **$901.58** | |

Your federal taxable wages this period are $1,056.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 722
Pay Date: 01/06/2017

Pay to the order of:    LI YOU XING

This amount:    NINE HUNDRED ONE AND 58/100

THIS IS NOT A CHECK

$901.58

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 768 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 12/24/2016
Period Ending: 01/06/2017
Pay Date: 01/20/2017

Business Phone: 718-752-1888

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
Federal:    2            Federal:
State:      2            State:
Local:      0            Local:
Social Security Number:    XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 1920.00 |
| Commission | | | 0.00 | 96.00 |
| | | | | |
| **Gross Pay** | | | **$960.00** | $2,016.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 72.76 |
| Social Security | -59.52 | 124.99 |
| Medicare | -13.92 | 29.23 |
| New York State Income | -25.60 | 56.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |
| | | |
| **Net Pay** | **$828.18** | |

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   768
Pay Date:               01/20/2017

Pay to the
order of:    **LI YOU XING**

This amount:    EIGHT HUNDRED TWENTY EIGHT AND 18/100    **$828.18**

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

M000033

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQZ 22553777 | 01/0002 | 813 | 1 of 1 |

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:    01/07/2017
Period Ending:      01/20/2017
Pay Date:           02/03/2017

Business Phone:     718-752-1888

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal:   2              Federal:
  State:     2              State:
  Local:     0              Local:
Social Security Number:   XXX-XX-XXXX

LI YOU XING
4344 KISSENA BLVD
16G
FLUSHING, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2880.00 |
| Commission | | | 0.00 | 96.00 |
| **Gross Pay** | | | **$960.00** | **$2,976.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 104.34 |
| Social Security | -59.52 | 184.51 |
| Medicare | -13.92 | 43.15 |
| New York State Income | -25.60 | 82.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| Net Pay | | $828.18 |
|---|---|---|

Your federal taxable wages this period are  $960.00

Mayflower International Hotel Group
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  813
Pay Date:              02/03/2017

Pay to the order of:  LI YOU XING

This amount:  EIGHT HUNDRED TWENTY EIGHT AND 18/100        $828.18

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        LI YOU XING
                   4344 KISSENA BLVD
                   16G
                   FLUSHING, NY 11355

M000034

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50014 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**®

Period Starting: 01/20/2017
Period Ending: 02/02/2017
Pay Date: 02/17/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:     2                Federal:
  State:       2                State:
  Local:       0                Local:
Social Security Number:  XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 960.00 |
| **Gross Pay** | | | **$960.00** | **$960.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 31.58 |
| Social Security | -59.52 | 59.52 |
| Medicare | -13.92 | 13.92 |
| New York State Income | -25.60 | 25.60 |
| New York City R Local | -20.42 | 20.42 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |
| **Net Pay** | **$807.76** | |

Your federal taxable wages this period are  $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  50014
Pay Date:              02/17/2017

Pay to the order of:   **Li You Xing**
This amount:   EIGHT HUNDRED SEVEN AND 76/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

| | $807.76 |
|---|---|

Cathay Bank

**M000035**

**Company Code   Loc/Dept   Number   Page**
RZ / PF3 23355305   01/02   50034   1 of 1
MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:      02/03/2017
Period Ending:       02/16/2017
Pay Date:              03/03/2017

Business Phone:   646-506-5876

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:  2 | Federal: |
| State:  2 | State: |
| Local:  0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 1920.00 |
| Gross Pay | | | $960.00 | $1,920.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 63.16 |
| Social Security | -59.52 | 119.04 |
| Medicare | -13.92 | 27.84 |
| New York State Income | -25.60 | 51.20 |
| New York City R Local | -20.42 | 40.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| Net Pay | $807.76 |
|---|---|

Your federal taxable wages this period are  $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50034
Pay Date:                      03/03/2017

Pay to the order of:   Li You Xing

This amount:   EIGHT HUNDRED SEVEN AND 76/100        $807.76

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

Cathay Bank

**M000036**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50061 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

