UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

LIYOU XING, on his own behalf and on behalf of     :     ECF
others similarly situated,                          :     18 Civ. 6616 (PKC) (LB)
                                                    :
                              Plaintiffs,           :
              - against -                           :     **NOTICE OF APPEARANCE**
                                                    :
MAYFLOWER INTERNATIONAL HOTEL GROUP    :
INC., MAYFLOWER BUSINESS GROUP, LLC,   :
MAYFLOWER INN CORPORATION,             :
MAYFLOWER WENYU LLC, YAN ZHI HOTEL     :
MANAGEMENT INC., MAYFLOWER 1-1 LLC,    :
WEIHONG HU, XIAOZHUANG GE, and YUEHUA  :
HU,                                    :

                              Defendants.

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that the undersigned attorney of the law offices of Pryor Cashman LLP is admitted or otherwise authorized to practice in this court, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC., MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION, MAYFLOWER WENYU LLC, YAN ZHI HOTEL MANAGEMENT INC., MAYFLOWER 1-1 LLC, WEIHONG HU, and XIAOZHUANG GE in this matter, and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served upon:

> Joshua Zuckerberg, Esq. (JZ9466)
> Pryor Cashman LLP
> 7 Times Square, 40th Fl.
> New York, New York 10036
> Telephone: (212) 326-0885
> Facsimile: (212) 798-6379
> jzuckerberg@pryorcashman.com

Dated:  July 25, 2019
       New York, New York

                           PRYOR CASHMAN LLP


                           By: /s/ Joshua Zuckerberg
                               Joshua Zuckerberg, Esq.
                           7 Times Square, 40th Fl.
                           New York, New York 10036
                           Phone: (212) 326-0885
                           Facsimile: (212) 798-6379
                           E-mail: jzuckerberg@pryorcashman.com