UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIYOU XING,
on his behalf and on behalf of others similarly
situated                                             Case No. **18-cv-06616**

                                    Plaintiff,

        -against-

MAYFLOWER INTERNATIONAL HOTEL GROUP
INC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;                      **NOTICE OF MOTION**
MAYFLOWER BUSINESS GROUP, LLC            **TO WITHDRAW**
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER INN CORPORATION
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER WENYU LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC.
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
MAYFLOWER 1-1 LLC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YUEHUA HU, WEI HONG HU a/k/a Weihong Hu,
and XIAOZHUANG GE

                                    Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Wa Yang, Esq., the undersigned respectfully move to withdraw as attorney of record for Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC, MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION, MAYFLOWER WENYU LLC, YAN

ZHI HOTEL MANAGEMENT INC. and MAYFLOWER 1-1 LLC, WEI HONG HU and XIAOZHUANG GE ("Mayflower Defendants") pursuant to Local Civil Rule 1.4. This request is being made as the undersigned will no longer be associated with KEVIN KERVENG TUNG, P.C. ("KKT"). No parties will be prejudiced in this matter as KKT and Kevin K. Tung, Esq. will continue their representation as counsel of Mayflower Defendants.

Dated: March 4, 2020

                                                Respectfully submitted,

                                                /s/ Wa Yang
                                                Wa Yang, Esq.