UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LIYOU XING,
on his behalf and on behalf of others similarly
situated

           Plaintiff,

   -against-

MAYFLOWER INTERNATIONAL HOTEL GROUP
INC
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
MAYFLOWER BUSINESS GROUP, LLC
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
MAYFLOWER INN CORPORATION
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
MAYFLOWER WENYU LLC
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC.
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
MAYFLOWER 1-1 LLC
 d/b/a Mayflower Hotel and
 d/b/a Wyndham Garden;
YUEHUA HU, WEI HONG HU a/k/a Weihong Hu,
and XIAOZHUANG GE

           Defendants.
------------------------------------------------------------------x

Case No. **18-cv-06616**

**DECLARATION OF WA YANG**

  I, Wa Yang, hereby declare under the penalties of perjury as follows:

  1. I am an attorney licensed to practice before this Court. I am presently listed as one of the attorneys of record for Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC, MAYFLOWER BUSINESS GROUP, LLC, MAYFLOWER INN CORPORATION,

1

MAYFLOWER WENYU LLC, YAN ZHI HOTEL MANAGEMENT INC. and MAYFLOWER 1-1 LLC, WEI HONG HU and XIAOZHUANG GE ("Mayflower Defendants") in this matter.

2. This declaration is respectfully submitted in support of my motion pursuant to Local Civil Rule 1.4 for an Order granting me leave to withdraw as attorney of record for Mayflower Defendants.

3. My representation of Plaintiff in this case arose from my association with KEVIN KERVENG TUNG, P.C. ("KKT").

4. Today is the last day that I am associated with KKT, and I will transition to another law firm next Monday, March 9, 2020. As such, I will not be defending this matter on behalf of Mayflower Defendants going forward.

5. Accordingly, I respectfully request leave to withdraw my appearance. I am not asserting a retaining or charging lien.

6. Mayflower Defendants will continue to be represented in these proceedings by KKT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2020.

/s/ Wa Yang  
Wa Yang, Esq.