**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------------X
XING, on behalf of himself
and others similarly situated,

                          Plaintiff(s),        **Case No.: 18-cv-06616**

      v.

MAYFLOWER INTERNATIONAL HOTEL
GROUP INC., d/b/a Mayflower Hotel and Wyndham Garden,
et al.

                          Defendants.
---------------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

     I am admitted to practice in this court and I appear as counsel for Defendants

MAYFLOWER INTERNATIONAL HOTEL GROUP INC., et al.

Dated:   March 4, 2020
           Flushing, New York

                                              Respectfully submitted,
                                              KEVIN KERVENG TUNG, P.C.

                                              /s/ Kevin Tung
                                              _____
                                              By: Kevin K. Tung, Esq. (KT-1478)
                                              136-20 38th Avenue, Ste.3D
                                              Flushing, NY 11354
                                              Tel: (718) 939-4633
                                              Fax: (718) 939-4468
                                              ktung@kktlawfirm.com

                                              *Attorneys for Defendants*