## CONSENT TO BECOME PARTY PLAINTIFF
訴訟同意書

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of DEFENDANT(S), EMPLOYER

在下方簽字，我同意并授權以我的名義代表我申請和起訴被告雇主

**May Flower**

to pay me overtime wages and/or minimum wages as required under state and/or federal law including the Fair Labor Standards Act and also authorize the filing of this consent in the action(s) challenging such conduct.

追討雇主沒有按照紐約州勞工法及朕邦勞工法律支付我合法最低、超時工資並同意將此訟訴同意書遞交法院。

_Li, Hua Liang_  /s/ _hualing(?)_
PARTY PLAINTIFF             Signature
原告                         簽名

_____
Date
日期