# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

**April 23, 2020**

*Via* **Ecf**
Hon. Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:   Letter Motion Requesting to Grant Plaintiffs' Leave to File First Amended Complaint in its Entirety as Unopposed**
1:18-cv-06616-PKC-LB *Xing v. Mayflower International Hotel Group Inc et al*

Your Honor,

This office represents the Plaintiffs in the above referenced matter. We write to respectfully request, Plaintiffs' leave to file First Amended Complaint to be granted in its entirety as unopposed.

On April 06, 2020, Plaintiff filed Motion for leave to file First Amended Complaint. (Dkt. No. 54). On April 07, 2020, Your Honor Ordered a briefing schedule and pursuant to the briefing schedule, the Defendants were ordered to oppose to the Plaintiffs motion for leave to amend complaint by April 17, 2020 and Plaintiffs to Reply to the Motion if any by April 23, 2020. Defendants did not file any opposition to Plaintiffs leave to file First Amended Complaint. Accordingly, Plaintiffs respectfully request to grant the Plaintiffs pending motion for leave to file first amended complaint in its entirety as unopposed.

We thank the Court for its continued attention in this matter.

Respectfully Submitted,
TROY LAW, PLLC

/s/ John Troy
John Troy
Aaron Schweitzer, *esq*.

JT/pk

cc: all Counsel of record *Via ECF*