# RULE 26(f) MEETING REPORT

**CASE NAME:** Xing v. Mayflower International Hotel Group Inc., et al.

**DOCKET NO.:** 18-cv-06616-PKC-LB

Have the parties met and conferred? Yes Date? April 27, 2020

Date the Rule 26(a)(1) initial disclosures were exchanged?  January 21, 2019

### Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases:  May 27, 2020

2. Deadline to join new parties or amend the pleadings:  April 27, 2020

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule?[1] Yes __ No _X_

4. Deadline to file any protective order:  May 27, 2020

5. The parties shall complete all fact discovery by:  December 29, 2020

6. The parties shall complete expert discovery, if necessary, by:  January 29, 2021

7. The parties shall file any pre-motion conference request by:[2]  January 29, 2021

8. Should the Court hold an early settlement conference in this action?[3] Yes __ No _X_

9. Have the parties agreed to a plan regarding electronic discovery?[4] Yes __ No _X_

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636?[5] (Answer no if any party declines to consent without indicating which party has declined) Yes __ No _X_

---

[1] If yes, the parties should be prepared to address the proposed changes at the initial conference.
[2] The parties are reminded to comply with the individual rules of the presiding district court judge.
[3] Prior to the initial conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate in this case and be prepared to explain their reasons to the Court.
[4] If yes, the parties shall file a letter detailing the parties' proposed plan regarding electronic discovery.
[5] The fillable consent form AO 85 is available at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and must be signed by all parties and filed electronically.