Period Starting:     02/17/2017
Period Ending:      03/02/2017
Pay Date:             03/17/2017

Business Phone:   646-506-5876

Taxable Marital Status:      Married
Exemptions/Allowances:         Tax Override:
  Federal:      2               Federal:
  State:         2               State:
  Local:         0               Local:
Social Security Number:      XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 2880.00 |
| Gross Pay | | | $960.00 | $2,880.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.58 | 94.74 |
| Social Security | -59.52 | 178.56 |
| Medicare | -13.92 | 41.76 |
| New York State Income | -25.60 | 76.80 |
| New York City R Local | -20.42 | 61.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| Net Pay | $807.76 | |

Your federal taxable wages this period are  $960.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50061
Pay Date:                   03/17/2017

Pay to the
order of:          Li You Xing

This amount:   EIGHT HUNDRED SEVEN AND 76/100                    $807.76

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

Cathay Bank

**M000037**

**Earnings Statement**

ADP

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50091 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Period Starting: 03/03/2017
Period Ending: 03/16/2017
Pay Date: 03/31/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:    2          Federal:
  State:      2          State:
  Local:      0          Local:
Social Security Number:   XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 3840.00 |
| Overtime | 18.0000 | 24.00 | 432.00 | 432.00 |
| Gross Pay | | | $1,392.00 | $4,272.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.30 | 171.04 |
| Social Security | -86.30 | 264.86 |
| Medicare | -20.18 | 61.94 |
| New York State Income | -52.09 | 128.89 |
| New York City R Local | -36.85 | 98.11 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |
| Net Pay | $1,119.08 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 104.00 | 344.00 |

Your federal taxable wages this period are $1,392.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   50091
Pay Date:               03/31/2017

Pay to the order of:   Li You Xing

This amount:   ONE THOUSAND ONE HUNDRED NINETEEN AND 08/100

THIS IS NOT A CHECK

$1,119.08

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

Cathay Bank

**M000038**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 50125 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 03/17/2017
Period Ending: 03/30/2017
Pay Date: 04/14/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2      Federal:
  State: 2      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 4800.00 |
| Overtime | 18.0000 | 18.00 | 324.00 | 756.00 |
| Gross Pay | | | $1,284.00 | $5,556.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 98.00 | 442.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.98 | 235.02 |
| Social Security | -79.61 | 344.47 |
| Medicare | -18.62 | 80.56 |
| New York State Income | -45.12 | 174.01 |
| New York City R Local | -32.63 | 130.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Net Pay | $1,042.84 |
|---|---|

Your federal taxable wages this period are $1,284.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 50125
Pay Date: 04/14/2017

Pay to the order of:   **Li You Xing**

This amount:   ONE THOUSAND FORTY TWO AND 84/100

$1,042.84

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Cathay Bank

**M000039**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1188 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:   03/31/2017
Period Ending:    04/06/2017
Pay Date:          04/21/2017

Business Phone:  646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
   Federal:   2          Federal:
   State:     2          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 5680.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | 0.00 | 272.00 | 272.00 |
| **Gross Pay** | | | **$1,152.00** | **$6,708.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 482.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −106.55 | 341.57 |
| Social Security | −71.43 | 415.90 |
| Medicare | −16.71 | 97.27 |
| New York State Income | −55.46 | 229.47 |
| New York City R Local | −36.21 | 166.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −0.60 | 6.60 |

| **Net Pay** | **$865.04** |
|---|---|

Your federal taxable wages this period are  $1,152.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1188
Pay Date:                04/21/2017

Pay to the
order of:     **Li You Xing**

This amount:   EIGHT HUNDRED SIXTY FIVE AND 04/100

THIS IS NOT A CHECK

$865.04

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000040**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1229 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 04/07/2017
Period Ending: 04/13/2017
Pay Date: 04/28/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 2     Federal:
  State: 2     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 6560.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| | | | | |
| Gross Pay | | | $880.00 | $7,588.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 522.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 407.32 |
| Social Security | -54.56 | 470.46 |
| Medicare | -12.76 | 110.03 |
| New York State Income | -37.91 | 267.38 |
| New York City R Local | -25.60 | 192.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.20 |

| Net Pay | | |
|---|---|---|
| | | $682.82 |

Your federal taxable wages this period are $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1229
Pay Date: 04/28/2017

Pay to the order of:
**Li You Xing**

This amount: SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

$682.82

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000041**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1274 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting: 04/14/2017
Period Ending: 04/20/2017
Pay Date: 05/05/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:         Tax Override:
  Federal:  2                    Federal:
  State:    2                    State:
  Local:    0                    Local:
Social Security Number:   XXX-XX-XXXX

**Li You Xing**
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 7440.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $8,468.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 562.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 473.07 |
| Social Security | -54.56 | 525.02 |
| Medicare | -12.76 | 122.79 |
| New York State Income | -37.91 | 305.29 |
| New York City R Local | -25.60 | 218.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.80 |

| Net Pay | | |
|---|---|---|
| | $682.82 | |

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1274
Pay Date:              05/05/2017

Pay to the
order of:          Li You Xing
This amount:    SIX HUNDRED EIGHTY TWO AND 82/100

$682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

M000042

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1317 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:   04/21/2017
Period Ending:    04/27/2017
Pay Date:         05/12/2017

Business Phone:  646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal:    2         Federal:
  State:      2         State:
  Local:      0         Local:
Social Security Number:   XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 8320.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $9,348.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 602.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 538.82 |
| Social Security | -54.56 | 579.58 |
| Medicare | -12.76 | 135.55 |
| New York State Income | -37.91 | 343.20 |
| New York City R Local | -25.60 | 243.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1317
Pay Date:              05/12/2017

Pay to the order of:   Li You Xing

This amount:   SIX HUNDRED EIGHTY TWO AND 82/100                          $682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

**M000043**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1401 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 05/05/2017
Period Ending: 05/11/2017
Pay Date: 05/19/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
   Federal: 2      Federal:
   State: 2       State:
   Local: 0       Local:
Social Security Number:   XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 10080.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| | | | | |
| **Gross Pay** | | | **$880.00** | **$11,108.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 682.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 670.32 |
| Social Security | -54.56 | 688.70 |
| Medicare | -12.76 | 161.07 |
| New York State Income | -37.91 | 419.02 |
| New York City R Local | -25.60 | 294.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1401
Pay Date: 05/19/2017

Pay to the order of:    Li You Xing

This amount:    SIX HUNDRED EIGHTY TWO AND 82/100

$682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

M000044

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1358 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement



Period Starting: 04/28/2017
Period Ending: 05/04/2017
Pay Date: 05/19/2017

Business Phone: 646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
Federal:    2         Federal:
State:    2            State:
Local:    0            Local:
Social Security Number:    XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 9200.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$880.00** | **$10,228.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 642.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 604.57 |
| Social Security | -54.56 | 634.14 |
| Medicare | -12.76 | 148.31 |
| New York State Income | -37.91 | 381.11 |
| New York City R Local | -25.60 | 269.35 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| Net Pay | | $682.82 |
|---|---|---|

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1358
Pay Date:   05/19/2017

Pay to the order of:    **Li You Xing**

This amount:    SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$682.82

CATHAY BANK

**M000045**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1443 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement



Period Starting:  05/05/2017
Period Ending:  05/11/2017
Pay Date:  05/26/2017

Business Phone:  646-506-5876

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:  2    State:
  Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 10960.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$880.00** | **$11,988.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 722.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 736.07 |
| Social Security | -54.56 | 743.26 |
| Medicare | -12.76 | 173.83 |
| New York State Income | -37.91 | 456.93 |
| New York City R Local | -25.60 | 320.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.20 |

| **Net Pay** | **$682.82** | |

Your federal taxable wages this period are  $880.00

1-292/260

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

Payroll Check Number:  1443
Pay Date:  05/26/2017

Pay to the
order of:  Li You Xing

This amount:  SIX HUNDRED EIGHTY TWO AND 82/100

$682.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

CATHAY BANK

**M000046**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1484 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

**Earnings Statement**

ADP

Period Starting: 05/19/2017
Period Ending: 05/25/2017
Pay Date: 06/02/2017

Business Phone:   646-506-5876

Taxable Marital Status: Married
Exemptions/Allowances:         Tax Override:
  Federal: 2                          Federal:
  State: 2                             State:
  Local: 0                            Local:
Social Security Number: XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 40.00 | 880.00 | 11840.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| Gross Pay | | | $880.00 | $12,868.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 762.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -65.75 | 801.82 |
| Social Security | -54.56 | 797.82 |
| Medicare | -12.76 | 186.59 |
| New York State Income | -37.91 | 494.84 |
| New York City R Local | -25.60 | 346.15 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |

| Net Pay | | |
|---|---|---|
| | | $682.82 |

Your federal taxable wages this period are  $880.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1484
Pay Date:                        06/02/2017

Pay to the order of:   **Li You Xing**

This amount:   SIX HUNDRED EIGHTY TWO AND 82/100

THIS IS NOT A CHECK

$682.82

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

**M000047**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1524 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement

**ADP**

Period Starting: 05/26/2017
Period Ending: 06/01/2017
Pay Date: 06/09/2017

Business Phone: 646-506-5876

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 12480.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | **$13,508.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 802.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 833.61 |
| Social Security | -39.68 | 837.50 |
| Medicare | -9.28 | 195.87 |
| New York State Income | -22.43 | 517.27 |
| New York City R Local | -16.24 | 362.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 11.40 |

| Net Pay | $519.98 |
|---|---|

Your federal taxable wages this period are $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number: 1524
Pay Date: 06/09/2017

Pay to the order of: **Li You Xing**

This amount: FIVE HUNDRED NINETEEN AND 98/100

**THIS IS NOT A CHECK**

$519.98

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000048**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1563 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement

Period Starting:  06/02/2017
Period Ending:   06/08/2017
Pay Date:        06/16/2017

Business Phone:  646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
Federal:    2           Federal:
State:      2           State:
Local:      0           Local:
Social Security Number:   XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 13120.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | **$14,148.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 842.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 865.40 |
| Social Security | -39.68 | 877.18 |
| Medicare | -9.28 | 205.15 |
| New York State Income | -22.43 | 539.70 |
| New York City R Local | -16.24 | 378.63 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.00 |
| **Net Pay** | **$519.98** | |

Your federal taxable wages this period are  $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:  1563
Pay Date:              06/16/2017

Pay to the
order of:    Li You Xing

This amount:   FIVE HUNDRED NINETEEN AND 98/100                    $519.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK

**M000049**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1599 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

ADP

Period Starting:  06/09/2017
Period Ending:    06/15/2017
Pay Date:         06/23/2017

Business Phone:   646-506-5876

Taxable Marital Status:    Married
Exemptions/Allowances:     Tax Override:
  Federal:   2            Federal:
  State:     2            State:
  Local:     0            Local:
Social Security Number:    XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | 13760.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$640.00** | **$14,788.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 882.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.79 | 897.19 |
| Social Security | -39.68 | 916.86 |
| Medicare | -9.28 | 214.43 |
| New York State Income | -22.43 | 562.13 |
| New York City R Local | -16.24 | 394.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.60 |

| **Net Pay** | **$519.98** |
|---|---|

Your federal taxable wages this period are  $640.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1599
Pay Date:               06/23/2017

Pay to the
order of:        Li You Xing
This amount:     FIVE HUNDRED NINETEEN AND 98/100                                    $519.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK

**M000050**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1637 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

## Earnings Statement

Period Starting:   06/16/2017
Period Ending:    06/22/2017
Pay Date:            06/30/2017

Business Phone:    646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:    2                         Federal:
  State:       2                         State:
  Local:       0                         Local:
Social Security Number:    XXX-XX-XXXX

Li You Xing
4344 Kissena Blvd
16G
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 24.00 | 384.00 | 14144.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| | | | | |
| Gross Pay | | | $384.00 | $15,172.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 906.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −6.19 | 903.38 |
| Social Security | −23.80 | 940.66 |
| Medicare | −5.56 | 219.99 |
| New York State Income | −7.85 | 569.98 |
| New York City R Local | −6.73 | 401.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −0.60 | 13.20 |

| Net Pay | | $333.27 |
|---|---|---|

Your federal taxable wages this period are  $384.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1637
Pay Date:                       06/30/2017

Pay to the order of:      Li You Xing

This amount:   THREE HUNDRED THIRTY THREE AND 27/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

$333.27

CATHAY BANK

M000051

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / PF3 23355305 | 01/02 | 1679 | 1 of 1 |

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

# Earnings Statement

**ADP**

Period Starting:   06/23/2017
Period Ending:    06/29/2017
Pay Date:         07/07/2017

Business Phone:   646-506-5876

Taxable Marital Status:   Married
Exemptions/Allowances:         Tax Override:
  Federal:    2          Federal:
  State:      2          State:
  Local:      0          Local:
Social Security Number:   XXX-XX-XXXX

**Li You Xing**
**4344 Kissena Blvd**
**16G**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1408.00 | 15552.00 |
| Overtime | | | 0.00 | 756.00 |
| Bonus | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$1,408.00** | **$16,580.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -144.95 | 1048.33 |
| Social Security | -87.30 | 1027.96 |
| Medicare | -20.42 | 240.41 |
| New York State Income | -71.97 | 641.95 |
| New York City R Local | -51.91 | 453.51 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.80 |

| **Net Pay** | **$1,030.85** |
|---|---|

Your federal taxable wages this period are  $1,408.00

MAYFLOWER WENYU LLC
6127 186th St
Fresh Meadows, NY 11365

1-292/260

Payroll Check Number:   1679
Pay Date:                07/07/2017

Pay to the order of:     **Li You Xing**

This amount:   ONE THOUSAND THIRTY AND 85/100

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

| | $1,030.85 |
|---|---|

CATHAY BANK

**M000052**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 421 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 07/01/2017
Period Ending: 07/31/2017
Pay Date: 08/01/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
   Federal:   2        Federal:
   State:     2        State:
   Local:     2        Local:
Social Security Number:   XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3696.00 | 3696.00 |
| Gross Pay | | | $3,696.00 | $3,696.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -267.32 | 267.32 |
| Social Security | -229.15 | 229.15 |
| Medicare | -53.59 | 53.59 |
| New York State Income | -156.72 | 156.72 |
| New York City R Local | -112.38 | 112.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 2.60 |
| Net Pay | $2,874.24 | |

Your federal taxable wages this period are  $3,696.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   421
Pay Date:   08/01/2017

Pay to the
order of:       Liyou Xing

This amount:   TWO THOUSAND EIGHT HUNDRED SEVENTY-FOUR AND 24/100          $2,874.24

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK          Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000053**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 436 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 08/01/2017
Period Ending: 08/31/2017
Pay Date: 09/01/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  2              Federal:
  State:    2              State:
  Local:    2              Local:
Social Security Number:   XXX-XX-XXXX

**Liyou Xing**
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4048.00 | 7744.00 |
| Gross Pay | | | $4,048.00 | $7,744.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.12 | 587.44 |
| Social Security | -250.98 | 480.13 |
| Medicare | -58.70 | 112.29 |
| New York State Income | -179.42 | 336.14 |
| New York City R Local | -127.69 | 240.07 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 5.20 |

| Net Pay | $3,108.49 |
|---|---|

Your federal taxable wages this period are  $4,048.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  436
Pay Date:              09/01/2017

Pay to the order of:   **Liyou Xing**

This amount:   THREE THOUSAND ONE HUNDRED EIGHT AND 49/100     $3,108.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY BANK        Liyou Xing
                   43-44 Kissena Blvd
                   Flushing, NY 11355

**M000054**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 451 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 09/01/2017
Period Ending: 09/30/2017
Pay Date: 09/30/2017

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    2                Federal:
  State:      2                State:
  Local:      2                Local:
Social Security Number: XXX-XX-XXXX

**Liyou Xing**
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3696.00 | 11440.00 |
| Gross Pay | | | $3,696.00 | $11,440.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -267.32 | 854.76 |
| Social Security | -229.15 | 709.28 |
| Medicare | -53.59 | 165.88 |
| New York State Income | -156.72 | 492.86 |
| New York City R Local | -112.38 | 352.45 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 7.80 |
| Net Pay | $2,874.24 | |

Your federal taxable wages this period are $3,696.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number: 451
Pay Date: 09/30/2017

Pay to the order of:       **Liyou Xing**

This amount:   TWO THOUSAND EIGHT HUNDRED SEVENTY-FOUR AND 24/100        $2,874.24

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY BANK        Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100012 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:   10/01/2017
Period Ending:   10/31/2017
Pay Date:   11/01/2017

Business Phone:   917-868-9878

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
   Federal:   2      Federal:
   State:   2      State:
   Local:   2      Local:
Social Security Number:   XXX-XX-XXXX

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 15312.00 |
| Gross Pay | | | $3,872.00 | $15,312.00 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -293.72 | 1148.48 |
| Social Security | | -240.06 | 949.34 |
| Medicare | | -56.14 | 222.02 |
| New York State Income | | -168.07 | 660.93 |
| New York City R Local | | -120.04 | 472.49 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| New York voluntary disability | | -2.60 | 10.40 |
| Net Pay | | $2,991.37 | |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100012
Pay Date:   11/01/2017

Pay to the
order of:   **Liyou Xing**

This amount:   TWO THOUSAND NINE HUNDRED NINETY ONE AND 37/100          $2,991.37

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank   **Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

M000056

Case 1:18-cv-06616-PKC-LB   Document 45-2   Filed 07/21/19   Page 33 of 42 PageID #: 816

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100025 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



| Period Starting: | 11/01/2017 |
|---|---|
| Period Ending: | 11/30/2017 |
| Pay Date: | 11/30/2017 |

Business Phone:   917-868-9878

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
   Federal:   2          Federal:
   State:     2          State:
   Local:     2          Local:
Social Security Number:   XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 19184.00 |
| Gross Pay | | | $3,872.00 | $19,184.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -293.72 | 1442.20 |
| Social Security | -240.07 | 1189.41 |
| Medicare | -56.15 | 278.17 |
| New York State Income | -168.07 | 829.00 |
| New York City R Local | -120.04 | 592.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 13.00 |

| Net Pay | |
|---|---|
| | $2,991.35 |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

| Payroll Check Number: | 100025 |
|---|---|
| Pay Date: | 11/30/2017 |

Pay to the
order of:          Liyou Xing

This amount:   TWO THOUSAND NINE HUNDRED NINETY ONE AND 35/100          $2,991.35

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank          Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

M000057

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100033 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:     12/01/2017
Period Ending:       12/31/2017
Pay Date:            12/29/2017

Business Phone:      917-868-9878

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
Federal:   2          Federal:
State:     2          State:
Local:     2          Local:
Social Security Number:   XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 23056.00 |
| Gross Pay | | | $3,872.00 | $23,056.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -293.72 | 1735.92 |
| Social Security | -240.06 | 1429.47 |
| Medicare | -56.14 | 334.31 |
| New York State Income | -168.07 | 997.07 |
| New York City R Local | -120.04 | 712.57 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 15.60 |

| Net Pay | $2,991.37 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100033
Pay Date:               12/29/2017

Pay to the
order of:        Liyou Xing
This amount:     TWO THOUSAND NINE HUNDRED NINETY ONE AND 37/100

$2,991.37

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank        Liyou Xing
                   43-44 Kissena Blvd
                   Flushing, NY 11355

M000058

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ 7 EQV 22553729 | 01/ | 100043 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 01/01/2018
Period Ending: 01/31/2018
Pay Date: 01/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:   2      Federal:
  State:     2      State:
  Local:     2      Local:
Social Security Number:  XXX-XX-XXXX

**Liyou Xing**
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 3872.00 |
| **Gross Pay** | | | **$3,872.00** | $3,872.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 234.39 |
| Social Security | -240.06 | 240.06 |
| Medicare | -56.14 | 56.14 |
| New York State Income | -166.56 | 166.56 |
| New York Paid Family Leave | -4.88 | 4.88 |
| New York City R Local | -113.54 | 113.54 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 2.60 |
| **Net Pay** | **$3,053.83** | |

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100043
Pay Date:              01/31/2018

Pay to the order of:   **Liyou Xing**

This amount:  THREE THOUSAND FIFTY THREE AND 83/100                  $3,053.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE      VOID - NON NEGOTIABLE

CATHAY Bank      Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000059**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ7EQV 22553729 | 01/ | 100054 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 02/01/2018
Period Ending: 02/28/2018
Pay Date: 02/28/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:  2       Federal:
  State:   2       State:
  Local:   2       Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 7744.00 |
| Gross Pay | | | $3,872.00 | $7,744.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 468.78 |
| Social Security | -240.07 | 480.13 |
| Medicare | -56.15 | 112.29 |
| New York State Income | -166.56 | 333.12 |
| New York Paid Family Leave | -4.88 | 9.76 |
| New York City R Local | -113.54 | 227.08 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 5.20 |

| Net Pay | $3,053.81 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100054
Pay Date:  02/28/2018

Pay to the order of:  **Liyou Xing**

This amount:  THREE THOUSAND FIFTY THREE AND 81/100

$3,053.81

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000060**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100065 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting: 03/01/2018
Period Ending: 03/31/2018
Pay Date: 03/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  2         Federal:
  State:    2         State:
  Local:    2         Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 11616.00 |
| Gross Pay | | | $3,872.00 | $11,616.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 703.17 |
| Social Security | -240.06 | 720.19 |
| Medicare | -56.14 | 168.43 |
| New York State Income | -166.56 | 499.68 |
| New York Paid Family Leave | -4.88 | 14.64 |
| New York City R Local | -113.54 | 340.62 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 7.80 |

| Net Pay | $3,053.83 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:  100065
Pay Date:              03/31/2018

Pay to the
order of:     Liyou Xing

This amount:  THREE THOUSAND FIFTY THREE AND 83/100                $3,053.83

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

CATHAY Bank        Liyou Xing
                   43-44 Kissena Blvd
                   Flushing, NY 11355

M000061

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ /EQV 22553729 | 01/ | 100077 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

# Earnings Statement



Period Starting:     04/01/2018
Period Ending:      04/30/2018
Pay Date:             04/30/2018

Business Phone:    917-868-9878

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 2 | State: |
| Local: | 2 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 15488.00 |
| Gross Pay | | | $3,872.00 | $15,488.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 937.56 |
| Social Security | -240.07 | 960.26 |
| Medicare | -56.15 | 224.58 |
| New York State Income | -166.56 | 666.24 |
| New York Paid Family Leave | -4.88 | 19.52 |
| New York City R Local | -113.54 | 454.16 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 10.40 |

| Net Pay | $3,053.81 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100077
Pay Date:                        04/30/2018

Pay to the
order of:     **Liyou Xing**

This amount:   THREE THOUSAND FIFTY THREE AND 81/100          $3,053.81

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank        Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000062**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100088 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 05/01/2018
Period Ending: 05/31/2018
Pay Date: 05/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 2 State:
Local: 2 Local:
Social Security Number: XXX-XX-XXXX

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 19360.00 |
| Gross Pay | | | $3,872.00 | $19,360.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −234.39 | 1171.95 |
| Social Security | −240.06 | 1200.32 |
| Medicare | −56.14 | 280.72 |
| New York State Income | −166.56 | 832.80 |
| New York Paid Family Leave | −4.88 | 24.40 |
| New York City R Local | −113.54 | 567.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −2.60 | 13.00 |

| Net Pay | $3,053.83 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

**Payroll Check Number:** 100088
**Pay Date:** 05/31/2018

Pay to the
order of:    **Liyou Xing**

This amount:   THREE THOUSAND FIFTY THREE AND 83/100     | $3,053.83 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank       Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000063**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100100 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 06/01/2018
Period Ending: 06/30/2018
Pay Date: 06/29/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:   2         Federal:
  State:     2         State:
  Local:     2         Local:
Social Security Number:   XXX-XX-XXXX

**Liyou Xing**
**43-44 Kissena Blvd**
**Flushing, NY 11355**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 23232.00 |
| Gross Pay | | | $3,872.00 | $23,232.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 1406.34 |
| Social Security | -240.06 | 1440.38 |
| Medicare | -56.14 | 336.86 |
| New York State Income | -166.56 | 999.36 |
| New York Paid Family Leave | -4.88 | 29.28 |
| New York City R Local | -113.54 | 681.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 15.60 |

| Net Pay | $3,053.83 | |
|---|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100100
Pay Date:                       06/29/2018

Pay to the order of:    **Liyou Xing**

This amount:    THREE THOUSAND FIFTY THREE AND 83/100    | $3,053.83 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank        Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000064**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100111 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting:   07/01/2018
Period Ending:   07/31/2018
Pay Date:   08/01/2018

Business Phone:   917-868-9878

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 2 | State: |
| Local: | 2 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3872.00 | 27104.00 |
| **Gross Pay** | | | **$3,872.00** | $27,104.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -234.39 | 1640.73 |
| Social Security | -240.07 | 1680.45 |
| Medicare | -56.15 | 393.01 |
| New York State Income | -166.56 | 1165.92 |
| New York Paid Family Leave | -4.88 | 34.16 |
| New York City R Local | -113.54 | 794.78 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 18.20 |

| Net Pay | $3,053.81 |
|---|---|

Your federal taxable wages this period are  $3,872.00

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100111
Pay Date:   08/01/2018

Pay to the
order of:    Liyou Xing

This amount:    THREE THOUSAND FIFTY THREE AND 81/100                                  $3,053.81

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000065**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / EQV 22553729 | 01/ | 100131 | 1 of 1 |

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

## Earnings Statement



Period Starting: 08/01/2018
Period Ending: 08/31/2018
Pay Date: 08/31/2018

Business Phone: 917-868-9878

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:  2    Federal:
  State:   2    State:
  Local:   2    Local:
Social Security Number: XXX-XX-XXXX

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3276.31 | 30380.31 |
| Gross Pay | | | $3,276.31 | $30,380.31 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -162.91 | 1803.64 |
| Social Security | -203.13 | 1883.58 |
| Medicare | -47.50 | 440.51 |
| New York State Income | -128.85 | 1294.77 |
| New York Paid Family Leave | -4.13 | 38.29 |
| New York City R Local | -88.82 | 883.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -2.60 | 20.80 |

| Net Pay | this period |
|---|---|
| | $2,638.37 |

Your federal taxable wages this period are  $3,276.31

Yan ZHI Hotel Management Inc
3859 12th St
Long Island City, NY 11101

1-292/260

Payroll Check Number:   100131
Pay Date:   08/31/2018

Pay to the order of:   Liyou Xing

This amount:   TWO THOUSAND SIX HUNDRED THIRTY EIGHT AND 37/100

$2,638.37

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

CATHAY Bank

Liyou Xing
43-44 Kissena Blvd
Flushing, NY 11355

**M000066**